**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| IN RE SNOWFLAKE<br>DATA BREACH LITIGATION | MDL DOCKET NO. |
|---|---|

**<u>PROOF OF SERVICE</u>**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on July 29, 2024, a copy of the foregoing document was filed and served electronically through the CM/ECF system on all counsel of record, and by First Class Mail to the parties listed below.

Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 332-4200
Email: ostrow@kolawyers.com

*Counsel for Plaintiff Emmanuel Chaidez*
(*Chaidez v. Snowflake, Inc.*, No. 2:24-cv-00046 (D. Mont.))

**<u>PLAINTIFFS (by email)</u>**

**<u>*Leal v. Ticketmaster, LLC, et al.*, Case No. 2:24-CV-00046 (D. Mont.)</u>**

William A. Rossbach
401 North Washington St
PO Box 8988
Missoula, MT 59807
Email: bill@rossbchlaw.com

**<u>*Chaidez v. Snowflake, Inc.*, Case No. 2:24-cv-00050 (D. Mont.)</u>**

John C. Heenan
Heenan & Cook
1631 Zimmerman Trail
Billings, MT 59102

Email: john@lawmontana.com

### *Doe, et al v. Snowflake, Inc.*, Case No. 2:24-cv-00051 (D. Mont.)

John C. Heenan
Heenan & Cook
1631 Zimmerman Trail
Billings, MT 59102
Email: john@lawmontana.com

### *Bowers v. Snowflake, Inc.*, Case No. 2:24-cv-00055 (D. Mont.)

William A. Rossbach
401 North Washington St
PO Bx 8988
Missoula, MT 59807
Email: bill@rossbchlaw.com

### *Olivieri, et al v. AT&T, Inc.*, Case No. 2:24-cv-00056 (D. Mont.)

William A. Rossbach
401 North Washington St
PO Bx 8988
Missoula, MT 59807
Email: bill@rossbchlaw.com

### *Wilkinson v. Snowflake, Inc.*, Case No. 2:24-cv-00057 (D. Mont.)

John C. Heenan
Heenan & Cook
1631 Zimmerman Trail
Billings, MT 59102
Email: john@lawmontana.com

### *Armstrong v. Snowflake, Inc.*, Case No. 2:24-cv-00058 (D. Mont.)

John C. Heenan
Heenan & Cook
1631 Zimmerman Trail
Billings, MT 59102
Email: john@lawmontana.com

### *Guiangiulio v. Snowflake, Inc.*, Case No. 2:24-cv-00060 (D. Mont.)

Maxwell E. Kirchhoff
Western Justice Associates
303 W. Mendenhall, Ste. 1

Bozeman, MT 59715
Email: max@westernjusticelaw.com

### *Layman, et al v. Snowflake, Inc.*, Case No. 2:24-cv-00062 (D. Mont.)

John C. Heenan
Heenan & Cook
1631 Zimmerman Trail
Billings, MT 59102
Email: john@lawmontana.com

### *Lewis v. Snowflake, Inc., et al.*, Case No. 2:24-cv-00064 (D. Mont.)

John C. Heenan
Heenan & Cook
1631 Zimmerman Trail
Billings, MT 59102
Email: john@lawmontana.com

### *Mirvis v. Snowflake, Inc., et al.*, Case No. 2:24-cv-00065 (D. Mont.)

John C. Heenan
Heenan & Cook
1631 Zimmerman Trail
Billings, MT 59102
Email: john@lawmontana.com

### *Conte v. Snowflake, Inc.*, Case No. 3:24-cv-04443 (N.D. Cal.)

Vess Allen Miller
Cohen and Malad LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Email: vmiller@cohenmalad.com

### *Bryant-Booker v Snowflake, Inc.*, Case No. 2:24-cv-00066 (D. Mont.)

David R. Paoli
Paoli Law Firm PC
257 W Font Street
Missoula, MT 59801
Email: davidpaoli@paoli-law.com

### *Miller v. Snowflake, Inc., et al.*, Case No. 2:24-cv-00067 (D. Mont.)

David R. Paoli
Paoli Law Firm PC

257 W Font Street
Missoula, MT 59801
Email: davidpaoli@paoli-law.com

### *Hornthal v. Snowflake, Inc., et al.*, Case No.: 2:24-cv-00062 (D. Mont.)

John Morrison
Morrison Sherwood Wilson Deola, PLLP
PO Box 557
Helena, MT 59624

### *Weaver v. Snowflake, Inc., et al.*, Case No.: 3:24-cv-01915 (No. Dist. TX)

Bruce William Steckler
Steckler Wayne Cherry & Love PLLC
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Email: bruce@swclaw.com

