**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| IN RE SNOWFLAKE DATA BREACH LITIGATION | MDL DOCKET NO. |
|---|---|

**PLAINTIFF EMMANUEL CHAIDEZ'S**
**CORRECTED MOTION FOR TRANSFER AND CENTRALIZATION OF**
**RELATED ACTIONS TO THE DISTRICT OF MONTANA PURSUANT TO**
**28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Emmanuel Chaidez, the named plaintiff in *Chaidez v. Snowflake, Inc.*, No. 2:24-cv-00046 (D. Mont.), filed June 27, 2024, respectfully moves the Judicial Panel on Multi-District Litigation ("JPML") for an Order transferring and centralizing all Related Actions to the United States District Court for the District of Montana.

Transfer and centralization is appropriate because the Related Actions all involve Defendant Snowflake, Inc. ("Snowflake"), either as a defendant or a witness. All Related Actions similarly allege that Snowflake, a cloud service provider, and/or its clients, failed to prevent a cyberattack that resulted in the theft and dissemination of millions of individuals' sensitive information in April 2024 (the "Data Breach"). To date, at least 43 class action complaints have been filed alleging violations of common law and state consumer protection law resulting from the Data Breach (the "Related Actions").

WHEREFORE, Movant respectfully requests that the Panel centralizes the actions set forth in the Scheduled of Related Actions filed herewith, as well as any tag-along actions or other cases such as may be subsequently filed asserting related or similar claims in the United States District Court for the District of Montana.

Also attached hereto is a memorandum in support of this Motion, a Schedule of Actions, Proof of Service, and the docket and complaint of each of the Related Actions.

Dated: July 31, 2024                                              Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 332-4200
Email: ostrow@kolawyers.com

*Counsel for Plaintiff Emmanuel Chaidez* (*Chaidez v. Snowflake, Inc.*, No. 2:24-cv-00050 (D. Mont.))