BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL Docket No. 3126 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Corporate Disclosure Statement were served by email on August 1, 2024, on the following counsel:

| | |
|---|---|
| Brent Michael Kaufman<br>Poulin Willey Anastopoulo, LLC<br>One Glenlake Parkway NE<br>Suite 650<br>C/O Go Big Injury Law<br>Atlanta, GA 30328<br>T:843-222-2222<br>Email: teamkaufman@poulinwilley.com<br><br>Paul Doolittle<br>Poulin Willey Anastopoulo, LLC – SC<br>32 Ann StreetCharleston, SC 29403<br>T:803-222-2222<br>Email: paul.doolittle@poulinwilley.com | *Counsel for Plaintiff Lori Young*<br>*Served via email* |
| Brianne C. McClafferty<br>HOLLAND & HART – BILLINGS<br>401 North 31st Street<br>Suite 1500<br>Billings, MT 59101-1277<br>T: 406-252-2166<br>Fax: 406-545-2266<br>Email: bcmcclafferty@hollandhart.com<br><br>Bailey Marie Nickoloff<br>Holland & Hart LLP<br>401 N 31st StSte. 1500<br>Billings, MT 59101<br>T: 406-896-4653<br>Fax: 406-545-2334<br>Email: bmnickoloff@hollandhart.com | *Counsel for Defendant Snowflake, Inc.*<br>*Served via email* |
| William A. Rossbach<br>ROSSBACH LAW, P.C. | *Counsel for Plaintiffs Richard Olivieri and Lauren Woon* |

| | |
|---|---|
| 401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807<br>T: 406-543-5156<br>Fax: 406-728-8878<br>Email: bill@rossbachlaw.com | *Served via email* |
| John C. Heenan<br>HEENAN & COOK<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>T: 406-839-9091<br>Fax: 406-839-9092<br>Email: john@lawmontana.com | *Counsel for Plaintiff Erin Lewis*<br>*Served via email* |
| John C. Heenan<br>HEENAN & COOK<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>T: 406-839-9091<br>Fax: 406-839-9092<br>Email: john@lawmontana.com | *Counsel for Plaintiff Alex Mirvis*<br>*Served via email* |
| John C. Heenan<br>HEENAN & COOK<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>T: 406-839-9091<br>Fax: 406-839-9092<br>Email: john@lawmontana.com | *Counsel for Plaintiff Jessica Miller*<br>*Served via email* |
| John M. Morrison<br>MORRISON, SHERWOOD, WILSON &DEOLA, PLLP<br>401 N Last Chance Gulch<br>P.O. Box 557<br>Helena, MT 59624<br>T: 406-442-3261<br>Fax: 406-443-7294<br>Email: John@mswdlaw.com | *Counsel for Plaintiff David Hornthal*<br>*Served via email* |
| Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>T: 972-387-4040<br>Fax: 972-387-4041<br>Email: bruce@swclaw.com | *Counsel for Plaintiffs Jonathan Weaver and Jennifer Carter*<br>*Served via email* |
| Benjamin B Gould<br>KELLER ROHRBACK LLP (WA)<br>1201 3RD AVE | *Counsel for Plaintiff Alicia LeDuc Montgomery*<br>*Served via email* |

| |  |
|---|---|
| STE 3400<br>SEATTLE, WA 98101-3052<br>T: 206-442-1563<br>Email: bgould@kellerrohrback.com<br><br>Cari Campen Laufenberg<br>KELLER ROHRBACK LLP (WA)<br>1201 3RD AVE<br>STE 3400<br>SEATTLE, WA 98101-3052<br>T: 206-442-1563<br>Email: claufenberg@kellerrohrback.com | |

Dated this 1st day of August, 2024.

                                             */s/ Gilbert S. Keteltas*
                                             Gilbert S. Keteltas
                                             BAKER HOSTETLER LLP
                                             1050 Connecticut Ave., NW, Suite 1100
                                             Washington, DC 20036
                                             Tel: (202) 861.1530
                                             Fax: (202) 861.1783
                                             Email: gketeltas@bakerlaw.com

                                             *Attorney for Defendants AT&T, Inc. and AT&T Mobility LLC*