**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL No. 3126 |

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel for Plaintiff Joshua Bobbitt in *Joshua Bobbitt v. Snowflake Inc., and Advance Stores Company, Incorporated,* Case No. 2:24-cv-00071-BMM (D. Mont.), writes to notify the Panel of the potential "tag-along action" listed on the attached Schedule of Action, in which the undersigned counsel also appears. Because the listed action involves common questions of fact with actions on the motion to transfer pending before the Panel, it is a "related action" for purposes of these proceedings.

A docket sheet and complaint are attached as Exhibit A.

Dated: August 5, 2024

Respectfully submitted,

*/s/ Andrew W. Ferich*
Andrew W. Ferich
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: (310) 474-9111
Fax.: (310) 474-8585
aferich@ahdootwolfson.com

John Heenan
**HEENAN & COOK**
1631 Zimmerman Trail
Billings, MT 59102
Phone: (406) 839-9091
Fax: (406) 839-9092
john@lawmontana.com

*Counsel for Plaintiff Joshua Bobbitt*