BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL No. 3126 |

## PROOF OF SERVICE

Pursuant to Judicial Panel of Multidistrict Litigation Rule 4.1(a), I, **Andrew W. Ferich**, an attorney for Plaintiff in the matter *Joshua Bobbitt v. Snowflake Inc., and Advance Stores Company, Incorporated,* Case No. 2:24-cv-00071-BMM (D. Mont.), hereby certify, that on August 6, 2024, I caused a copy of the attached **NOTICE OF RELATED ACTION** to be filed electronically with the Court Clerk's Office using the CM/ECF electronic filing system, and which will cause to be served upon all counsel in this action who accept electronic service, and by First Class Mail to the parties listed below.

**By Email**

Snowflake, Inc.
Brianne C. McClafferty
Holland & Hart
401 N 31st St, Suite 1500
Billings, MT 59101
bcmclafferty@hollandhart.com

Advance Stores Company, Inc.
Kelly Margolis Dagger
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636
kelly.dagger@elliswinters.com

Advance Auto Parts, Inc.
Kailin Liu
Shook, Hardy & Bacon LLP
111 S. Wacker Drive, Suite 4700

Chicago, IL 60606
kliu@shb.com

**By U.S. Mail**

Snowflake, Inc.
106 E. Babcock Street, Suite 3A
Bozeman, MT 59715

Advance Stores Company, Inc.
Advance Auto Parts, Inc.
4200 Six Forks Road
Raleigh, NC 27609

Dated: August 6, 2024 | Respectfully submitted,

/s/ *Andrew W. Ferich*
Andrew W. Ferich
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: (310) 474-9111
Fax.: (310) 474-8585
aferich@ahdootwolfson.com

John Heenan
**HEENAN & COOK**
1631 Zimmerman Trail
Billings, MT 59102
Phone: (406) 839-9091
Fax: (406) 839-9092
john@lawmontana.com

*Counsel for Plaintiff Joshua Bobbitt*