**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION** | MDL DOCKET NO.: 3126 |

**PROOF OF SERVICE**

Pursuant to Judicial Panel on Multidistrict Litigation Rule 4.1(a), I, William B. Federman, an attorney for Plaintiff in the matter *Wilkinson v. Snowflake, Inc.,* Case No. 2:24-cv-00057 (USDC District of Montana), hereby certify that on Tuesday, August 6, 2024, I caused a copy of the Notice of Appearance (Dkt. No. 9) to be filed electronically with the Court Clerk's Office using the Court's CM/ECF electronic filing system, and which will cause to be served upon all counsel in this action who accept electronic service.

Dated: August 6, 2024

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman (OBA #2853)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Counsel for Plaintiff John Wilkinson*