**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: Snowflake, Inc., Data
Security Breach Litigation.                                         MDL No. **3126**

**ERRATA**

**TO THE COURT AND TO COUNSEL OF RECORD FOR ALL PARTIES:**

PLEASE TAKE NOTICE that **JOHN HEENAN** hereby respectfully submits this notice of Errata in the **NOTICE OF APPEARNACE.**

Due to an oversight the Parties Represented and the Short Case Captions section of the Notice of Appearance were left blank or unattached. Additionally, Proof of Service was not included.

Please see the corrected attached hereto and fully incorporated herein.

DATED this 6th day of August 2024.

        Respectfully submitted,

        */s/ John Heenan*_____
        John Heenan
        John@lawmontana.com
        **HEENAN & COOK**
        1631 Zimmerman Trail
        Billings, Montana 59102
        Tel: (406) 839-9091