**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| IN RE SNOWFLAKE, INC. DATA BREACH LITIGATION | MDL DOCKET NO. 3126 |
|---|---|

**NOTICE OF RELATED ACTIONS**

PLEASE TAKE NOTICE, in accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, that nine new cases were filed which the undersigned submits relate to the actions subject to the pending Motion for Transfer in this matter. The attached Schedule of Actions lists the nine cases. Also attached are copies of the current docket and operative complaint for each of the cases.

Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 332-4200
Email: ostrow@kolawyers.com

*Counsel for Plaintiff Emmanuel Chaidez*
(*Chaidez v. Snowflake, Inc.*, No. 2:24-cv-00050 (D. Mont.))