# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

MDL No. **3126** & Title - **IN RE**: Snowflake, Inc., Data Security Breach Litigation

## NOTICE OF APPEARANCE
(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Defendant Snowflake Inc.

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

List attached.

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 8/13/2024 | /s/ Stephen A. Broome |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Stephen A. Broome
865 S. Figueroa, 10th Floor
Los Angeles, CA 90017

Telephone No.: (213) 443-3285  Fax No.: (213) 443-3100

Email Address: stephenbroome@quinnemanuel.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | ) ) ) MDL No. 3126 |

**ATTACHMENT TO CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SNOWFLAKE INC.**

Quinn Emanuel Urquhart & Sullivan, LLP represents Defendant Snowflake Inc. in the following actions:

1. *Leal v. Ticketmaster, LLC, et al.*, No. 2:24-cv-00046 (D. Montana)

2. *Doe, et al. v. Snowflake, Inc.*, No. 2:24-cv-00051 (D. Montana)

3. *Chaidez v. Snowflake, Inc.*, No. 2:24-cv-00050 (D. Montana)

4. *Bowers v. Snowflake, Inc.*, No. 2:24-cv-00055 (D. Montana)

5. *Olivieri and Woon v. AT&T, Inc., et al.*, No. 2:24-cv-00056 (D. Montana)

6. *Wilkinson v. Snowflake, Inc.*, No. 2:24-cv-00057 (D. Montana)

7. *Armstrong v. Snowflake, Inc.*, No. 2:24-cv-00058 (D. Montana)

8. *Guiangiulio v. Snowflake, Inc.*, No. 2:24-cv-00060 (D. Montana)

9. *Layman and Cheatwood v. Snowflake, Inc.*, No. 2:24-cv-00062 (D. Montana)

10. *Conte v. Snowflake, Inc.*, No. 3:24-cv-04443 (N.D. Cal)

11. *Lewis v. Snowflake, Inc., et al.*, No. 2:24-cv-00064 (D. Montana)

12. *Mirvis v. Snowflake, Inc., et al.*, No. 2:24-cv-00065 (D. Montana)

13. *Bryant-Booker v. Snowflake, Inc.*, No. 2:24-cv-00066 (D. Montana)

14. *Miller v. Snowflake, Inc., et al.*, No. 2:24-cv-00067 (D. Montana)

15. *Hornthal v. Snowflake, Inc., et al.*, No. 2:24-cv-00068 (D. Montana)

16. *Weaver v. Snowflake, Inc., et al.*, No. 3:24-cv-01915 (N.D. Texas)

17. *Kirby v. Snowflake, Inc., et al.*, No. 3:24-cv-01934 (N.D. Texas)

18. *Bobbitt v. Snowflake Inc., et al.*, No. 2:24-cv-00071 (D. Montana)

19. *Schwartz v. Snowflake, Inc.*, No. 2:24-cv-00074 (D. Montana)

20. *Reichbart v. Neiman Marcus Group, LLC, et al.*, No. 0:24-cv-61389 (S.D. Florida)

21. *Yarbough, et al. v. Ticketmaster, LCC, et al.*, No. 2:24-cv-06604 (C.D. Cal)

22. *Rason v. Snowflake, Inc., et al.*, No. 2:24-cv-00076 (D. Montana)

DATED this 13th day of August, 2024.

                                                       */s/ Stephen A. Broome*
                                                       Stephen A. Broome

                                                       ATTORNEY FOR DEFENDANT
                                                       SNOWFLAKE INC.