# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. \_\_\_\_\_    & Title - **IN RE**: _____

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

Please see the attached list.

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

_____

Date                                 Signature of Attorney or Designee

**Name and Address of Designated Attorney:** _____

Telephone No.: _____    Fax No.: _____

Email Address: _____

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**CASE CAPTION LIST**

1. *Ryan v. Ticketmaster*, 2:24-cv-04482 (C.D. Cal.)
2. *Getman v. Ticketmaster*, 2:24-cv-04580 (C.D. Cal.)
3. *Caballero v. Live Nation Entertainment*, 2:24-cv-04625 (C.D. Cal.)
4. *DuPreez v. Ticketmaster*, 2:24-cv-04659 (C.D. Cal.)
5. *Poluk v. Ticketmaster*, 2:24-cv-04671 (C.D. Cal.)
6. *Burns v. Ticketmaster*, 2:24-cv-04674 (C.D. Cal.)
7. *Anderson v. Ticketmaster*, 2:24-cv-04709 (C.D. Cal.)
8. *Xian v. Ticketmaster*, 2:24-cv-04726 (C.D. Cal.)
9. *Curry v. Ticketmaster*, 2:24-cv-04773 (C.D. Cal.)
10. *Blake v. Ticketmaster*, 2:24-cv-04973 (C.D. Cal.)
11. *Spencer v. Ticketmaster*, 2:24-cv-05760 (C.D. Cal.)
12. *Miller v. Ticketmaster*, 2:24-cv-05867 (C.D. Cal.)
13. *Dickey-Johnson v. Ticketmaster*, 2:24-cv-02623 (E.D. Pa.) (transferred to C.D. Cal. on Aug. 12, 2024)