## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY DATA BREACH LITIGATION | MDL Docket No. 3126 |

### NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD FOR PLAINTIFFS

Notice is hereby given that the appearance of Amina A. Thomas of the law firm Cohen & Malad, LLP filed August 14, 2024 [Dkt. 34] is hereby withdrawn in the above-captioned case on behalf of Plaintiffs in the following actions: *Alessandra Conte v. Snowflake, Inc.,* Case No. 3:24-cv-04443, N.D. California.

Dated: August 15, 2024

Respectfully Submitted,

**COHEN & MALAD, LLP**

/s/ *Amina A. Thomas*
Amina A. Thomas
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Phone: (317) 636-6481
Fax: (317) 636-6481
athomas@cohenandmalad.com