**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

-------------------------------------------------
**IN RE SNOWFLAKE**                     :          **MDL DOCKET NO.**
**DATA BREACH LITIGATION**              :
_____:

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel

on Multidistrict Litigation, I hereby certify that on August 19, 2024, a copy of the foregoing

document was filed and served electronically with the Court' s ECF system, which sends electronic

notice to counsel of record for all parties, and by First Class Mail to the party listed below.

<u>**By U.S. Mail**</u>

Cricket Wireless, LLC
289 S. Culver St
Lawrenceville, GA 30046

Respectfully submitted,

/s/ William E. Hoese
William E. Hoese
Kohn, Swift & Graf, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
whoese@kohnswift.com

{00251685 }