BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL Docket No. 3126 |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant AT&T Inc. and AT&T Mobility LLC, hereby notifies the Clerk of the potential tag-along actions pending in federal district court and listed on the attached Schedule of Action:

*Winger v. AT&T Inc.,* No. 3:24-cv-1797 (N.D. Tex.)

*Smith v. AT&T Inc.,* No. 3:24-cv-2087 (N.D. Tex.)

*Powell v. AT&T Inc.,* No. 3:24-cv-1948 (N.D. Tex.)

*Pop v. AT&T Inc., et al.,* No. 3:24-cv-2008 (N.D. Tex.)

*Schulte v. AT&T Inc., et al.,* No. 3:24-cv-7818 (Dist. NJ)

*Ghanaat v. AT&T Inc.,* No. 3:24-cv-5065 (N.D. Cal.)

The docket sheet and complaint are attached as exhibits.

Date: August 19, 2024 Respectfully submitted,

    /s/ Gilbert S. Keteltas
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Tel.: (202) 861.1530
Fax: (202) 861.1783
Email: gketeltas@bakerlaw.com

*Attorney for Defendant AT&T Inc. and AT&T Mobility LLC*