**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE SNOWFLAKE INC. DATA SECURITY BREACH LITIGATION | MDL Docket No. 3126 |

**AMENDED CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance and Corporate Disclosure Statement were electronically filed with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system and was served on all parties via CM/ECF, with the exception of Neiman Marcus Group, LLC, which was served on August 19, 2024 via email, per agreement of the parties.

DATED: August 19, 2024                    By    /s/ *Delaney Gold-Diamond*
                                                 Delaney Gold-Diamond
                                                 Quinn Emanuel Urquhart & Sullivan, LLP
                                                 865 S. Figueroa, 10th Floor
                                                 Los Angeles, CA 90017
                                                 Tel: (213) 443-3000
                                                 Fax: (213) 443-3100
                                                 Email: delaneygolddiamond@quinnemanuel.com