BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL NO. 3126 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 6.2(d) of the Rules of Civil Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersign notifies the Clerk of the Panel of the related action listed in the Schedule of Actions attached as **Exhibit A**: *Townsend v. Snowflake Inc., et al*, Case No. 2:24-cv-00077 (D. Mont.) filed on August 7, 2024, in the United States District Court for the District of Montana. Copies of the docket sheet and complaint for the *Townsend* action are also attached.

Dated: August 20, 2024

*/s/ Gary F. Lynch*
Gary F. Lynch
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
gary@lcllp.com

*Counsel for Plaintiff Jeremiah Townsend*
*Case No. 2:24-cv-00077 (D. Mont.)*