## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL No. 3126<br><br>Individual Case Caption:<br>*Hornthal v. Snowflake, Inc., et al.*,<br>No. 2:24-cv-00068 (D. Mont.) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Ben Barnow of Barnow and Associates, P.C. withdraws his appearance as counsel for Plaintiff David Hornthal previously filed in this JPML proceeding.

John M. Morrison of Morrison Sherwood Wilson Deola PLLP will file a notice of appearance to serve as counsel of record for Plaintiff Hornthal.

Dated: August 20, 2024

Respectfully submitted,

/s/ Ben Barnow
Ben Barnow
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312.621.2000
Fax: 312.641.5504
b.barnow@barnowlaw.com