BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In re:<br><br>**SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | MDL No. 3126 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on August 20, 2024, a copy of the foregoing Response of Interested Party, Faisal Moledina, to Motion for Transfer and Centralization of Related Actions Pursuant to 28 U.S.C. § 1407 For Consolidated Pretrial Proceedings was filed and served electronically upon counsel of record through the CM/ECF system on all the parties.

Dated: August 20, 2024

Respectfully submitted,

*/s/ Daniel S. Robinson*
Daniel S. Robinson (SBN 244245)
Michael W. Olson (SBN 312857)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Dr.
Newport Beach, CA 92660
(949) 720-1288; Fax: (949) 720-1292
drobinson@robinsonfirm.com
molson@robinsonfirm.com

*Counsel for Plaintiff,*
*Faisal Moledina*

1