BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL No. 3126 |

## PROOF OF SERVICE

Pursuant to Judicial Panel of Multidistrict Litigation Rule 4.1(a), I, **Andrew W. Ferich**, an attorney for Plaintiffs in the matters *Joshua Bobbitt v. Snowflake Inc., and Advance Stores Company, Incorporated,* Case No. 2:24-cv-00071-BMM (D. Mont.) and *Vanessa Rason v. Snowflake Inc., and Ticketmaster, L.L.C.,* Case No. 2:24-cv-00076-BMM (D. Mont.), hereby certify, that on August 21, 2024, I caused a copy of the attached **RESPONSE OF INTERESTED PARTIES** to be filed electronically with the Court Clerk's Office using the CM/ECF electronic filing system, and which will cause to be served upon all counsel in this action who accept electronic service, and by First Class Mail to the parties listed below.

**By Email**

Snowflake, Inc.
Stephen Broome
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
stephenbroome@quinnemanuel.com

Brianne C. McClafferty
Holland & Hart
401 N 31st St, Suite 1500
Billings, MT 59101
bcmclafferty@hollandhart.com

12

Advance Stores Company, Inc.
Kelly Margolis Dagger
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636
kelly.dagger@elliswinters.com

Advance Auto Parts, Inc.
Kailin Liu
Shook, Hardy & Bacon LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
kliu@shb.com

Ticketmaster, L.L.C.
D. Scott Carlton
Paul Hastings LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071
scottcarlton@paulhastings.com

James Michael Pearl
Paul Hastings LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071
jamespearl@paulhastings.com

**By U.S. Mail**

Snowflake, Inc.
106 E. Babcock Street, Suite 3A
Bozeman, MT 59715

Advance Stores Company, Inc.
Advance Auto Parts, Inc.
4200 Six Forks Road
Raleigh, NC 27609

Ticketmaster, L.L.C.
Ticketmaster, LLC
c/o Corporate Creations Network Inc, Registered Agent
7801 Folsom Blvd., Ste. 202
Sacramento, CA 95826

Dated: August 21, 2024                               Respectfully submitted,

*/s/ Andrew W. Ferich*
Andrew W. Ferich
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: (310) 474-9111
Fax.: (310) 474-8585
aferich@ahdootwolfson.com

John Heenan
**HEENAN & COOK**
1631 Zimmerman Trail
Billings, MT 59102
Phone: (406) 839-9091
Fax: (406) 839-9092
john@lawmontana.com

*Counsel for Plaintiff Vanessa Rason*