**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL No. 3126<br><br>Individual Case Caption:<br>    *Hornthal v. Snowflake, Inc., et al.*,<br>    No. 2:24-cv-00068 (D. Mont.) |

## PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I filed the Response of Plaintiff David Hornthal In Support of Motion for Transfer on August 21, 2024, through the JPML's CM/ECF system, which will electronically serve all counsel of record in this matter.

Dated: August 21, 2024

Respectfully submitted,

/s/ John Morrison
John Morrison
**MORRISON SHERWOOD WILSON DEOLA, PLLP**
401 N. Last Chance Gulch
Helena, MT 59601
Tel: 406.442.3261
Fax: 406.443.7294
john@mswdlaw.com