**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Snowflake, Inc., Data
Security Breach Litigation.                                         MDL No. **3126**

**NOTICE OF WITHDRAWAL OF APPEARANCE**

David R. Paoli and the law firm of Paoli Law Firm file this Notice of Withdrawal from the above referenced matter. The undersigned's co-counsel will be filing their Notice of Appearance for our client in this matter.

Dated this 21st day of August, 2024

Respectfully submitted,

/s/ David R. Paoli
David R. Paoli
Davidpaoli@paoli-law.com
Paoli Law Firm, P.C.
257 West Front Street, Suite A
Missoula, MT 59802
Tel: (406) 542-3330