BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE DATA SECURITY BREACH LITIGATION | MDL No. 3126 |

NOTICE OF RELATED ACTIONS

PLEASE TAKE NOTICE, in accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, that two new cases were filed which the undersigned submits relate to the actions subject to the pending Motion for Transfer in this matter. The Schedule of Actions attached as Exhibit A lists the two cases. Also attached are copies of the current docket and operative complaint for each of the cases.

Dated: August 21, 2024                               Respectfully Submitted,

By:     */s/ Steven A. Schwartz*
        Steven A. Schwartz
        Beena M. McDonald
        Alex M. Kashurba
        Marissa Pembroke
        **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
        361 W. Lancaster Avenue
        Haverford, PA 19041
        Tel: (610) 642-8500
        Fax: 610-649-3633
        *sas@chimicles.com*
        *bmm@chimicles.com*
        *amk@chimicles.com*
        *mnp@chimicles.com*

1

James J. Rosemergy
**CAREY, DANIS & LOWE**
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
*jrosemergy@careydanis.com*

David B. Jonelis
**LAVELY & SINGER PC**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
*djonelis@lavelysinger.com*

*Counsel for Plaintiffs Jodi Caballero, Owen Conlan, Bryan Curtis, Kelley Davis, Charles Fitzgerald, Brendan Healy, Chris Rippel, and Michael Walters*