BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY DATA BREACH LITIGATION | MDL DOCKET NO. 3126 |

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel for Plaintiff Alessandra Conte certifies that on this 21st day of August, 2024, a copy of *Plaintiff Alessandra Conte's Response in Support of Motion for Transfer and Centralization of Related Actions to the District of Montana for Consolidated Pretrial Proceedings* was electronically filed with the Clerk via the CM/ECF filing system, which will send notification of this filing to all counsel of record registered as users and as denoted on the Electronic Mail Notice List.

Dated: August 21, 2024

Respectfully Submitted,

*/s/ Lynn A. Toops*
Lynn A. Toops
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com

J. Gerard Stranch, IV
STRANCH JENNINGS & GARVEY PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 245-8801
gstranch@stranchlaw.com

*Counsel for Plaintiffs Alessandra Conte v. Snowflake, Inc.*