BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY DATA BREACH LITIGATION | MDL Docket No. 3126 |

### PLAINTIFF WILLIAM KIRBY'S RESPONSE IN SUPPORT OF MOTION FOR TRANSFER AND CENTRALIZATION OF REALTED ACTIONS TO THE DISTRICT OF MONTANA FOR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiff William Kirby, who originally filed *Kirby v. Snowflake, Inc.,* Case No. 3:24-cv-01934, in the Northern District of Texas, hereby respectfully notifies the Court of her support of plaintiff Emmanuel Chaidez's motion under 28 U.S.C. §1407 to centralize the related cases against Snowflake, Inc. and its customers such as AT&T, Inc. in the District of Montana. (Doc. 3 in MDL No. 3126).

Dated: August 21, 2024

Respectfully Submitted,

**COHEN & MALAD, LLP**

/s/ *Lynn A. Toops*
Lynn A. Toops
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Phone: (317) 636-6481
Fax: (317) 636-6481
ltoops@cohenandmalad.com

J. Gerard Stranch, IV
STRANCH JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Phone: (615) 254-8801
gstranch@stranchlaw.com