BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SNOWFLAKE INC. DATA SECURITY BREACH LITIGATION | MDL Docket No. 3126 |

### SECOND AMENDED CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance and Corporate Disclosure Statement were electronically filed with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system and were served on all parties via CM/ECF, with the exception of Neiman Marcus Group, LLC. Neiman Marcus Group, LLC was served on August 19, 2024 via email per agreement of the parties on counsel, Neil Gilman of Hunton Andrews Kurth, at ngilman@huntonAK.com.

DATED: August 21, 2024

By   /s/ Stephen A. Broome
Stephen A. Broome
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
Email: stephenbrooome@quinnemanuel.com