BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL No. 3126 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) the Rules of Procedure for the United States Judicial Panel of Multidistrict Litigation, I hereby certify that on August 21, 2024, a copy of the foregoing Opposition to Plaintiff's Motion for Transfer by Defendants Advance Auto Parts, Inc. and Advance Stores Company, Incorporated was filed and served electronically upon counsel of record through CM/ECF system on all the parties.

This 21st day of August, 2024.

Respectfully submitted,

*/s/ Joshua L. Becker*
Joshua L. Becker
Georgia Bar No. 046046
jbecker@shb.com
1230 Peachtree Street
Suite 1200
Atlanta, GA 30309
Telephone: 470-867-6000
Facsimile: 470-867-6001