**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION** | MDL DOCKET NO.: 3126 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that the appearance of William B. Federman of the law firm Federman & Sherwood on behalf of Plaintiff John R. Wilkinson, the named plaintiff in the action styled *Wilkinson v. Snowflake, Inc.*, No. 2:24-cv-00057 (D. Mont.), and Plaintiffs Shannon Spencer, Gerry McAuley, and Ryan Jossart, the named plaintiffs in the action styled *Spencer, et al. v. Ticketmaster, LLC, et al.*, No. 2:24-cv-05760 (C.D. Cal.) is withdrawn in the above referenced matter. Kennedy M. Brian of the law firm Federman & Sherwood has entered her appearance for these parties.

Dated:  August 21, 2024            Respectfully submitted,

                                          */s/ William B. Federman*_____
                                          William B. Federman (OBA #2853)
                                          FEDERMAN & SHERWOOD
                                          10205 North Pennsylvania Avenue
                                          Oklahoma City, OK 73120
                                          Telephone: (405) 235-1560
                                          wbf@federmanlaw.com

                                          *Counsel for Plaintiffs John Wilkinson, Shannon Spencer, Gerry McAuley and Ryan Jossart*