BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | MDL NO. 3126 |

## PROOF OF SERVICE

I hereby certify that on August 21, 2024, I electronically filed the foregoing Plaintiffs Jamila Armstrong's, Matthew Miller's, Jessica Miller's, and Jeremiah Townsend's Response in Support of Motion for Transfer of Actions to the District of Montana Pursuant to 28 U.S.C. § 1407 using the Panel's CM/ECF system, which will send a service copy to all registered parties in the action through their counsel's associated email addresses.

I further caused true and correct copies of the filing to be served on the following parties via first-class U.S. Mail as Counsel has not yet appeared:

**Townsend v. Snowflake Inc., et al, Case No. 2:24-cv-00077 (D. Mont.)**

| | |
|---|---|
| **SNOWFLAKE, INC.**<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | **ADVANCE STORES COMPANY, INC.**<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

Dated: August 21, 2024

*/s/ Gary F. Lynch*
Gary F. Lynch
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
gary@lcllp.com

*Counsel for Plaintiffs Jamilia Armstrong (Case No. 2:24-cv-00058 (D. Mont.)); Matthew Miller (Case No. 2:24-cv-05867 (C.D. Cal.)); Jessica Miller (Case No. 2:24-cv-00067 (D. Mont.)); and Jeremiah Townsend (Case No. 2:24-cv-00077 (D. Mont.))*

1