# EXHIBIT 1

**Table C-1.**
**U.S. District Courts—Civil Cases Commenced, Terminated, and Pending**
**During the 12-Month Period Ending March 31, 2024**

| Circuit and District | Total | | | U.S. Cases | | | Private Cases | | |
|---|---|---|---|---|---|---|---|---|---|
| | Filed | Terminated | Pending | Filed | Terminated | Pending | Filed | Terminated | Pending |
| **Total** | **347,991** | **298,371** | **633,066** | **45,830** | **47,386** | **38,104** | **302,161** | **250,985** | **594,962** |
| **DC** | **3,996** | **3,473** | **5,072** | **2,532** | **2,271** | **3,048** | **1,464** | **1,202** | **2,024** |
| **1st** | **5,756** | **6,488** | **8,740** | **940** | **1,113** | **882** | **4,816** | **5,375** | **7,858** |
| ME | 420 | 460 | 376 | 107 | 140 | 77 | 313 | 320 | 299 |
| MA | 3,731 | 2,767 | 4,236 | 472 | 455 | 410 | 3,259 | 2,312 | 3,826 |
| NH | 415 | 1,930 | 2,433 | 111 | 180 | 97 | 304 | 1,750 | 2,336 |
| RI | 539 | 539 | 624 | 106 | 105 | 89 | 433 | 434 | 535 |
| PR | 651 | 792 | 1,071 | 144 | 233 | 209 | 507 | 559 | 862 |
| **2nd** | **27,943** | **26,892** | **29,656** | **6,644** | **6,676** | **4,719** | **21,299** | **20,216** | **24,937** |
| CT | 1,882 | 1,799 | 1,900 | 405 | 384 | 297 | 1,477 | 1,415 | 1,603 |
| NY,N | 1,926 | 1,751 | 1,859 | 536 | 464 | 435 | 1,390 | 1,287 | 1,424 |
| NY,E | 9,510 | 8,451 | 10,489 | 2,637 | 2,925 | 1,463 | 6,873 | 5,526 | 9,026 |
| NY,S | 11,384 | 11,894 | 12,139 | 1,109 | 1,146 | 1,088 | 10,275 | 10,748 | 11,051 |
| NY,W | 2,176 | 2,218 | 2,717 | 1,021 | 1,104 | 1,083 | 1,155 | 1,114 | 1,634 |
| VT | 1,065 | 779 | 552 | 936 | 653 | 353 | 129 | 126 | 199 |
| **3rd** | **41,999** | **22,838** | **95,549** | **3,149** | **3,374** | **2,332** | **38,850** | **19,464** | **93,217** |
| DE | 1,554 | 1,410 | 2,064 | 74 | 67 | 84 | 1,480 | 1,343 | 1,980 |
| NJ | 27,258 | 8,375 | 80,909 | 1,329 | 1,304 | 879 | 25,929 | 7,071 | 80,030 |
| PA,E | 7,697 | 7,889 | 6,703 | 817 | 997 | 562 | 6,880 | 6,892 | 6,141 |
| PA,M | 2,215 | 2,352 | 2,343 | 587 | 696 | 443 | 1,628 | 1,656 | 1,900 |
| PA,W | 3,166 | 2,675 | 3,127 | 324 | 282 | 276 | 2,842 | 2,393 | 2,851 |
| VI | 109 | 137 | 403 | 18 | 28 | 88 | 91 | 109 | 315 |
| **4th** | **23,206** | **17,874** | **27,120** | **5,572** | **4,921** | **5,895** | **17,634** | **12,953** | **21,225** |
| MD | 3,719 | 4,006 | 3,762 | 1,023 | 1,068 | 839 | 2,696 | 2,938 | 2,923 |
| NC,E | 2,812 | 1,825 | 3,478 | 1,477 | 613 | 2,259 | 1,335 | 1,212 | 1,219 |
| NC,M | 1,148 | 1,124 | 936 | 357 | 429 | 252 | 791 | 695 | 684 |
| NC,W | 1,676 | 1,487 | 1,102 | 549 | 507 | 250 | 1,127 | 980 | 852 |
| SC | 7,461 | 3,280 | 11,477 | 487 | 551 | 547 | 6,974 | 2,729 | 10,930 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| VA,E | 3,706 | 3,422 | 2,765 | 849 | 733 | 627 | 2,857 | 2,689 | 2,138 |
| VA,W | 1,297 | 1,187 | 1,159 | 206 | 261 | 177 | 1,091 | 926 | 982 |
| WV,N | 680 | 821 | 467 | 370 | 499 | 125 | 310 | 322 | 342 |
| WV,S¹ | 707 | 722 | 1,974 | 254 | 260 | 819 | 453 | 462 | 1,155 |
| **5th** | **34,230** | **33,582** | **43,036** | **3,534** | **3,617** | **3,006** | **30,696** | **29,965** | **40,030** |
