# EXHIBIT 2

## U.S. District Court — Judicial Caseload Profile

**PENNSYLVANIA EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 8,069 | 8,049 | 7,499 | 6,498 | 7,255 | 8,877 | | |
| | Terminations | | 7,500 | 6,651 | 6,834 | 6,992 | 8,532 | 8,627 | | |
| | Pending | | 7,891 | 9,303 | 9,988 | 9,429 | 8,155 | 8,405 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 10.0 | 10.3 | 18.4 | 36.6 | 22.4 | | 12 | 2 |
| | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months [2] | | 67.9 | 36.2 | 32.4 | 41.9 | 57.0 | 20.5 | | |
| **Actions per Judgeship** | **Filings** | Total | 367 | 366 | 341 | 295 | 330 | 404 | 61 | 4 |
| | | Civil | 320 | 335 | 308 | 268 | 298 | 375 | 35 | 3 |
| | | Criminal Felony | 35 | 24 | 25 | 18 | 23 | 21 | 93 | 6 |
| | | Supervised Release Hearings | 12 | 7 | 8 | 9 | 9 | 8 | 88 | 4 |
| | Pending Cases [2] | | 359 | 423 | 454 | 429 | 371 | 382 | 65 | 6 |
| | Weighted Filings [2] | | 309 | 312 | 314 | 280 | 271 | 286 | 79 | 5 |
| | Terminations | | 341 | 302 | 311 | 318 | 388 | 392 | 67 | 4 |
| | Trials Completed | | 7 | 6 | 3 | 7 | 7 | 6 | 89 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.3 | 13.0 | 19.1 | 20.4 | 23.2 | 20.4 | 78 | 4 |
| | | Civil [2] | 5.8 | 5.8 | 6.3 | 6.7 | 7.7 | 4.3 | 4 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 21.5 | 18.4 | - | 24.3 | 24.7 | 27.1 | 10 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,532 / 23.6 | 1,535 / 19.3 | 1,548 / 18.0 | 2,046 / 25.2 | 2,082 / 30.0 | 2,022 / 27.8 | 83 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.3 | 1.2 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 59.6 | 56.5 | 57.7 | 53.3 | 54.9 | 44.4 | | |
| | | Percent Not Selected or Challenged | 42.3 | 39.8 | 35.1 | 44.2 | 45.1 | 30.6 | | |

| 2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 8,250 | 368 | 263 | 1,611 | 4 | 76 | 349 | 1,169 | 1,062 | 279 | 2,037 | 125 | 907 |
| Criminal [1] | 457 | - | 113 | 22 | 87 | 80 | 89 | 25 | 1 | 20 | 2 | 5 | 13 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**NORTH CAROLINA EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 3,016 | 3,197 | 2,884 | 2,528 | 3,801 | 3,627 | | |
| | Terminations | | 2,895 | 2,885 | 2,601 | 2,960 | 2,952 | 2,852 | | |
| | Pending | | 3,230 | 3,494 | 3,783 | 3,382 | 3,929 | 4,726 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 20.3 | 13.5 | 25.8 | 43.5 | -4.6 | | 72 | 7 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months [2] | | 12.0 | 5.1 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 754 | 799 | 721 | 632 | 950 | 907 | 8 | 1 |
| | | Civil | 440 | 491 | 442 | 393 | 699 | 672 | 8 | 2 |
| | | Criminal Felony | 240 | 246 | 230 | 164 | 164 | 157 | 10 | 1 |
| | | Supervised Release Hearings | 75 | 63 | 50 | 76 | 87 | 77 | 14 | 2 |
| | Pending Cases [2] | | 808 | 874 | 946 | 846 | 982 | 1,182 | 10 | 2 |
| | Weighted Filings [2] | | 695 | 694 | 688 | 562 | 859 | 851 | 3 | 1 |
| | Terminations | | 724 | 721 | 650 | 740 | 738 | 713 | 11 | 1 |
| | Trials Completed | | 39 | 30 | 35 | 42 | 41 | 30 | 10 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.4 | 10.7 | 12.7 | 15.4 | 16.0 | 12.8 | 39 | 6 |
| | | Civil [2] | 9.9 | 8.7 | 10.0 | 11.6 | 9.9 | 7.4 | 31 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 37.2 | 51.3 | 47.6 | - | 31.2 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 394 | 301 | 347 | 398 | 175 | 216 | 26 | 4 |
| | | | 19.4 | 14.2 | 14.9 | 18.6 | 6.3 | 6.0 | | |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.2 | 1.4 | 1.3 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 37.3 | 35.0 | 39.7 | 43.8 | 38.2 | 37.3 | | |
| | | Percent Not Selected or Challenged | 24.9 | 29.9 | 24.8 | 35.0 | 24.5 | 27.4 | | |

