# EXHIBIT 3

| United States Judicial Panel on Multidistrict Litigation | Report Date: 8/1/2024 |
|---|---|

**MDL Statistics Report - Distribution of Pending MDL Dockets by District**

**MDL Filters:**
  Status: Transferred
  Limited to **Active Litigations**

| District | Judge (Title) | Docket No. | Litigation | Actions Now Pending | Total Actions (Historical) |
|---|---|---|---|---|---|
| ALN | R. David Proctor (Chief Judge, USDC) | MDL -2406 | IN RE: Blue Cross Blue Shield Antitrust Litigation | 23 | 90 |
| ARE | Kristine G. Baker (U.S. District Judge) | MDL -2949 | IN RE: Profemur Hip Implant Products Liability Litigation | 23 | 154 |
| AZ | David G. Campbell (Sr. District Judge) | MDL -3081 | IN RE: Bard Implanted Port Catheter Products Liability Litigation | 336 | 352 |
| CAC | James V. Selna (Sr. District Judge) | MDL -2151 | IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | 8 | 465 |
| | Philip S. Gutierrez (Chief Judge, USDC) | MDL -2668 | IN RE: National Football League's "Sunday Ticket" Antitrust Litigation | 0 | 26 |
| | Andre Birotte, Jr (U.S. District Judge) | MDL -2814 | IN RE: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation | 181 | 1,297 |
| | John A. Kronstadt (Sr. District Judge) | MDL -2905 | IN RE: ZF-TRW Airbag Control Units Products Liability Litigation | 27 | 27 |
| | James V. Selna (Sr. District Judge) | MDL -3052 | IN RE: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | 100 | 100 |
| CAN | Jon S. Tigar (U.S. District Judge) | MDL -1917 | IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 55 | 75 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2672 | IN RE: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation | 130 | 1,888 |
| | Vince Chhabria (U.S. District Judge) | MDL -2741 | IN RE: Roundup Products Liability Litigation | 4,311 | 4,890 |
| | Edward M. Chen (Sr. District Judge) | MDL -2777 | IN RE: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation | 0 | 52 |
| | Vince Chhabria (U.S. District Judge) | MDL -2843 | IN RE: Facebook, Inc., Consumer Privacy User Profile Litigation | 43 | 50 |
| | William H. Orrick, III (U.S. District Judge) | MDL -2913 | IN RE: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | 4,899 | 7,068 |
| | Maxine M. Chesney (Sr. District Judge) | MDL -2918 | IN RE: Hard Disk Drive Suspension Assemblies Antitrust Litigation | 31 | 36 |
| | Haywood S. Gilliam, Jr (U.S. District Judge) | MDL -2951 | IN RE: StubHub Refund Litigation | 6 | 6 |
| | Richard Seeborg (Chief Judge, USDC) | MDL -2966 | IN RE: Xyrem (Sodium Oxybate) Antitrust Litigation | 13 | 13 |
| | James Donato (U.S. District Judge) | MDL -2981 | IN RE: Google Play Store Antitrust Litigation | 14 | 20 |
| | Edward J. Davila (U.S. District Judge) | MDL -2985 | IN RE: Apple Inc. App Store Simulated Casino-Style Games Litigation | 11 | 11 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2996 | IN RE: McKinsey & Company, Inc., National Prescription Opiate Consultant Litigation | 247 | 255 |
| | Edward J. Davila (U.S. District Judge) | MDL -3001 | IN RE: Google Play Store Simulated Casino-Style Games Litigation | 11 | 12 |
