# EXHIBIT 4

**Table S-19.**

**Cases Transferred by Order of the Judicial Panel on Multidistrict Litigation,**

**Cumulative From September 1968 Through September 30, 2023**

| Circuit and District | 12 Months Ending September 30, 2023 | | Cumulative 1968 - 2023 | | Total Pending in Transferee District |
|---|---|---|---|---|---|
| | Into District | Out of District | Into District | Out of District | |
| Total | 2,334 | 2,334 | 286,251 | 286,251 | 417,137 |
| DC | - | 9 | 2,449 | 2,607 | 223 |
| **1st** | **18** | **88** | **4,628** | **7,633** | **4,280** |
| ME | - | 24 | 132 | 949 | - |
| MA | 18 | 55 | 2,203 | 5,074 | 924 |
| NH | - | 1 | 191 | 505 | 3,356 |
| RI | - | 6 | 2,032 | 733 | - |
| PR | - | 2 | 70 | 372 | - |
| **2nd** | **343** | **305** | **12,207** | **23,359** | **2,303** |
| CT | - | 17 | 532 | 2,659 | - |
| NY,N | - | 23 | 14 | 1,230 | - |
| NY,E | 215 | 39 | 3,559 | 5,251 | 833 |
| NY,S | 128 | 199 | 8,074 | 11,881 | 1,454 |
| NY,W | - | 26 | 28 | 2,179 | 16 |
| VT | - | 1 | - | 159 | - |
| **3rd** | **112** | **188** | **133,494** | **20,491** | **72,409** |
| DE | 1 | 4 | 199 | 1,032 | 58 |
| NJ | 47 | 84 | 5,650 | 7,305 | 70,165 |
| PA,E | 9 | 37 | 126,673 | 9,822 | 1,375 |
| PA,M | 1 | 18 | 233 | 835 | 6 |
| PA,W | 54 | 45 | 739 | 1,353 | 805 |
| VI | - | - | - | 144 | - |
| **4th** | **371** | **158** | **11,418** | **32,416** | **6,502** |
| MD | 1 | 51 | 1,753 | 3,378 | 307 |
| NC,E | - | 22 | 136 | 1,424 | - |
| NC,M | 19 | 18 | 38 | 1,135 | 30 |
| NC,W | 16 | 5 | 200 | 1,973 | 97 |
| SC | 324 | 31 | 2,869 | 4,198 | 6,033 |
| VA,E | 11 | 10 | 270 | 11,995 | 35 |
| VA,W | - | 4 | 3 | 1,212 | - |
| WV,N | - | 5 | 38 | 414 | - |
| WV,S | - | 12 | 6,111 | 6,687 | - |