### *Ryan v. Ticketmaster, LLC, et al.*, Case No. 2:24-cv-04482 (C.D. Cal.)

Yana A. Hart
Ryan J. Clarkson
Tiara Avaness
Clarkson Law Firm PC
22525 Pacific Coast Highway
Malibu, CA 90265
Email: yhart@clarksonlawfirm.com
Email: rclarkson@clarksonlawfirm.com
Email: tavaness@clarksonlawfirm.com

### *Getman v. Ticketmaster, LLC, et al.*, Case No. 2:24-cv-04580 (C.D. Cal.)

Yana A. Hart
Ryan J. Clarkson
Tiara Avaness
Clarkson Law Firm PC
22525 Pacific Coast Highway
Malibu, CA 90265
Email: yhart@clarksonlawfirm.com
Email: rclarkson@clarksonlawfirm.com
Email: tavaness@clarksonlawfirm.com

Edward W. Ciolko
Jennifer S. Czeisler
Sterlington PLLC
One World Trade Center, 85th Floor

New York, NY 10007
Email: edward.ciolko@sterlingtonlaw.com
Email: jen.czeisler@sterlingtonlaw.com

### *Caballero, et al. v. Live Nation Entertainment, Inc., et al.*, Case No.: 2:24-cv-04625 (C.D. Cal.)

David Binder Jonelis
Lavely and Singer PC
2049 Century Park East Suite 2400
Los Angeles, CA 90067−2906
Email: djonelis@lavelysinger.com

Alex M. Kashurba
Beena M. McDonald
Marissa Pembroke
Steven A. Schwartz
Chimicles Schwartz Kriner and
Donaldson−Smith LLP
361 W. Lancaster Avenue
Haverford, PA 19041
Email: amk@chimicles.com
Email: bmm@chimicles.com
Email: mnp@chimicles.com
Email: sas@chimicles.com

### *Moledina v. Live Nation Entertainment Inc., et al.*, Case No.: 2:24-cv-04631 (C.D. Cal.)

Seyed Abbas Kazerounian
Mona Amini
Kazerouni Law Group APC
245 Fischer Avenue Suite D1
Costa Mesa, CA 92626
Email: ak@kazlg.com
Email: mona@kazlg.com

Daniel S. Robinson
Michael W. Olson
Robinson Calcagnie Inc
19 Corporate Plaza Drive
Newport Beach, CA 92660
Email: drobinson@robinsonfirm.com
Email: molson@robinsonfirm.com

### *DuPreez v. Ticketmaster, LLC, et al.*, Case No.: 2:24-cv-04659 (C.D. Cal.)

Siobhan Ellen McGreal

4896-0973-4867, v. 1

James A. Francis
Francis Mailman Soumilas
1600 Market Street Suite 2510
Philadelphia, PA 19103
Email: smcgreal@consumerlawfirm.com
Email: jfrancis@consumerlawfirm.com

Kyle N. Gurwell
360 Consumer Law
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
562−600−9989
Email: kng@lawofficekg.com

### *Poluk v. Ticketmaster, LLC, et al.*, Case No.: 2:24-cv-04671 (C.D. Cal.)

Laura Grace Van Note
Scott Edward Cole
Cole and Van Note
555 12th Street, Suite 2100
Oakland, CA 94607
Email: lvn@colevannote.com
Email: sec@colevannote.com

### *Burns v. Ticketmaster, LLC, et al.*, Case No.: 2:24-cv-04674 (C.D. Cal.)

Ryan J Clarkson
Yana A Hart
Tiara Avaness
Clarkson Law Firm PC
22525 Pacific Coast Highway
Malibu, CA 90265
Email: rclarkson@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com
Email: tavaness@clarksonlawfirm.com

Linda P Nussbaum
Nussbaum Law Group PC
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
Email: lnussbaum@nussbaumpc.com

Lindsey C Grossman
Michael Criden
Criden and Love PA
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134