| LA,E | 6,563 | 6,407 | 16,552 | 145 | 141 | 147 | 6,418 | 6,266 | 16,405 |
| LA,M | 1,728 | 1,291 | 1,705 | 44 | 63 | 72 | 1,684 | 1,228 | 1,633 |
| LA,W | 1,905 | 4,370 | 3,636 | 261 | 203 | 371 | 1,644 | 4,167 | 3,265 |
| MS,N | 871 | 873 | 560 | 337 | 390 | 96 | 534 | 483 | 464 |
| MS,S | 3,665 | 1,451 | 3,548 | 135 | 147 | 155 | 3,530 | 1,304 | 3,393 |
| TX,N | 5,316 | 5,394 | 3,867 | 996 | 1,081 | 578 | 4,320 | 4,313 | 3,289 |
| TX,E | 3,332 | 3,073 | 3,446 | 307 | 312 | 381 | 3,025 | 2,761 | 3,065 |
| TX,S | 6,395 | 6,172 | 5,877 | 777 | 766 | 679 | 5,618 | 5,406 | 5,198 |
| TX,W | 4,455 | 4,551 | 3,845 | 532 | 514 | 527 | 3,923 | 4,037 | 3,318 |
| **6th** | **19,523** | **15,779** | **42,008** | **2,598** | **2,838** | **2,462** | **16,925** | **12,941** | **39,546** |
| KY,E | 1,057 | 1,080 | 992 | 329 | 347 | 268 | 728 | 733 | 724 |
| KY,W | 1,264 | 1,311 | 1,305 | 204 | 185 | 179 | 1,060 | 1,126 | 1,126 |
| MI,E | 3,384 | 3,179 | 3,668 | 424 | 443 | 398 | 2,960 | 2,736 | 3,270 |
| MI,W | 1,645 | 1,440 | 1,306 | 221 | 219 | 126 | 1,424 | 1,221 | 1,180 |
| OH,N | 2,485 | 2,796 | 5,344 | 545 | 704 | 444 | 1,940 | 2,092 | 4,900 |
| OH,S | 5,742 | 2,481 | 25,223 | 420 | 490 | 463 | 5,322 | 1,991 | 24,760 |
| TN,E | 1,111 | 971 | 1,145 | 165 | 146 | 198 | 946 | 825 | 947 |
| TN,M | 1,705 | 1,479 | 1,537 | 139 | 136 | 155 | 1,566 | 1,343 | 1,382 |
| TN,W | 1,130 | 1,042 | 1,488 | 151 | 168 | 231 | 979 | 874 | 1,257 |
| **7th** | **31,646** | **20,079** | **42,924** | **3,002** | **3,302** | **2,597** | **28,644** | **16,777** | **40,327** |
| IL,N | 18,072 | 8,664 | 19,356 | 1,370 | 1,416 | 1,340 | 16,702 | 7,248 | 18,016 |
| IL,C | 1,366 | 1,513 | 1,502 | 168 | 233 | 170 | 1,198 | 1,280 | 1,332 |
| IL,S | 3,985 | 1,848 | 6,977 | 209 | 235 | 217 | 3,776 | 1,613 | 6,760 |
| IN,N | 2,233 | 2,103 | 1,995 | 396 | 459 | 254 | 1,837 | 1,644 | 1,741 |
| IN,S | 3,385 | 3,378 | 10,671 | 480 | 518 | 351 | 2,905 | 2,860 | 10,320 |
| WI,E | 1,681 | 1,689 | 1,580 | 217 | 260 | 128 | 1,464 | 1,429 | 1,452 |
| WI,W | 924 | 884 | 843 | 162 | 181 | 137 | 762 | 703 | 706 |
| **8th** | **13,176** | **11,601** | **16,389** | **2,411** | **2,481** | **1,901** | **10,765** | **9,120** | **14,488** |
| AR,E | 1,673 | 1,789 | 1,536 | 279 | 351 | 215 | 1,394 | 1,438 | 1,321 |
| AR,W | 833 | 844 | 682 | 175 | 234 | 152 | 658 | 610 | 530 |
| IA,N | 420 | 404 | 348 | 127 | 127 | 87 | 293 | 277 | 261 |
| IA,S | 663 | 633 | 488 | 153 | 166 | 119 | 510 | 467 | 369 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MN | 4,182 | 2,966 | 8,745 | 572 | 630 | 338 | 3,610 | 2,336 | 8,407 |
| MO,E | 2,107 | 1,936 | 1,648 | 354 | 272 | 328 | 1,753 | 1,664 | 1,320 |
| MO,W | 1,867 | 1,800 | 1,401 | 445 | 407 | 368 | 1,422 | 1,393 | 1,033 |
| NE | 823 | 632 | 817 | 183 | 151 | 116 | 640 | 481 | 701 |
| ND | 227 | 256 | 278 | 60 | 68 | 94 | 167 | 188 | 184 |
| SD | 381 | 341 | 446 | 63 | 75 | 84 | 318 | 266 | 362 |
| **9th** | **45,986** | **44,709** | **46,222** | **9,834** | **10,252** | **6,913** | **36,152** | **34,457** | **39,309** |
| AK | 352 | 322 | 389 | 93 | 84 | 126 | 259 | 238 | 263 |