| **2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,689 | 155 | 29 | 726 | 9 | 44 | 40 | 141 | 947 | 151 | 277 | 1 | 169 |
| Criminal [1] | 628 | 2 | 207 | 14 | 228 | 83 | 30 | 33 | 1 | 7 | 8 | 5 | 10 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**TEXAS NORTHERN**

| | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|
| | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | 7,622 | 7,874 | 8,188 | 7,386 | 7,396 | 7,172 | | |
| | Terminations | 7,283 | 9,300 | 10,348 | 13,080 | 8,303 | 7,240 | | |
| | Pending | 16,027 | 14,659 | 12,518 | 6,836 | 5,904 | 5,792 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | -5.9 | -8.9 | -12.4 | -2.9 | -3.0 | | 64 | 7 |
| | Number of Judgeships | 12 | 12 | 12 | 12 | 12 | 12 | | |
| | Vacant Judgeship Months [2] | 65.9 | 5.3 | 0.0 | 0.0 | 0.0 | 0.6 | | |
| **Actions per Judgeship** | **Filings** Total | 635 | 656 | 682 | 616 | 616 | 598 | 24 | 5 |
| | Civil | 450 | 479 | 514 | 452 | 457 | 452 | 24 | 4 |
| | Criminal Felony | 151 | 150 | 140 | 128 | 120 | 105 | 22 | 4 |
| | Supervised Release Hearings | 34 | 27 | 28 | 36 | 40 | 41 | 35 | 3 |
| | Pending Cases [2] | 1,336 | 1,222 | 1,043 | 570 | 492 | 483 | 44 | 8 |
| | Weighted Filings [2] | 597 | 606 | 629 | 576 | 574 | 555 | 26 | 7 |
| | Terminations | 607 | 775 | 862 | 1,090 | 692 | 603 | 16 | 4 |
| | Trials Completed | 21 | 15 | 12 | 18 | 15 | 15 | 43 | 5 |
| **Median Time (Months)** | From Filing to Disposition Criminal Felony | 7.6 | 7.2 | 9.4 | 9.8 | 9.6 | 8.8 | 13 | 3 |
| | Civil [2] | 6.7 | 13.8 | 13.2 | 65.0 | 8.0 | 6.0 | 13 | 2 |
| | From Filing to Trial [2] (Civil Only) | 21.2 | 22.2 | 27.9 | 25.1 | 26.7 | 19.8 | 4 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | 8,752 | 7,536 | 5,881 | 812 | 413 | 443 | 50 | 7 |
| | | 62.2 | 60.4 | 57.6 | 17.5 | 10.3 | 11.0 | | |
| | Average Number of Felony Defendants Filed per Case | 1.4 | 1.5 | 1.4 | 1.3 | 1.4 | 1.5 | | |
| | Jurors Avg. Present for Jury Selection | 52.1 | 58.0 | 45.4 | 51.9 | 36.2 | 48.3 | | |
| | Percent Not Selected or Challenged | 46.6 | 42.1 | 39.2 | 46.3 | 46.5 | 46.3 | | |