| | Yvonne Gonzalez Rogers (U.S. District Judge) | MDL -3047 | IN RE: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | 557 | 652 |
| | Charles R. Breyer (Sr. District Judge) | MDL -3084 | IN RE: Uber Technologies, Inc., Passenger Sexual Assault Litigation | 387 | 389 |
| | Beth Labson Freeman (U.S. District Judge) | MDL -3087 | IN RE: Future Motion, Inc. Products Liability Litigation | 82 | 84 |
| | Edward M. Chen (Sr. District Judge) | MDL -3098 | IN RE: 23andMe, Inc., Customer Data Security Breach Litigation | 40 | 40 |
| | Jacqueline Scott Corley (U.S. District Judge) | MDL -3101 | IN RE: Baby Food Products Liability Litigation | 28 | 28 |
| CAS | Dana M. Sabraw (Chief Judge, USDC) | MDL -2670 | IN RE: Packaged Seafood Products Antitrust Litigation | 23 | 84 |
| | Gonzalo P. Curiel (Sr. District Judge) | MDL -2992 | IN RE: Bank of America California Unemployment Benefits Litigation | 30 | 42 |
| DC | Beryl A. Howell (Chief Judge, USDC) | MDL -1869 | IN RE: Rail Freight Fuel Surcharge Antitrust Litigation | 6 | 24 |
| | Emmet G. Sullivan (Sr. District Judge) | MDL -2165 | IN RE: Endangered Species Act Section 4 Deadline Litigation | 3 | 40 |
| | Colleen Kollar-Kotelly (U.S. District Judge) | MDL -2656 | IN RE: Domestic Airline Travel Antitrust Litigation | 105 | 111 |
| | Beryl A. Howell (Chief Judge, USDC) | MDL -2925 | IN RE: Rail Freight Fuel Surcharge Antitrust Litigation (No. II) | 108 | 112 |
| DE | Joshua D. Wolson (U.S. District Judge) | MDL -2358 | IN RE: Google Inc. Cookie Placement Consumer Privacy Litigation | 26 | 26 |
| | Colm F. Connolly (Chief Judge, USDC) | MDL -2895 | IN RE: Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation | 4 | 6 |
| | Richard G. Andrews (U.S. District Judge) | MDL -2930 | IN RE: Entresto (Sacubitril/Valsartan) Patent Litigation | 4 | 26 |
| | Richard G. Andrews (U.S. District Judge) | MDL -3017 | IN RE: Xarelto (Rivaroxaban) ('310) Patent Litigation | 15 | 25 |
| | Colm F. Connolly (Chief Judge, USDC) | MDL -3038 | IN RE: Ozempic (Semaglutide) Patent Litigation | 8 | 9 |
| FLM | Harvey E. Schlesinger (Sr. District Judge) Virginia Maria Hernandez Covington (Sr. District Judge) | MDL -2626 | IN RE: Disposable Contact Lens Antitrust Litigation | 0 | 60 |
| | Roy B. Dalton, Jr (Sr. District Judge) | MDL -3006 | IN RE: Tasigna (Nilotinib) Products Liability Litigation | 37 | 38 |
| FLN | M. Casey Rodgers (U.S. District Judge) | MDL -2885 | IN RE: 3M Combat Arms Earplug Products Liability Litigation | 237,907 | 391,434 |
| FLS | Kenneth A. Marra (Sr. District Judge) | MDL -1916 | IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 19 | 31 |

| | Judge | MDL | | |
|---|---|---|---|---|
| | Federico A. Moreno (Sr. District Judge) | MDL -2599 IN RE: Takata Airbag Products Liability Litigation | 176 | 350 |
| | K. Michael Moore (U.S. District Judge) | MDL -2832 IN RE: Liquid Toppings Dispensing System ('447) Patent Litigation | 15 | 15 |
| | Darrin P. Gayles (U.S. District Judge) | MDL -2841 IN RE: MONAT Hair Care Products Marketing, Sales Practices and Products Liability Litigation | 13 | 13 |
| | Robin L. Rosenberg (U.S. District Judge) | MDL -2924 IN RE: Zantac (Ranitidine) Products Liability Litigation | 2,422 | 15,012 |