**Table S-19. (September 30, 2023—Continued)**

| Circuit and District | 12 Months Ending September 30, 2023 | | Cumulative 1968 - 2023 | | Total Pending in Transferee District |
|---|---|---|---|---|---|
| | Into District | Out of District | Into District | Out of District | |
| **5th** | **2** | **139** | **18,192** | **40,615** | **11,503** |
| LA,E | 1 | 45 | 11,520 | 3,343 | 11,471 |
| LA,M | - | 11 | 8 | 1,400 | - |
| LA,W | - | 21 | 419 | 2,587 | - |
| MS,N | - | 4 | 6 | 1,373 | - |
| MS,S | - | 7 | 27 | 6,240 | - |
| TX,N | - | 18 | 2,263 | 3,931 | 25 |
| TX,E | 1 | 7 | 3,452 | 8,107 | 7 |
| TX,S | - | 17 | 470 | 11,961 | - |
| TX,W | - | 9 | 27 | 1,673 | - |
| **6th** | **71** | **158** | **14,230** | **60,505** | **23,681** |
| KY,E | - | 24 | 519 | 1,114 | - |
| KY,W | - | 11 | 616 | 1,383 | 3 |
| MI,E | - | 22 | 718 | 2,513 | 64 |
| MI,W | - | 5 | 22 | 379 | - |
| OH,N | 4 | 31 | 6,368 | 49,705 | 3,261 |
| OH,S | 31 | 22 | 5,209 | 1,982 | 20,292 |
| TN,E | - | 4 | 35 | 1,202 | - |
| TN,M | 36 | 33 | 671 | 1,064 | 41 |
| TN,W | - | 6 | 72 | 1,163 | 20 |
| **7th** | **359** | **137** | **9,717** | **14,210** | **18,781** |
| IL,N | 167 | 61 | 5,348 | 4,101 | 6,018 |
| IL,E [1] | - | - | - | 9 | - |
| IL,C | - | 7 | 46 | 1,437 | - |
| IL,S | 18 | 18 | 1,398 | 1,712 | 4,759 |
| IN,N | - | 9 | 628 | 1,919 | - |
| IN,S | 160 | 23 | 2,150 | 3,175 | 7,986 |
| WI,E | 14 | 8 | 109 | 1,297 | 18 |
| WI,W | - | 11 | 38 | 560 | - |
| **8th** | **40** | **511** | **23,928** | **26,969** | **6,161** |
| AR,E | 1 | 18 | 9,774 | 1,006 | 32 |
| AR,W | - | 5 | 15 | 499 | - |
| IA,N | - | 6 | 4 | 567 | - |
| IA,S | - | 9 | 26 | 1,448 | - |
| MN | 23 | 338 | 10,961 | 15,856 | 6,021 |
| MO,E | 1 | 100 | 2,724 | 3,832 | 58 |
| MO,W | 15 | 27 | 419 | 2,019 | 50 |
| NE | - | 5 | 5 | 772 | - |
| ND | - | 2 | - | 436 | - |
| SD | - | 1 | - | 534 | - |

### Table S-19. (September 30, 2023—Continued)

| Circuit and District | 12 Months Ending September 30, 2023 | | Cumulative 1968 - 2023 | | Total Pending in Transferee District |
| --- | --- | --- | --- | --- | --- |
| | Into District | Out of District | Into District | Out of District | |
| **9th** | **670** | **381** | **16,157** | **27,575** | **10,973** |
| AK | - | - | - | 324 | - |
| AZ | 53 | 17 | 609 | 2,095 | 56 |
| CA,N | 557 | 62 | 9,649 | 5,502 | 10,512 |
| CA,E | - | 30 | 12 | 2,024 | - |
| CA,C | 57 | 164 | 2,454 | 8,397 | 310 |
| CA,S | 3 | 12 | 975 | 2,865 | 95 |
| HI | - | - | 14 | 652 | - |
| ID | - | 5 | 13 | 570 | - |
| MT | - | 6 | 4 | 479 | - |
| NV | - | 13 | 219 | 1,294 | - |
| OR | - | 26 | 57 | 1,324 | - |
| WA,E | - | 5 | 4 | 412 | - |
| WA,W | - | 41 | 2,147 | 1,593 | - |
| GUAM | - | - | - | 40 | - |
| NMI | - | - | - | 4 | - |
| **10th** | **-** | **60** | **4,525** | **8,558** | **40** |
| CO | - | 26 | 141 | 1,793 | - |
| KS | - | 7 | 3,869 | 1,228 | 1 |
| NM | - | 11 | 19 | 1,111 | 19 |
| OK,N | - | 1 | 32 | 1,132 | 15 |
| OK,E | - | 1 | 11 | 311 | 5 |
| OK,W | - | 5 | 234 | 1,315 | - |
| UT | - | 7 | 35 | 1,495 | - |
| WY | - | 2 | 184 | 173 | - |
| **11th** | **348** | **200** | **35,306** | **21,313** | **260,281** |
| AL,N | 1 | 52 | 26,724 | 3,184 | 23 |
| AL,M | - | 3 | 19 | 874 | - |
| AL,S | - | 8 | 25 | 865 | - |
| FL,N | 251 | 10 | 2,681 | 1,134 | 242,833 |
| FL,M | 10 | 60 | 1,576 | 5,362 | 45 |
| FL,S | 48 | 36 | 1,908 | 4,216 | 14,721 |
| GA,N | 38 | 21 | 1,952 | 3,024 | 2,659 |
| GA,M | - | 5 | 418 | 839 | - |
| GA,S | - | 5 | 3 | 1,815 | - |

NOTE: This report is furnished by the United States Judicial Panel on Multidistrict Litigation.

[1] No longer a separate district.