Email: lgrossman@cridenlove.com
Email: mcriden@cridenlove.com

***Anderson, et al. v. Ticketmaster, LLC, et al.*, Case No.: 2:24-cv-04709 (C.D. Cal.)**

Sabita J. Soneji
Annick M Persinger
Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
Email: ssoneji@tzlegal.com
Email: apersinger@tzlegal.com

Katherine Aizpuru
Tycko and Zavareei LLP
2000 Pennsylvania Avenue NW., Suite 1010
Washington, DC 20006
Email: kaizpuru@tzlegal.com

***Xiam v. Ticketmaster, LLC, et al.*, Case No.: 2:24-cv-04726 (C.D. Cal.)**

John J. Nelson
Milberg Coleman Bryson Phillips
Grossman PLLC
280 South Beverly Drive
Beverly Hills, CA 90212
Email: jnelson@milberg.com

Mason A. Barney
Siri and Glimstad LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
Email: mbarney@sirillp.com

***Curry, et al. v. Ticketmaster, LLC, et al.*, Case No. 2:24-cv-04773 (Cen. Dis. CA)**

Thomas E. Loeser
Karin B Swope
Cotchett Pitre and McCarthy LLP
999 North Northlake Way, Suite 215
Seattle, WA 98103
Email: tloeser@cpmlegal.com
Email: kswope@cpmlegal.com

Gary A Praglin
Cotchett Pitre and McCarthy LLP
2716 Ocean Park Boulevard Suite 3088

Santa Monica, CA 90405
Email: gpraglin@cpmlegal.com

Counsel for Defendant Ticketmaster LLC (by email)
D. Scott Carlton
Paul Hastings LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071
Email: scottcarlton@paulhastings.com

Raymond W. Stockstill
Paul Hastings LLP
695 Town Center Drive, 17th Floor
Costa Mesa, CA 92626
Email: beaustockstill@paulhastings.com

***Blake, et al. v. Ticketmaster LLC, et al.*, Case No. 2:24-cv-04973 (C.D. Cal.)**

Eric Marc Poulin
Paul J. Doolittle
Poulin Willey Anastopoulo LLC
32 Ann Street
Charleston, SC 29403
Email: eric.poulin@poulinwilley.com
Email: paul.doolittle@poulinwilley.com

John C. Bohren
Bohren Law
8560 West Sunset Boulevard, 4th Floor
West Hollywood, CA 90069
Email: yanni@bohrenlaw.com

***Dickey-Johnson, et al. v. Ticketmaster, LLC, et al.*, Case No.: 2:24-cv-02623 (C.D. Cal.)**

Gary F. Lynch
Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Email: gary@lcllp.com

***Spencer, et al. v. Ticketmaster, LLC, et al.*, Case No.: 2:24-cv-05760 (C.D. Cal.)**

John J. Nelson
Milberg Coleman Bryson Phillips
Grossman PLLC
280 South Beverly Drive
Beverly Hills, CA 90212

Email: jnelson@milberg.com

William B. Federman
Federman and Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Email: wbf@federmanlaw.com

### *Miller v. Ticketmaster, LLC, et al.*, **Case No.: 2:24-cv-05867 (C.D. Cal.)**

Jennifer M French
Lynch Carpenter, LLP
1234 Camino Del Mar
Del Mar, CA 92014
Email: jennf@lcllp.com

### *Morgan v. Cricket Wireless, LLC*, **Case No.: 1:24-cv-03253 (N.D. Ga.)**

Paul Doolittle
Thomas W Sizemore
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
Email: paul.doolittle@poulinwilley.com
Email: teamsizemore@poulinwilley.com

### *Montgomery v. AT&T, Inc.*, **Case No. 3:24-cv-05581 (W.D. Wa.)**

Benjamin B Gould
Cari C Laufenberg
KELLER ROHRBACK LLP (WA)
1201 3rd Ave, Ste. 3400
Seattle, WA 98101−3052
Email: bgould@kellerrohrback.com
Email: claufenberg@kellerrohrback.com

### *Cancino v. AT&T Corp.*, **Case No.: 0:24-cv-61279 (S.D. Fla.)**

Thomas John Patti , III
Patti Zabaleta Law Group
3325 Northwest 55th Street
Fort Lauderdale, FL 33309
Email: Tom@pzlg.legal