| AZ | 4,215 | 3,901 | 3,124 | 860 | 932 | 603 | 3,355 | 2,969 | 2,521 |
| CA,N | 6,934 | 5,888 | 13,564 | 1,246 | 980 | 939 | 5,688 | 4,908 | 12,625 |
| CA,E | 4,933 | 4,909 | 5,846 | 894 | 985 | 925 | 4,039 | 3,924 | 4,921 |
| CA,C | 16,161 | 16,083 | 10,362 | 3,904 | 4,014 | 2,025 | 12,257 | 12,069 | 8,337 |
| CA,S | 2,523 | 2,766 | 1,984 | 468 | 494 | 346 | 2,055 | 2,272 | 1,638 |
| HI | 657 | 649 | 489 | 131 | 160 | 90 | 526 | 489 | 399 |
| ID | 638 | 593 | 708 | 106 | 113 | 114 | 532 | 480 | 594 |
| MT | 614 | 665 | 576 | 97 | 109 | 110 | 517 | 556 | 466 |
| NV | 2,948 | 2,765 | 3,541 | 286 | 313 | 343 | 2,662 | 2,452 | 3,198 |
| OR | 2,062 | 2,109 | 2,307 | 406 | 592 | 452 | 1,656 | 1,517 | 1,855 |
| WA,E | 836 | 916 | 609 | 404 | 505 | 243 | 432 | 411 | 366 |
| WA,W | 3,065 | 3,093 | 2,390 | 932 | 965 | 585 | 2,133 | 2,128 | 1,805 |
| GU | 29 | 33 | 281 | 6 | 4 | 10 | 23 | 29 | 271 |
| NMI | 19 | 17 | 52 | 1 | 2 | 2 | 18 | 15 | 50 |
| **10th** | **9,700** | **9,767** | **9,165** | **1,648** | **1,958** | **1,422** | **8,052** | **7,809** | **7,743** |
| CO | 3,524 | 3,443 | 3,053 | 380 | 417 | 374 | 3,144 | 3,026 | 2,679 |
| KS | 1,190 | 1,249 | 877 | 213 | 294 | 144 | 977 | 955 | 733 |
| NM | 1,199 | 1,223 | 1,224 | 276 | 275 | 244 | 923 | 948 | 980 |
| OK,N | 584 | 596 | 612 | 131 | 171 | 110 | 453 | 425 | 502 |
| OK,E | 452 | 497 | 446 | 153 | 223 | 119 | 299 | 274 | 327 |
| OK,W | 1,262 | 1,281 | 1,059 | 211 | 270 | 156 | 1,051 | 1,011 | 903 |
| UT | 1,218 | 1,229 | 1,441 | 241 | 279 | 217 | 977 | 950 | 1,224 |
| WY | 271 | 249 | 453 | 43 | 29 | 58 | 228 | 220 | 395 |
| **11th** | **90,830** | **85,289** | **267,185** | **3,966** | **4,583** | **2,927** | **86,864** | **80,706** | **264,258** |
| AL,N | 1,832 | 1,774 | 2,023 | 291 | 350 | 307 | 1,541 | 1,424 | 1,716 |
| AL,M | 832 | 927 | 881 | 119 | 152 | 141 | 713 | 775 | 740 |
| AL,S | 479 | 497 | 490 | 63 | 66 | 75 | 416 | 431 | 415 |
| FL,N | 59,476 | 52,605 | 247,861 | 116 | 105 | 133 | 59,360 | 52,500 | 247,728 |
| FL,M | 9,203 | 9,182 | 6,268 | 1,321 | 1,712 | 1,002 | 7,882 | 7,470 | 5,266 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FL,S | 9,867 | 10,094 | 3,677 | 879 | 960 | 416 | 8,988 | 9,134 | 3,261 |
| GA,N | 6,967 | 7,934 | 4,368 | 804 | 818 | 581 | 6,163 | 7,116 | 3,787 |
| GA,M | 1,172 | 1,215 | 931 | 181 | 204 | 150 | 991 | 1,011 | 781 |
| GA,S | 1,002 | 1,061 | 686 | 192 | 216 | 122 | 810 | 845 | 564 |

NOTE: The number of pending cases in this report includes cases that have been transferred under a Multidistrict Litigation (MDL) order. Large numbers of civil cases may be temporarily assigned by the Judicial Panel on Multidistrict Litigation to a district judge for pretrial management.  As MDL cases vary greatly among districts, it is advisable to check with the relevant district court before drawing statistical conclusions about the number of pending cases for that district.

[1] The higher number of pending cases reported for the Southern District of West Virginia is the result of reconciliation efforts conducted for pretrial management for the three-month period ending June 30, 2018.