| **2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 5,418 | 99 | 58 | 1,561 | 17 | 158 | 155 | 957 | 643 | 284 | 673 | 2 | 811 |
| Criminal [1] | 1,262 | 87 | 426 | 174 | 231 | 141 | 39 | 74 | 2 | 20 | 13 | 23 | 32 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**ILLINOIS NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 10,068 | 9,556 | 9,198 | 8,122 | 9,355 | 19,459 | | |
| | | Terminations | 10,443 | 10,536 | 12,102 | 8,773 | 9,007 | 10,327 | | |
| | | Pending | 16,611 | 15,671 | 12,768 | 12,044 | 12,403 | 21,491 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 93.3 | 103.6 | 111.6 | 139.6 | 108.0 | | 4 | 1 |
| | | Number of Judgeships | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | | Vacant Judgeship Months [2] | 49.7 | 37.4 | 36.0 | 12.0 | 24.5 | 14.4 | | |
| **Actions per Judgeship** | **Filings** | Total | 458 | 434 | 418 | 369 | 425 | 885 | 9 | 2 |
| | | Civil | 404 | 394 | 363 | 332 | 392 | 855 | 3 | 1 |
| | | Criminal Felony | 45 | 30 | 43 | 25 | 24 | 20 | 94 | 7 |
| | | Supervised Release Hearings | 9 | 11 | 12 | 13 | 10 | 10 | 87 | 6 |
| | Pending Cases [2] | | 755 | 712 | 580 | 547 | 564 | 977 | 12 | 3 |
| | Weighted Filings [2] | | 433 | 415 | 418 | 366 | 423 | 791 | 5 | 1 |
| | Terminations | | 475 | 479 | 550 | 399 | 409 | 469 | 46 | 5 |
| | Trials Completed | | 9 | 6 | 6 | 8 | 9 | 10 | 70 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 19.8 | 15.1 | 22.0 | 22.9 | 27.4 | 32.6 | 93 | 7 |
| | | Civil [2] | 7.6 | 11.2 | 14.2 | 7.2 | 6.5 | 6.1 | 14 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 36.7 | 41.3 | 48.1 | 48.9 | 58.2 | 53.7 | 52 | 4 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old [2] | 5,433 / 37.5 | 4,345 / 32.2 | 1,726 / 16.7 | 2,126 / 21.7 | 2,406 / 23.4 | 2,500 / 12.8 | 58 | 6 |
| | | Average Number of Felony Defendants Filed per Case | 1.3 | 1.4 | 1.3 | 1.4 | 1.3 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 49.1 | 48.8 | 77.6 | 103.4 | 87.0 | 69.3 | | |
| | | Percent Not Selected or Challenged | 43.4 | 44.3 | 61.1 | 70.8 | 59.8 | 53.3 | | |

| **2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 18,799 | 403 | 8,954 | 991 | 11 | 73 | 691 | 998 | 1,405 | 1,919 | 1,735 | 40 | 1,579 |
| Criminal [1] | 436 | 4 | 124 | 20 | 81 | 73 | 65 | 13 | 1 | 10 | 9 | 3 | 33 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 8,924 | 10,008 | 11,051 | 9,837 | 9,427 | 8,394 | | |
| | Terminations | | 8,231 | 8,307 | 9,041 | 11,511 | 8,063 | 6,732 | | |
| | Pending | | 10,503 | 12,173 | 14,157 | 12,453 | 13,840 | 15,619 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -5.9 | -16.1 | -24.0 | -14.7 | -11.0 | | 83 | 13 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 15.0 | 42.5 | 25.4 | 11.2 | | |
| **Actions per Judgeship** | **Filings** | Total | 637 | 715 | 789 | 703 | 673 | 600 | 22 | 4 |
| | | Civil | 546 | 632 | 718 | 626 | 599 | 516 | 19 | 3 |
| | | Criminal Felony | 45 | 44 | 32 | 33 | 24 | 34 | 83 | 13 |
| | | Supervised Release Hearings | 46 | 38 | 39 | 44 | 51 | 50 | 29 | 8 |
| | Pending Cases [2] | | 750 | 870 | 1,011 | 890 | 989 | 1,116 | 11 | 2 |
| | Weighted Filings [2] | | 607 | 598 | 771 | 699 | 571 | 521 | 27 | 5 |
| | Terminations | | 588 | 593 | 646 | 822 | 576 | 481 | 41 | 9 |
| | Trials Completed | | 10 | 6 | 6 | 9 | 7 | 8 | 80 | 10 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.7 | 11.2 | 16.3 | 16.8 | 21.2 | 16.5 | 67 | 9 |
| | | Civil [2] | 8.5 | 10.1 | 7.6 | 10.1 | 7.1 | 7.6 | 36 | 6 |
| | From Filing to Trial [2] (Civil Only) | | 25.3 | 29.3 | 26.9 | 34.7 | 36.6 | 48.9 | 47 | 6 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,341 / 14.4 | 1,440 / 13.1 | 1,291 / 9.9 | 971 / 8.6 | 2,040 / 16.0 | 3,779 / 25.9 | 81 | 13 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.4 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 74.7 | 89.8 | 61.5 | 68.0 | 60.2 | 52.9 | | |
| | | Percent Not Selected or Challenged | 53.4 | 59.9 | 40.5 | 48.0 | 34.1 | 38.2 | | |