| | Cecilia M. Altonaga (Chief Judge, USDC) | MDL -2989 IN RE: January 2021 Short Squeeze Trading Litigation | 63 | 68 |
| | Rodolfo A. Ruiz, II (U.S. District Judge) | MDL -2994 IN RE: Mednax Services, Inc., Customer Data Security Breach Litigation | 6 | 6 |
| | Raag Singhal (U.S. District Judge) | MDL -3015 IN RE: Johnson & Johnson Sunscreen Marketing, Sales Practices and Products Liability Litigation | 0 | 16 |
| | K. Michael Moore (U.S. District Judge) | MDL -3076 IN RE: FTX Cryptocurrency Exchange Collapse Litigation | 37 | 37 |
| | Rodolfo A. Ruiz, II (U.S. District Judge) | MDL -3090 IN RE: Fortra File Transfer Software Data Security Breach Litigation | 52 | 52 |
| GAN | Richard W. Story (U.S. District Judge) | MDL -2782 IN RE: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation | 34 | 4,053 |
| | Leigh Martin May (U.S. District Judge) | MDL -2974 IN RE: Paragard IUD Products Liability Litigation | 2,774 | 2,860 |
| | Eleanor L. Ross (U.S. District Judge) | MDL -3051 IN RE: ARC Airbag Inflators Products Liability Litigation | 24 | 24 |
| | Steven D. Grimberg (U.S. District Judge) | MDL -3056 IN RE: Overby-Seawell Company Customer Data Security Breach Litigation | 10 | 10 |
| | Thomas W. Thrash, Jr (Sr. District Judge) | MDL -3115 IN RE: Consumer Vehicle Driving Data Tracking Litigation | 32 | 32 |
| ILN | Manish S. Shah (U.S. District Judge) | MDL -2492 IN RE: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | 586 | 600 |
| | Matthew F. Kennelly (U.S. District Judge) | MDL -2580 IN RE: Opana ER Antitrust Litigation | 14 | 14 |
| | Rebecca R. Pallmeyer (U.S. District Judge) | MDL -2817 IN RE: Dealer Management Systems Antitrust Litigation | 18 | 23 |
| | Manish S. Shah (U.S. District Judge) | MDL -2842 IN RE: Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation | 0 | 29 |
| | Virginia M. Kendall (Chief) | MDL -2867 IN RE: Local TV Advertising Antitrust Litigation | 16 | 23 |
| | Elaine E. Bucklo (Sr. District Judge) | MDL -2931 IN RE: Delta Dental Antitrust Litigation | 27 | 28 |
| | Rebecca R. Pallmeyer (U.S. District Judge) | MDL -2948 IN RE: TikTok, Inc., Consumer Privacy Litigation | 13 | 39 |
| | Edmond E. Chang (U.S. District Judge) | MDL -2964 IN RE: Society Insurance Company COVID-19 Business Interruption Protection Insurance Litigation | 55 | 56 |
| | Sharon Johnson Coleman (U.S. District Judge) | MDL -2967 IN RE: Clearview AI, Inc., Consumer Privacy Litigation | 9 | 14 |
| | John Robert Blakey (U.S. District Judge) | MDL -3009 IN RE: Seresto Flea and Tick Collar Marketing, Sales Practices and Products Liability Litigation | 26 | 26 |
| | Rebecca R. Pallmeyer (U.S. District Judge) | MDL -3026 IN RE: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation | 538 | 611 |
| | Iain D. Johnston (U.S. District Judge) | MDL -3030 IN RE: Deere & Company Repair Services Antitrust Litigation | 15 | 16 |
| | Matthew F. Kennelly (Sr. District Judge) | MDL -3037 IN RE: Recalled Abbott Infant Formula Products Liability Litigation | 106 | 131 |
| | Sara L. Ellis (U.S. District Judge) | MDL -3059 IN RE: Beyond Meat, Inc., Protein Content Marketing and Sales Practices Litigation | 6 | 6 |