### *Young v. AT&T Mobility, LLC, et al.*, **Case No.: 1:24-cv-3185 (N.D. Ga.)**

Brent Michael Kaufman

4896-0973-4867, v. 1

Poulin Willey Anastopoulo, LLC
One Glenlake Parkway NE, Suite 650
C/O Go Big Injury Law
Atlanta, GA 30328
Email: teamkaufman@poulinwilley.com

Paul Doolittle
Poulin Willey Anastopoulo, LLC − SC
32 Ann Street
Charleston, SC 29403
Email: paul.doolittle@poulinwilley.com

### *Elliott v AT&T, In*c., Case No. 3:24-cv-01282 (S.D. Cal.)

Cory Michael Teed
Golden & Cardona−Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
Email: cory@goldencardona.com

Jeremy Golden
Golden & Cardona−Loya, LLP
3130 Bonita Road - Suite 200−B
Chula Vista, CA 91910−3263
Email: jeremy@goldencardona.com

### *Moses, Jr. v. AT&T, Inc.*, Case No. 3:24-cv-01283 (S.D. Cal.)

Cory Michael Teed
Jeremy Golden
Golden & Cardona−Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
Email: cory@goldencardona.com
Email: jeremy@goldencardona.com

### *Rehn v. AT&T, Inc.*, Case No. 2:24-cv-06224 (C.D. Cal.)

Cory M Teed
Jeremy Golden
Golden and Cardona Loya LLP
3130 Bonita Road Suite 200B
Chula Vista, CA 91910
Email: cory@goldencardona.com
Email: jeremy@goldencardona.com

### *Rehn v. AT&T, Inc.*, Case No: 3:24-cv-01284 (S.D. Cal.)

10

Cory M Teed
Jeremy Golden
Golden and Cardona Loya LLP
3130 Bonita Road Suite 200B
Chula Vista, CA 91910
Email: cory@goldencardona.com
Email: jeremy@goldencardona.com


***McGee v. Advance Auto Parts, Inc.*, Case No. 5:24-cv-00352 (E.D.N.C.)**

Bryan L. Bleichner
Chestnut Cambronne PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Email: bbleichner@chestnutcambronne.com

Scott C. Harris
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Email: sharris@milberg.com

***Chaidez v. Advance Auto Parts, Inc.*, Case No.: 5:24-cv-00354 (E.D.N.C.)**

Scott C. Harris
Milberg Coleman Bryson Phillips Grossman PLLC
900 W. Morgan Street
Raleigh, NC 27603
Email: sharris@milberg.com

***Smith v. Advance Auto Parts, Inc.*, Case No.: 5:24-cv-00356 (E.D.N.C.)**

Scott C. Harris
Milberg Coleman Bryson Phillips Grossman PLLC
900 W. Morgan Street
Raleigh, NC 27603
Email: sharris@milberg.com

***Dragone v. Advance Auto Parts, Inc.*, Case No.: 5:24-cv-00357 (E.D.N.C.)**

Scott C. Harris
Milberg Coleman Bryson Phillips Grossman PLLC
900 W. Morgan Street
Raleigh, NC 27603

Email: sharris@milberg.com

***Vogel v. Advance Auto Parts, Inc., Case No. 5:24-cv-00361 (E.D.N.C.)***

John A Bruno
Ruth Sheehan
Joel Rhine
Rhine Law Firm
1612 Military Cutoff Rd
Charlotte, NC 28203, Ste #300,
Wilmington, NC 28403
Email: jab@rhinelawfirm.com
Email: RAS@rhinelawfirm.com
Email: jrr@rhinelawfirm.com

Thomas A. Zimmerman , Jr
Zimmerman Law Offices, P.C.
77 West Washington Street, Suite 1220
Chicago, IL 60602
Email: tom@attorneyzim.com

Marita Isabel Ramirez
Dann Law Firm
15000 Madison Avenue
Lakewood, OH 44107
Email: mramirez@dannlaw.com

***Carr v. Advance Auto Parts, Inc., Case No. 1:24-cv-05475 (N.D. Ill.)***

Bryan Paul Thompson
Chicago Consumer Law Center, P.C.
650 Warrenville Road, Suite 100
Lisle, IL 60532
Email: bryan.thompson@cclc−law.com

***Riley v. Advance Auto Parts, Inc., Case No. 5:24-cv-00397 (E.D.N.C.)***

Amber Love Schubert
Schubert Jonckheer & Kolbe LLP
2001 Union St Ste 200
San Francisco, CA 94123
Email: aschubert@sjk.law