| **2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7,226 | 212 | 842 | 1,249 | 10 | 117 | 412 | 630 | 737 | 610 | 857 | 43 | 1,507 |
| Criminal [1] | 472 | 3 | 247 | - | 61 | 77 | 25 | 11 | 1 | 8 | 6 | 8 | 25 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 9,474 | 9,036 | 8,252 | 7,348 | 7,279 | 7,044 | | |
| | Terminations | | 8,925 | 8,330 | 7,010 | 7,870 | 7,632 | 7,256 | | |
| | Pending | | 5,759 | 5,946 | 6,878 | 5,936 | 5,391 | 4,758 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -25.6 | -22.0 | -14.6 | -4.1 | -3.2 | | 65 | 12 |
| | Number of Judgeships | | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | Vacant Judgeship Months [2] | | 49.1 | 60.0 | 68.2 | 54.7 | 12.0 | 14.7 | | |
| **Actions per Judgeship** | **Filings** | Total | 729 | 695 | 635 | 565 | 560 | 542 | 30 | 6 |
| | | Civil | 222 | 210 | 209 | 158 | 189 | 185 | 77 | 11 |
| | | Criminal Felony | 413 | 383 | 341 | 282 | 259 | 245 | 4 | 2 |
| | | Supervised Release Hearings | 94 | 103 | 85 | 125 | 111 | 112 | 4 | 1 |
| | Pending Cases [2] | | 443 | 457 | 529 | 457 | 415 | 366 | 71 | 10 |
| | Weighted Filings [2] | | 605 | 602 | 658 | 503 | 466 | 441 | 39 | 8 |
| | Terminations | | 687 | 641 | 539 | 605 | 587 | 558 | 22 | 4 |
| | Trials Completed | | 16 | 8 | 5 | 10 | 10 | 9 | 77 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 4.4 | 4.6 | 8.3 | 7.8 | 7.1 | 6.1 | 6 | 3 |
| | | Civil [2] | 6.1 | 6.2 | 7.7 | 7.7 | 6.4 | 6.6 | 22 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 27.7 | 36.7 | 28.3 | 46.9 | 46.7 | 33.1 | 29 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 621 23.0 | 743 26.5 | 603 22.1 | 535 23.2 | 409 18.5 | 221 11.5 | 54 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 52.3 | 53.5 | 70.5 | 61.3 | 55.2 | 52.0 | | |
| | | Percent Not Selected or Challenged | 41.8 | 42.5 | 54.2 | 46.2 | 42.7 | 37.4 | | |

| **2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,404 | 117 | 77 | 398 | 4 | 30 | 117 | 323 | 220 | 183 | 419 | 4 | 512 |
| Criminal [1] | 3,184 | 4 | 1,209 | 1,612 | 65 | 98 | 40 | 41 | 2 | 6 | 35 | 36 | 36 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA CENTRAL**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 18,056 | 17,659 | 17,597 | 15,114 | 16,369 | 18,149 | | |
| | Terminations | | 16,960 | 16,988 | 18,070 | 16,545 | 15,925 | 18,095 | | |
| | Pending | | 14,682 | 15,164 | 14,655 | 13,198 | 13,613 | 13,649 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 0.5 | 2.8 | 3.1 | 20.1 | 10.9 | | 25 | 5 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months [2] | | 85.8 | 111.9 | 91.5 | 83.8 | 26.9 | 13.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 645 | 631 | 628 | 540 | 585 | 648 | 20 | 3 |
| | | Civil | 553 | 570 | 565 | 480 | 526 | 584 | 16 | 2 |
| | | Criminal Felony | 60 | 38 | 41 | 35 | 33 | 36 | 81 | 12 |
| | | Supervised Release Hearings | 32 | 22 | 23 | 25 | 26 | 28 | 53 | 12 |
| | Pending Cases [2] | | 524 | 542 | 523 | 471 | 486 | 487 | 43 | 7 |
| | Weighted Filings [2] | | 669 | 681 | 691 | 563 | 578 | 666 | 14 | 3 |
| | Terminations | | 606 | 607 | 645 | 591 | 569 | 646 | 14 | 3 |
| | Trials Completed | | 12 | 7 | 4 | 10 | 10 | 10 | 70 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.3 | 14.7 | 17.8 | 20.2 | 20.2 | 21.0 | 81 | 14 |
| | | Civil [2] | 5.0 | 4.7 | 4.9 | 4.8 | 4.6 | 3.9 | 3 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 22.0 | 21.2 | 20.8 | 23.5 | 27.8 | 30.4 | 17 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 612 / 5.5 | 634 / 5.4 | 831 / 7.5 | 911 / 9.2 | 972 / 9.2 | 943 / 8.8 | 40 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.5 | 1.4 | 1.4 | 1.4 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 48.5 | 63.2 | 46.4 | 62.9 | 62.8 | 54.0 | | |
| | | Percent Not Selected or Challenged | 47.9 | 60.1 | 47.0 | 57.3 | 58.7 | 64.2 | | |