| | Mary M. Rowland (U.S. District Judge) | MDL -3060 IN RE: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation | 7,946 | 9,151 |
| | Thomas M. Durkin (U.S. District Judge) | MDL -3079 IN RE: Tepezza Marketing, Sales Practices, and Products Liability Litigation | 150 | 151 |
| | Matthew F. Kennelly (U.S. District Judge) | MDL -3121 IN RE: MultiPlan Health Insurance Provider Litigation | 9 | 9 |
| ILS | Nancy J. Rosenstengel (Chief Judge, USDC) | MDL -3004 IN RE: Paraquat Products Liability Litigation | 5,757 | 6,811 |
| INS | Richard L. Young (U.S. District Judge) | MDL -2570 IN RE: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation | 7,629 | 11,405 |
| KS | John W. Lungstrum (Sr. District Judge) | MDL -2591 IN RE: Syngenta AG MIR162 Corn Litigation | 2 | 2,436 |
| KYW | David J. Hale (U.S. District Judge) | MDL -2504 IN RE: Amazon.com, Inc., Fulfillment Center Fair Labor Standards Act (FLSA) and Wage and Hour Litigation | 3 | 12 |
| LAE | Eldon E. Fallon (U.S. District Judge) | MDL -2047 IN RE: Chinese-Manufactured Drywall Products Liability Litigation | 139 | 422 |
| | Carl J. Barbier (U.S. District Judge) | MDL -2179 IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 32 | 6,158 |
| | Eldon E. Fallon (U.S. District Judge) | MDL -2592 IN RE: Xarelto (Rivaroxaban) Products Liability Litigation | 865 | 31,965 |
| | Jane Triche Milazzo (U.S. District Judge) | MDL -2740 IN RE: Taxotere (Docetaxel) Products Liability Litigation | 9,437 | 15,591 |
| | Jane Triche Milazzo (U.S. District Judge) | MDL -3023 IN RE: Taxotere (Docetaxel) Eye Injury Products Liability Litigation | 308 | 324 |
| MA | Nathaniel M. Gorton (U.S. District Judge) | MDL -2566 IN RE: TelexFree Securities Litigation | 4 | 15 |
| | Indira Talwani (U.S. District Judge) | MDL -2768 IN RE: Stryker LFIT V40 Femoral Head Products Liability Litigation | 223 | 1,210 |
| | Denise J. Casper (U.S. District Judge) | MDL -2938 IN RE: Evenflo Company, Inc., Marketing, Sales Practices and Products Liability Litigation | 0 | 28 |
| | Patti B. Saris (U.S. District Judge) | MDL -3029 IN RE: Covidien Hernia Mesh Products Liability Litigation (No. II) | 1,410 | 1,412 |
| | Allison D. Burroughs (U.S. District Judge) | MDL -3083 IN RE: MOVEit Customer Data Security Breach Litigation | 320 | 341 |
| MD | Catherine C. Blake (Sr. District Judge) | MDL -2775 IN RE: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation | 134 | 1,080 |
| | John P. Bailey (U.S. District Judge) | MDL -2879 IN RE: Marriott International, Inc., Customer Data Security Breach Litigation | 73 | 91 |
| MIE | Sean F. Cox (Chief Judge, USDC) | MDL -2311 IN RE: Automotive Parts Antitrust Litigation | 17 | 382 |
| | David M. Lawson (Sr. District Judge) | MDL -2744 IN RE: FCA US LLC Monostable Electronic Gearshift Litigation | 1 | 39 |
| | Matthew F. Leitman (U.S. District Judge) | MDL -2818 IN RE: General Motors Air Conditioning Marketing and Sales Practices Litigation | 15 | 15 |
| | Terrence G. Berg (U.S. District Judge) | MDL -3034 IN RE: Neo Wireless, LLC, Patent Litigation | 7 | 9 |
| | David M. Lawson (Sr. District Judge) | MDL -3040 IN RE: Chrysler Pacifica Fire Recall Products Liability Litigation | 10 | 12 |