Scott C. Harris
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street

4896-0973-4867, v. 1

Raleigh, NC 27603
Email: sharris@milberg.com

***Levy v. Advance Auto Parts, Inc.*, Case No. 5:24-cv-00404 (E.D.N.C.)**

Edward Hallett Maginnis
Karl S Gwaltney
Maginnis Howard
7706 Six Forks Rd., Ste 101
Raleigh, NC 27615
Email: emaginnis@maginnislaw.com
Email: kgwaltney@maginnishoward.com

***Cook v. Advance Stores Co. Inc.*, Case No. 5:24-cv-00426 (E.D.N.C.)**

Joel R. Rhine
Ruth Sheehan
Rhine Martin Law Firm, P.C.
1612 Military Cutoff, Suite 300
Wilmington, NC 28403
Email: jrr@rhinelawfirm.com
Email: RAS@rhinelawfirm.com

***Clark v. Advance Auto Parts, Inc.*, Case No.: 5:24-cv-00429 (E.D.N.C.)**

Scott C. Harris
Milberg Coleman Bryson Phillips Grossman PLLC
900 W. Morgan Street
Raleigh, NC 27603
Email: sharris@milberg.com

**DEFENDANTS**

**By Email**

Snowflake, Inc.
Brianne C. McClafferty
Holland & Hart
401 N 31st St, Suite 1500
Billings, MT 59101
Email: bcmclafferty@hollandhart.com

AT&T, Inc.; AT&T Mobility, LLC
Keeley Onna Cronin
Baker & Hostetler LLP
1801 California St, Ste. 400
Denver, CO 80202

kcronin@bakerlaw.com

Kyle T. Cutts
127 Public Square, Suite 2000
Cleveland, OH 44114
Email: kcutts@bakerlaw.com

AT&T Corp.
Yameel L. Mercado Robles
BakerHostetler LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Email: ymercadorobles@bakerlaw.com

Ticketmaster, LLC; Live Nation Entertainment, Inc.
D. Scott Carlton
Paul Hastings LLP
1170 Peachtree Street, N.E., Suite 100
Atlanta, GA 30309
Email: scottcarlton@paulhastings.com

James Michael Pearl
Paul Hastings LLP
515 South Flower Street
Twenty−Fifth Floor
Los Angeles, CA 90071
Email: jamespearl@paulhastings.com

Raymond W. Stockstill
Paul Hastings LLP
695 Town Center Drive, 17th Floor
Costa Mesa, CA 92626
Email: beaustockstill@paulhastings.com

Advance Auto Parts, Inc.; Advance Stores Co., Inc.
Kelly Margolis Dagger
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636
Email: kelly.dagger@elliswinters.com

Advance Auto Parts, Inc.
Kailin Liu
Shook, Hardy & Bacon LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Email: kliu@shb.com

**By U.S. Mail**

Cricket Wireless, LLC
289 S. Culver St
Lawrenceville, GA 30046

**COURTHOUSES (by U.S. Mail)**

U.S. District Court, Central District of California
United States Courthouse
350 W 1st Street, Suite 4311
Los Angeles, CA 90012

U.S. District Court, District of Montana
Mike Mansfield Federal Courthouse
400 N. Main Street, Suite 273
Butte, MT 59701

U.S. District Court, Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

U.S. District Court, Eastern District of North Carolina
Peter A. Moore, Jr., Clerk of Court
PO Box 25670
Raleigh, NC 27611

U.S. District Court, Northern District of California
Phillip Burton Federal Building & US Courthouse
450 Golden Gate Ave
San Francisco, CA 94102

U.S. District Court, Northern District of Georgia
Richard B. Russell Federal Building & U.S. Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

U.S. District Court, Northern District of Illinois
Dirksen Federal Building, U.S. District Court
219 S. Deaborn Street
Chicago, IL 60604

U.S. District Court, Northern District of Texas
United States District Courthouse

4896-0973-4867, v. 1

1100 Commerce Street, Room 1452
Dallas, TX 75242

U.S. District Court, Southern District of California
333 W. Broadway #420
San Diego, CA 92101

U.S. District Court, Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Ave
Miami, FL 33128

U.S. District Court, Western District of Washington
U.S. District Court Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

4896-0973-4867, v. 1