| **2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 16,355 | 893 | 233 | 1,076 | 16 | 603 | 693 | 1,764 | 1,243 | 1,343 | 4,619 | 14 | 3,858 |
| Criminal [1] | 999 | 1 | 363 | 6 | 188 | 197 | 64 | 47 | 2 | 26 | 7 | 30 | 68 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**MONTANA**

| | | 12-Month Periods Ending | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | 1,255 | 1,211 | 1,305 | 1,279 | 1,217 | 1,219 | | | |
| | Terminations | 1,346 | 1,194 | 1,257 | 1,276 | 1,113 | 1,256 | | | |
| | Pending | 1,030 | 1,052 | 1,090 | 1,085 | 1,184 | 1,159 | | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | -2.9 | 0.7 | -6.6 | -4.7 | 0.2 | | | 53 | 11 |
| | Number of Judgeships | 3 | 3 | 3 | 3 | 3 | 3 | | | |
| | Vacant Judgeship Months [2] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | |
| **Actions per Judgeship** | **Filings** Total | 418 | 404 | 435 | 426 | 406 | 406 | | 60 | 10 |
| | Civil | 197 | 204 | 226 | 201 | 197 | 206 | | 73 | 9 |
| | Criminal Felony | 137 | 113 | 117 | 129 | 142 | 143 | | 14 | 4 |
| | Supervised Release Hearings | 84 | 87 | 92 | 96 | 67 | 57 | | 23 | 7 |
| | Pending Cases [2] | 343 | 351 | 363 | 362 | 395 | 386 | | 64 | 9 |
| | Weighted Filings [2] | 383 | 369 | 398 | 402 | 405 | 421 | | 46 | 10 |
| | Terminations | 449 | 398 | 419 | 425 | 371 | 419 | | 57 | 10 |
| | Trials Completed | 42 | 53 | 50 | 56 | 50 | 48 | | 3 | 1 |
| **Median Time (Months)** | From Filing to Disposition Criminal Felony | 8.0 | 8.0 | 9.0 | 9.0 | 8.1 | 9.4 | | 15 | 4 |
| | Civil [2] | 10.6 | 10.5 | 9.5 | 11.6 | 11.9 | 10.4 | | 80 | 11 |
| | From Filing to Trial [2] (Civil Only) | 19.5 | - | - | 21.2 | - | - | | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | 59 9.9 | 63 9.7 | 68 9.8 | 77 11.3 | 84 13.0 | 88 <mark>15.3</mark> | | 66 | 9 |
| | Average Number of Felony Defendants Filed per Case | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | 1.2 | | | |
| | **Jurors** Avg. Present for Jury Selection | 32.9 | 44.3 | 40.0 | 40.5 | 38.3 | 41.3 | | | |
| | Percent Not Selected or Challenged | 28.9 | 35.9 | 41.4 | 30.2 | 34.7 | 28.5 | | | |

| 2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 619 | 30 | 12 | 241 | 3 | 22 | 11 | 116 | 61 | 7 | 67 | - | 49 |
| Criminal [1] | 428 | 6 | 174 | 5 | 119 | 23 | 53 | 25 | - | 7 | 2 | 4 | 10 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**WASHINGTON WESTERN**