| MN | Donovan W. Frank (Sr. District Judge) | MDL -2441 IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | 68 | 3,637 |
| | John R. Tunheim (Sr. District Judge) | MDL -2642 IN RE: Fluoroquinolone Products Liability Litigation | 4 | 1,270 |

| | | | | | |
|---|---|---|---|---:|---:|
| | Joan N. Ericksen (Sr. District Judge) | MDL -2666 | IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | 7,217 | 8,178 |
| | John R. Tunheim (Sr. District Judge) | MDL -2998 | IN RE: Pork Antitrust Litigation | 52 | 54 |
| | John R. Tunheim (Sr. District Judge) | MDL -3031 | IN RE: Cattle and Beef Antitrust Litigation | 34 | 35 |
| | Donovan W. Frank (Sr. District Judge) | MDL -3108 | IN RE: Change Healthcare, Inc., Customer Data Security Breach Litigation | 58 | 58 |
| | Jerry W. Blackwell (U.S. District Judge) | MDL -3110 | IN RE: Granulated Sugar Antitrust Litigation | 49 | 49 |
| MOE | Stephen N. Limbaugh, Jr (Sr. District Judge) | MDL -2820 | IN RE: Dicamba Herbicides Litigation | 31 | 55 |
| | Sarah E. Pitlyk (U.S. District Judge) | MDL -2993 | IN RE: Crop Inputs Antitrust Litigation | 27 | 28 |
| MOW | Stephen R. Bough (U.S. District Judge) | MDL -2936 | IN RE: Smitty's/CAM2 303 Tractor Hydraulic Fluid Marketing, Sales Practices and Products Liability Litigation | 9 | 11 |
| | Beth Phillips (Chief Judge, USDC) | MDL -2945 | IN RE: Ahern Rentals, Inc., Trade Secret Litigation | 7 | 19 |
| | Beth Phillips (Chief Judge, USDC) | MDL -2984 | IN RE: Folgers Coffee Marketing and Sales Practices Litigation | 7 | 13 |
| | Brian C. Wimes (U.S. District Judge) | MDL -3073 | IN RE: T-Mobile 2022 Customer Data Security Breach Litigation | 18 | 18 |
| NCM | Thomas D. Schroeder (Chief Judge, USDC) | MDL -3062 | IN RE: Crop Protection Products Loyalty Program Antitrust Litigation | 30 | 44 |
| NCW | Kenneth D. Bell (U.S. District Judge) | MDL -3036 | IN RE: Gardasil Products Liability Litigation | 204 | 208 |
| NH | Landya B. McCafferty (Chief Judge, USDC) | MDL -2753 | IN RE: Atrium Medical Corp. C-Qur Mesh Products Liability Litigation | 1,133 | 3,565 |
| NJ | Claire C. Cecchi (U.S. District Judge) | MDL -1663 | IN RE: Insurance Brokerage Antitrust Litigation | 2 | 52 |
| | Karen M. Williams (U.S. District Judge) | MDL -2243 | IN RE: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II) | 5 | 1,288 |
| | Zahid N. Quraishi (Judge) | MDL -2332 | IN RE: Lipitor Antitrust Litigation | 6 | 34 |
| | Michael A. Shipp (U.S. District Judge) | MDL -2738 | IN RE: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation | 57,782 | 58,927 |
| | Michael A. Shipp (U.S. District Judge) | MDL -2779 | IN RE: FieldTurf Artificial Turf Marketing and Sales Practices Litigation | 15 | 17 |
| | Claire C. Cecchi (U.S. District Judge) | MDL -2789 | IN RE: Proton-Pump Inhibitor Products Liability Litigation (No. II) | 12,769 | 18,668 |
| | Renee M. Bumb (U.S. District Judge) | MDL -2875 | IN RE: Valsartan, Losartan, and Irbesartan Products Liability Litigation | 1,257 | 1,426 |