| | | 12-Month Periods Ending | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | Numerical Standing Within | |
| | | | | | | | | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | 3,766 | 3,794 | 3,459 | 3,131 | 3,544 | 3,593 | | |
| | Terminations | 3,762 | 3,559 | 3,340 | 3,493 | 3,490 | 3,565 | | |
| | Pending | 2,991 | 3,182 | 3,297 | 2,928 | 2,988 | 3,024 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | -4.6 | -5.3 | 3.9 | 14.8 | 1.4 | | 49 | 9 |
| | Number of Judgeships | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | Vacant Judgeship Months ² | 40.0 | 53.9 | 60.0 | 30.0 | 27.5 | 0.7 | | |
| **Actions per Judgeship** | **Filings** Total | 538 | 542 | 494 | 447 | 506 | 513 | 33 | 7 |
| | Civil | 442 | 473 | 402 | 380 | 428 | 438 | 26 | 4 |
| | Criminal Felony | 51 | 37 | 61 | 33 | 42 | 37 | 80 | 11 |
| | Supervised Release Hearings | 45 | 33 | 31 | 34 | 36 | 38 | 38 | 9 |
| | Pending Cases ² | 427 | 455 | 471 | 418 | 427 | 432 | 52 | 8 |
| | Weighted Filings ² | 458 | 443 | 469 | 401 | 464 | 462 | 34 | 6 |
| | Terminations | 537 | 508 | 477 | 499 | 499 | 509 | 33 | 7 |
| | Trials Completed | 12 | 10 | 8 | 14 | 13 | 13 | 52 | 4 |
| **Median Time (Months)** | From Filing to Disposition Criminal Felony | 9.1 | 9.9 | 16.0 | 14.8 | 17.8 | 15.0 | 55 | 7 |
| | Civil ² | 7.6 | 7.0 | 8.4 | 7.9 | 6.7 | 6.3 | 17 | 3 |
| | From Filing to Trial ² (Civil Only) | 19.3 | 19.1 | 22.2 | 35.3 | 26.6 | 34.4 | 30 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | 73 / 3.1 | 86 / 3.3 | 130 / 5.1 | 141 / 6.2 | 148 / 6.2 | 138 / 5.8 | 22 | 2 |
| | Average Number of Felony Defendants Filed per Case | 1.3 | 1.3 | 1.7 | 1.3 | 1.5 | 1.4 | | |
| | Jurors Avg. Present for Jury Selection | 36.7 | 38.3 | 36.0 | 56.4 | 41.7 | 35.5 | | |
| | Jurors Percent Not Selected or Challenged | 23.4 | 30.6 | 40.0 | 34.3 | 31.3 | 21.5 | | |

| **2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,063 | 514 | 32 | 377 | 4 | 42 | 208 | 450 | 306 | 124 | 512 | 12 | 482 |
| Criminal ¹ | 262 | - | 92 | 16 | 34 | 41 | 14 | 43 | - | 3 | 4 | 6 | 9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**OKLAHOMA WESTERN**

| | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|
| | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | 1,838 | 1,890 | 1,976 | 1,816 | 1,917 | 2,061 | | |
| | Terminations | 1,834 | 1,790 | 1,720 | 1,886 | 1,803 | 2,221 | | |
| | Pending | 1,463 | 1,564 | 1,821 | 1,749 | 1,865 | 1,703 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | 12.1 | 9.0 | 4.3 | 13.5 | 7.5 | | 31 | 2 |
| | Number of Judgeships | 6 | 6 | 6 | 6 | 6 | 6 | | |
| | Vacant Judgeship Months [2] | 21.7 | 17.6 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** Total | 306 | 315 | 329 | 303 | 320 | 344 | 74 | 6 |
| | Civil | 209 | 212 | 230 | 188 | 191 | 219 | 70 | 4 |
| | Criminal Felony | 69 | 72 | 67 | 84 | 97 | 93 | 27 | 5 |
| | Supervised Release Hearings | 29 | 31 | 33 | 31 | 31 | 31 | 49 | 7 |
| | Pending Cases [2] | 244 | 261 | 304 | 292 | 311 | 284 | 86 | 7 |
| | Weighted Filings [2] | 279 | 293 | 305 | 296 | 312 | 334 | 68 | 6 |
| | Terminations | 306 | 298 | 287 | 314 | 301 | 370 | 69 | 6 |
| | Trials Completed | 23 | 20 | 19 | 21 | 25 | 25 | 15 | 2 |
| **Median Time (Months)** | From Filing to Disposition — Criminal Felony | 8.8 | 8.8 | 11.3 | 12.7 | 12.1 | 11.0 | 29 | 3 |
| | Civil [2] | 8.5 | 8.4 | 8.9 | 10.2 | 9.4 | 7.4 | 31 | 2 |
| | From Filing to Trial [2] (Civil Only) | - | 15.7 | - | 24.5 | | | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | 52 / 5.3 | 49 / 4.7 | 59 / 4.7 | 61 / 6.0 | 71 / 6.5 | 70 / 6.5 | 28 | 2 |
| | Average Number of Felony Defendants Filed per Case | 1.5 | 1.4 | 1.4 | 1.3 | 1.2 | 1.2 | | |
| | Jurors — Avg. Present for Jury Selection | 51.9 | 31.3 | 43.4 | 43.5 | 38.8 | 42.0 | | |
| | Percent Not Selected or Challenged | 45.8 | 26.3 | 36.4 | 29.7 | 28.7 | 33.6 | | |