| | Madeline C. Arleo (U.S. District Judge) | MDL -2904 | IN RE: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation | 43 | 56 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2921 | IN RE: Allergan Biocell Textured Breast Implant Products Liability Litigation | 1,215 | 1,272 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2973 | IN RE: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation | 1,457 | 1,982 |
| | Christine P. O'Hearn (U.S. District Judge) | MDL -3055 | IN RE: Samsung Customer Data Security Breach Litigation | 16 | 17 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -3080 | IN RE: Insulin Pricing Litigation | 70 | 72 |
| | Julien Xavier Neals (U.S. District Judge) | MDL -3113 | IN RE: Apple Inc. Smartphone Antitrust Litigation | 43 | 43 |
| NM | James O. Browning (U.S. District Judge) | MDL -2695 | IN RE: Santa Fe Natural Tobacco Company Marketing and Sales Practices Litigation | 17 | 17 |
| | William Paul Johnson (Chief Judge, USDC) | MDL -2824 | IN RE: Gold King Mine Release in San Juan County, Colorado, on August 5, 2015 | 2 | 7 |
| | Matthew L. Garcia (U.S. District Judge) | MDL -3119 | IN RE: Shale Oil Antitrust Litigation | 8 | 8 |
| NYE | Margo K. Brodie (Chief Judge, USDC) | MDL -1720 | IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 66 | 132 |
| | Nicholas G. Garaufis (Sr. District Judge) | MDL -3044 | IN RE: Exactech Polyethylene Orthopedic Products Liability Litigation | 1,625 | 1,625 |
| | Brian M. Cogan (Sr. District Judge) | MDL -3089 | IN RE: Oral Phenylephrine Marketing and Sales Practices Litigation | 99 | 99 |
| | Rachel P. Kovner (U.S. District Judge) | MDL -3096 | IN RE: Perry Johnson & Associates Medical Transcription Data Security Breach Litigation | 55 | 55 |
| NYS | Vernon S. Broderick (U.S. District Judge) | MDL -1358 | IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 14 | 190 |
| | George B. Daniels (Sr. District Judge) | MDL -1570 | IN RE: Terrorist Attacks on September 11, 2001 | 365 | 375 |
| | Naomi Reice Buchwald (Sr. District Judge) | MDL -2262 | IN RE: Libor-Based Financial Instruments Antitrust Litigation | 44 | 81 |
| | Vernon S. Broderick (U.S. District Judge) | MDL -2542 | IN RE: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | 21 | 30 |
| | J. Paul Oetken (U.S. District Judge) | MDL -2704 | IN RE: Interest Rate Swaps Antitrust Litigation | 10 | 11 |
| | Jesse M. Furman (U.S. District Judge) | MDL -2859 | IN RE: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation | 6 | 332 |
| | Lewis A. Kaplan (Sr. District Judge) | MDL -2865 | IN RE: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation | 173 | 187 |
| | P. Kevin Castel (Sr. District Judge) | MDL -3010 | IN RE: Google Digital Advertising Antitrust Litigation | 8 | 37 |
| | Paul A. Engelmayer (U.S. District Judge) | MDL -3028 | IN RE: ONE Apus Container Ship Incident on November 30, 2020 | 77 | 80 |
| | Denise L. Cote (Sr. District Judge) | MDL -3043 | IN RE: Acetaminophen - ASD/ADHD Products Liability Litigation | 58 | 656 |
| | Katherine Polk Failla (U.S. District Judge) | MDL -3050 | IN RE: Chantix (Varenicline) Marketing, Sales Practices and Products Liability Litigation (No. II) | 17 | 17 |
| | Lewis J. Liman (U.S. District Judge) | MDL -3097 | IN RE: Concrete and Cement Additives Antitrust Litigation | 17 | 17 |