| 2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,316 | 106 | 28 | 315 | 2 | 17 | 30 | 282 | 160 | 17 | 207 | - | 152 |
| Criminal [1] | 559 | 7 | 189 | 97 | 141 | 34 | 19 | 39 | 3 | 10 | 3 | 5 | 12 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**FLORIDA SOUTHERN**

| | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|
| | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | 13,051 | 11,717 | 11,513 | 10,689 | 23,490 | 10,376 | | |
| | Terminations | 12,916 | 12,168 | 11,009 | 11,657 | 24,147 | 10,599 | | |
| | Pending | 6,735 | 6,258 | 6,800 | 5,977 | 5,631 | 5,498 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | -20.5 | -11.4 | -9.9 | -2.9 | -55.8 | | 93 | 9 |
| | Number of Judgeships | 18 | 18 | 18 | 18 | 18 | 18 | | |
| | Vacant Judgeship Months ² | 55.1 | 17.6 | 25.3 | 24.0 | 35.5 | 31.7 | | |
| **Actions per Judgeship** | **Filings** Total | 725 | 651 | 640 | 594 | 1,305 | 576 | 25 | 4 |
| | Civil | 584 | 541 | 547 | 476 | 1,192 | 475 | 22 | 4 |
| | Criminal Felony | 112 | 84 | 71 | 86 | 84 | 75 | 37 | 3 |
| | Supervised Release Hearings | 29 | 26 | 22 | 31 | 29 | 27 | 57 | 6 |
| | Pending Cases ² | 374 | 348 | 378 | 332 | 313 | 305 | 84 | 9 |
| | Weighted Filings ² | 765 | 635 | 634 | 593 | 1,100 | 587 | 23 | 4 |
| | Terminations | 718 | 676 | 612 | 648 | 1,342 | 589 | 17 | 4 |
| | Trials Completed | 22 | 19 | 15 | 30 | 26 | 25 | 15 | 2 |
| **Median Time (Months)** | From Filing to Disposition — Criminal Felony | 5.2 | 5.3 | 10.3 | 8.6 | 8.8 | 8.1 | 10 | 1 |
| | Civil ² | 3.7 | 3.7 | 3.0 | 3.6 | 0.0 | 3.5 | 2 | 1 |
| | From Filing to Trial ² (Civil Only) | 18.3 | 16.0 | 17.5 | 25.0 | 24.0 | 24.3 | 8 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | 121 / 2.4 | 118 / 2.5 | 135 / 2.9 | 133 / 3.4 | 133 / 3.5 | 136 / 3.6 | 4 | 1 |
| | Average Number of Felony Defendants Filed per Case | 1.3 | 1.3 | 1.5 | 1.3 | 1.4 | 1.3 | | |
| | Jurors — Avg. Present for Jury Selection | 45.0 | 42.8 | 21.6 | 39.8 | 44.8 | 40.6 | | |
| | Percent Not Selected or Challenged | 19.1 | 15.4 | 5.2 | 14.2 | 17.9 | 13.3 | | |

| 2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 8,550 | 145 | 146 | 856 | 10 | 72 | 843 | 1,067 | 1,427 | 677 | 2,052 | 12 | 1,243 |
| Criminal ¹ | 1,349 | 18 | 270 | 319 | 167 | 259 | 66 | 87 | 2 | 25 | 9 | 43 | 84 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."