| NYW | Geoffrey W. Crawford (Chief Judge, USDC) | MDL -2903 | IN RE: Fisher-Price Rock 'n Play Sleeper Marketing, Sales Practices, and Products Liability Litigation | 16 | 16 |
| OHN | Jeffrey J. Helmick (U.S. District Judge) | MDL -2197 | IN RE: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation | 241 | 10,450 |
| | Dan A. Polster (Sr. District Judge) | MDL -2804 | IN RE: National Prescription Opiate Litigation | 3,048 | 3,233 |
| | J. Philip Calabrese (U.S. District Judge) | MDL -3092 | IN RE: Suboxone (Buprenorphine/Naloxone) Film Products Liability Litigation | 673 | 681 |
| | Donald C. Nugent (Sr. District Judge) | MDL -3093 | IN RE: Pipe Flashing Patent Litigation | 4 | 4 |
| | Sara Lioi (Chief Judge, USDC) | MDL -3107 | IN RE: Passenger Vehicle Replacement Tires Antitrust Litigation | 33 | 37 |
| OHS | Edmund A. Sargus, Jr (U.S. District Judge) | MDL -2433 | IN RE: E. I. du Pont de Nemours and Company C-8 Personal Injury Litigation | 42 | 3,739 |

| | | | | |
|---|---|---|---|---|
| | Edmund A. Sargus, Jr (U.S. District Judge) | MDL -2846 | IN RE: Davol, Inc./C.R. Bard, Inc., Polypropylene Hernia Mesh Products Liability Litigation | 23,990 | 24,816 |
| OKE | Robert J. Shelby (Chief Judge, USDC) | MDL -2977 | IN RE: Broiler Chicken Grower Antitrust Litigation (No. II) | 5 | 5 |
| OKN | Gregory K Frizzell (Chief Judge, USDC) | MDL -2700 | IN RE: Genentech, Inc., Herceptin (Trastuzumab) Marketing and Sales Practices Litigation | 14 | 15 |
| PAE | Cynthia M. Rufe (Sr. District Judge) | MDL -1871 | IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation | 0 | 5,299 |
| | Anita B. Brody (Sr. District Judge) | MDL -2323 | IN RE: National Football League Players' Concussion Injury Litigation | 329 | 352 |
| | Timothy J. Savage (Sr. District Judge) | MDL -2460 | IN RE: Niaspan Antitrust Litigation | 20 | 23 |
| | Cynthia M. Rufe (Sr. District Judge) | MDL -2724 | IN RE: Generic Pharmaceuticals Pricing Antitrust Litigation | 130 | 203 |
| | Nitza I. Quinones Alejandro (U.S. District Judge) | MDL -2833 | IN RE: FedLoan Student Loan Servicing Litigation | 9 | 10 |
| | Harvey Bartle, III (Sr. District Judge) | MDL -2848 | IN RE: Zostavax (Zoster Vaccine Live) Products Liability Litigation | 856 | 2,664 |
| | Karen S. Marston (U.S. District Judge) | MDL -3094 | IN RE: Glucagon-like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation | 346 | 346 |
| PAM | Christopher C. Conner (U.S. District Judge) | MDL -2816 | IN RE: Sorin 3T Heater-Cooler System Products Liability Litigation (No. II) | 4 | 105 |
| PAW | W. Scott Hardy (U.S. District Judge) | MDL -2862 | IN RE: Diisocyanates Antitrust Litigation | 12 | 12 |
| | Mark R. Hornak (Chief Judge, USDC) | MDL -2969 | IN RE: Erie COVID-19 Business Interruption Protection Insurance Litigation | 32 | 32 |
| | J. Nicholas Ranjan (U.S. District Judge) | MDL -2988 | IN RE: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation | 4 | 4 |
| | Joy Flowers Conti (Sr. District Judge) | MDL -3014 | IN RE: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation | 797 | 935 |
| | Joy Flowers Conti (Sr. District Judge) | MDL -3021 | IN RE: SoClean, Inc., Marketing, Sales Practices and Products Liability Litigation | 41 | 62 |
| SC | Richard M. Gergel (U.S. District Judge) | MDL -2873 | IN RE: Aqueous Film-Forming Foams Products Liability Litigation | 9,525 | 9,791 |
| | Joseph F. Anderson, Jr (Sr. District Judge) | MDL -2972 | IN RE: Blackbaud, Inc., Customer Data Security Breach Litigation | 26 | 31 |
| TNM | Waverly D. Crenshaw, Jr (U.S. District Judge) | MDL -3071 | IN RE: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | 12 | 46 |
| TNW | Sheryl H. Lipman (U.S. District Judge) | MDL -3032 | IN RE: Family Dollar Stores, Inc., Pest Infestation Litigation | 0 | 14 |
| | S. Thomas Anderson (Chief Judge, USDC) | MDL -3055 | IN RE: AME Church Employee Retirement Fund Litigation | 6 | 6 |
| TXN | David C. Godbey (Chief Judge, USDC) | MDL -2099 | IN RE: Stanford Entities Securities Litigation | 24 | 155 |
| | James Edgar Kinkeade (U.S. District Judge) | MDL -2244 | IN RE: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation | 0 | 10,581 |
| | Ada E. Brown (U.S. District Judge) | MDL -3114 | IN RE: AT&T Inc. Customer Data Security Breach Litigation | 70 | 70 |
| UT | Robert J. Shelby (Chief Judge, USDC) | MDL -3102 | IN RE: The Church of Jesus Christ of Latter-Day Saints Tithing Litigation | 5 | 5 |
| VAE | Claude M. Hilton (Sr. District Judge) | MDL -3072 | IN RE: Air Crash Into the Java Sea on January 9, 2021 | 22 | 22 |
| | David J. Novak (U.S. District Judge) | MDL -3111 | IN RE: Capital One 360 Savings Account Interest Rate Litigation | 7 | 7 |
| WIE | William C. Griesbach (Sr. District Judge) | MDL -3064 | IN RE: Harley-Davidson Aftermarket Parts Marketing, Sales Practices and Antitrust Litigation | 0 | 9 |
| | Lynn S. Adelman (U.S. District Judge) | MDL -3078 | IN RE: Generac Solar Power Systems Marketing, Sales Practices and Products Liability Litigation | 9 | 9 |
| WVN | Thomas S. Kleeh (Chief Judge, USDC) | MDL -3103 | IN RE: Aflibercept Patent Litigation | 7 | 7 |

| **Report Totals:** | **178** | | | **418,105** | **702,229** |
|---|---|---|---|---|---|

Total Number of MDL Dockets: **178**
Total Number of Transferee Districts:  **47**

Total Number of Transferee Judges: **147**
  1  Chief
  23  Chief Judge, USDC
  1  Judge
  41  Sr. District Judge
  81  U.S. District Judge

| -- All Counts Are Based on the Report Filters Selected When Running the Report -- |
|---|

| Docket Count | Range of the Number of Actions *PENDING* in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 50 | MDLs with between 0 and 10 Pending Actions | 28.09% | 240 | 0.06% |
| 78 | MDLs with between 11 and 100 Pending Actions | 43.82% | 2,645 | 0.63% |
| 29 | MDLs with between 101 and 999 Pending Actions | 16.29% | 9,710 | 2.32% |

| 21 | MDLs with 1,000 or more Pending Actions | 11.8% | 405,510 | 96.99% |

| Docket Count | Range of the Number of *TOTAL* Actions in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 20 | MDLs with between 0 and 10 Actions | 11.24% | 142 | 0.02% |
| 90 | MDLs with between 11 and 100 Actions | 50.56% | 3,296 | 0.47% |
| 31 | MDLs with 101 and 999 Actions | 17.42% | 10,659 | 1.52% |
| 37 | MDLs with 1,000 or more Actions | 20.79% | 688,132 | 97.99% |