# EXHIBIT 1

**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE SNOWFLAKE DATA BREACH LITIGATION | MDL DOCKET NO. 3126 |

## CORRECTED SCHEDULE OF ACTIONS

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | Jessie Leal v. Ticketmaster, LLC, Snowflake, Inc. and Live Nation Entertainment, Inc. | District of Montana, Butte Division | 2:24-CV-00046 | Judge Brian Morris |
| 2 | Emmanuel Chaidez v. Snowflake, Inc. | District of Montana, Butte Division | 2:24-CV-00050 | Judge Brian Morris |
| 3 | John Doe, Jean Ann Smith and Janice Stewart v. Snowflake, Inc. | District of Montana, Butte Division | 2:24-CV-00051 | Judge Brian Morris |
| 4 | Maddalena Bowers v. Snowflake, Inc. | District of Montana, Butte Division | 2:24-CV-00055 | Magistrate Judge John Johnston |
| 5 | Richard Olivieri and Lauren Woon v. AT&T, Inc., AT&T Mobility, LLC and Snowflake, Inc. | District of Montana, Butte Division | 2:24-CV-00056 | Magistrate Judge John Johnston |
| 6 | John R. Wilkinson v. Snowflake, Inc. | District of Montana, Butte Division | 2:24-CV-00057 | Magistrate Judge Timothy J. Cavan |
| 7 | Jamila A. Armstrong v. Snowflake, Inc. | District of Montana, Butte Division | 2:24-CV-00058 | Magistrate Judge John Johnston |
| 8 | John Guiangiulio v. Snowflake, Inc. | District of Montana, Butte Division | 2:24-CV-00060 | Magistrate Judge John Johnston |
| 9 | Nicholas Layman and Elaine Cheatwood v. Snowflake, Inc. | District of Montana, Butte Division | 2:24-CV-00062 | Magistrate Judge Timothy J. Cavan |
| 10 | Erin Lewis v. Snowflake, Inc. and AT&T, Inc. | District of Montana, Butte Division | 2:24-CV-00064 | Magistrate Judge John Johnston |
| 11 | Alex Mirvis v. Snowflake, Inc. and AT&T, Inc. | District of Montana, Butte Division | 2:24-CV-00065 | Magistrate Judge John Johnston |

| 12 | Alessandra Conte v. Snowflake, Inc | Northern District of California, San Francisco Division | 3:24-CV-04443 | Magistrate Judge Sallie Kim |
|---|---|---|---|---|
| 13 | Santisha Bryant-Booker v. Snowflake, Inc. | District of Montana, Butte Division | 2:24-CV-00066 | Magistrate Judge Timothy J. Cavan |
| 14 | Jessica Miller v. Snowflake, Inc. and AT&T, Inc. | District of Montana, Butte Division | 2:24-CV-00067 | Magistrate Judge John Johnston |
| 15 | David Hornthal v. Snowflake, Inc., AT&T, Inc. and AT&T Mobility, LLC | District of Montana, Butte Division | 2:24-CV-00068 | Magistrate Judge Timothy J. Cavan |
| 16 | Cynthia Ryan, Rosalia Garcia and Andrea Burns v. Ticketmaster, LLC and Live Nation Entertainment, Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-04482 | Judge Sherilyn Peace Garnett |
| 17 | Amy Getman and Stephanie Evangelista v. Ticketmaster, LLC and Live Nation Entertainment, Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-04580 | Judge Sherilyn Peace Garnett |
| 18 | Jodi Caballero, Owen Conlan, Bryan Curtis, Kelley Davis, Charles Fitzgerald, Brendan Healy, Chris Rippel and Michael Walters v. Live Nation Entertainment, Inc. and Ticketmaster, LLC | Central District of California, Western Division - Los Angeles | 2:24-CV-04625 | Judge John F. Walter |
| 19 | Faisal Moledina v. Live Nation Entertainment, Inc. and Ticketmaster, LLC | Central District of California, Western Division - Los Angeles | 2:24-CV-04631 | Judge Josephine L. Staton |
| 20 | Lorie DuPreez v. Ticketmaster, LLC and Live Nation Entertainment, Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-04659 | Judge Sherilyn Peace Garnett |
| 21 | Corey Poluk v. Ticketmaster, LLC and Live Nation Entertainment, Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-04671 | Judge Josephine L. Staton |
| 22 | Andrea Burns v. Ticketmaster LLC and Live Nation Entertainment Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-04674 | Judge Sherilyn Peace Garnett |

| 23 | Eric Anderson, Tiffany Moore and Dekima Thomas v. Ticketmaster LLC and Live Nation Entertainment Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-04709 | Judge Josephine L. Staton |
|----|----|----|----|----|
| 24 | Christina Xian v. Ticketmaster LLC and Live Nation Entertainment Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-04726 | Judge Sherilyn Peace Garnett |
| 25 | James Curry and David Freifeld v. Ticketmaster, LLC and Live Nation Entertainment, Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-04773 | Judge Josephine L. Staton |
| 26 | Kimberly Blake and Lamibia Dunham v. Ticketmaster, LLC and Live Nation Entertainment, Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-04973 | Judge Sherilyn Peace Garnett |
| 27 | Chastine Dickey-Johnson and Serena Chapman v. Ticketmaster, LLC and Live Nation Entertainment, Inc. | Eastern District of Pennsylvania, Philadelphia Division | 2:24-CV-02623 | District Judge Chad F. Kenney |
| 28 | Shannon Spencer, Gerry McAuley and Ryan Jossart v. Ticketmaster, LLC and Live Nation Entertainment, Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-05760 | Judge Sherilyn Peace Garnett |
| 29 | Matthew Miller v. Ticketmaster, LLC and Live Nation Entertainment, Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-05867 | Judge Philip S. Gutierrez |
| 30 | Alexis Morgan v. Cricket Wireless, LLC | Northern District of Georgia, Atlanta Division | 1:24-cv-03253 | Judge Eleanor L. Ross |
| 31 | Alicia LeDuc Montgomery v. AT&T, Inc. | Western District of Washington, Tacoma Division | 3:24-CV-05581 | Hon. Brian A Tsuchida |
| 32 | Lori Young v. AT&T Mobility, LLC and AT&T, Inc. | Northern District of Georgia, Atlanta Division | 1:24-CV-03185 | Judge Victoria M. Calvert |
| 33 | Charles McGee v. Advance Auto Parts, Inc | Eastern District of North Carolina, Western Division | 5:24-CV-00352 | Judge Richard E. Myers II |
| 34 | Emmanuel Chaidez v. Advance Auto Parts, Inc. | Eastern District of North Carolina, Western Division | 5:24-CV-00354 | District Judge Terrence W. Boyle |
| 35 | Don Smith v. Advance Auto Parts, Inc. | Eastern District of North Carolina, Western Division | 5:24-CV-00356 | Chief Judge Richard E. Myers II |

| 36 | Dylan Joseph Dragone v. Advance Auto Parts, Inc. | Eastern District of North Carolina, Western Division | 5:24-CV-00357 | District Judge Terrence W. Boyle |
|----|----|----|----|----|
| 37 | Gregory Vogel v. Advance Auto Parts, Inc. | Eastern District of North Carolina, Western Division | 5:24-CV-00361 | District Judge Terrence W. Boyle |
| 38 | Gary Carr v. Advance Auto Parts, Inc. | Eastern District of North Carolina, Western Division | 5:24-CV-00445 | Chief Judge Richard E. Myers II |
| 39 | Brian Riley v. Advance Auto Parts, Inc. | Eastern District of North Carolina, Western Division | 5:24-CV-00397 | Chief Judge Richard E. Myers II |
| 40 | Adam Levy v. Advance Auto Parts, Inc. | Eastern District of North Carolina, Western Division | 5:24-CV-00404 | Chief Judge Richard E. Myers II |
| 41 | Caleb Aaron Cook v. Advance Stores | Eastern District of North Carolina, Western Division | 5:24-CV-00426 | Chief Judge Richard E. Myers II |
| 42 | Moule v. Advance Stores | Eastern District of North Carolina, Western Division | 5:24-CV-00419 | Chief Judge Richard E. Myers II |
| 43 | Jillian Clark v. Advance Auto Parts, Inc. | Eastern District of North Carolina, Western Division | 5:24-CV-00429 | Chief Judge Richard E. Myers II |
| 44 | Jonathan Weaver and Jennifer Carter v. Snowflake, Inc. and AT&T, Inc. | Northern District of Texas | 3:24-CV-01915 | Judge Ed Kinkeade |
| 45 | William Kirby v. Snowflake, Inc. and AT&T Inc. | Northern District of Texas, Dallas Division | 3:24-CV-01934 | Judge Ada Brown |
| 46 | Debbie Hale and Nick Margeas v. AT&T Inc. | Northern District of Texas, Dallas Division | 3:24-CV-01943 | Judge Ada Brown |
| 47 | Joshua Bobbitt v. Snowflake Inc. and Advance Stores Company, Incorporated | District of Montana, Butte Division | 2:24-CV-00071 | Judge Brian Morris |
| 48 | Amanda Schwartz v. Snowflake, Inc. | District of Montana, Butte Division | 2:24-CV-00074 | Judge Brian Morris |
| 49 | Vanessa Rason v. Snowflake, Inc., and Ticketmaster, L.L.C. | District of Montana, Butte Division | 2:24-CV-00076 | Judge Brian Morris |
| 50 | Steven Jeffrey Howitt v. Ticketmaster, LLC and Live Nation Entertainment, Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-06530 | Judge Fernando L. Aenlle-Rocha |

| 51 | William Yarbough, Patricia Marshall, and Elizabeth Quinby v. Ticketmaster, LLC, Live Nation Entertainment, Inc., and Snowflake, Inc. | Central District of California, Western Division - Los Angeles | 2:24-CV-06604 | Judge Stephen V. Wilson |
|---|---|---|---|---|
| 52 | Marc Reichbart v. Neiman Marcus Group, LLC and Snowflake, Inc. | Southern District of Florida, Fort Lauderdale Division | 0:24-CV-61389 | Judge David S. Leibowitz |
| 53 | James Arkett and Virginia Nickels v. Advance Auto Parts, Inc. | Western District of Pennsylvania, Pittsburgh Division | 2:24-CV-01122 | Christopher B. Brown |
| 54 | Dina Winger v. AT&T Inc. | Northern District of Texas | 3:24-cv-1797 | Judge Ada Brown |
| 55 | Alisa Smith v. AT&T Inc. | Northern District of Texas | 3:24-cv-2087 | Judge Ada Brown |
| 56 | Tina Powell v. AT&T Inc. | Northern District of Texas | 3:24-cv-1948 | Judge Ada Brown |
| 57 | Alin Pop v. AT&T Inc. and Snowflake, Inc. | Northern District of Texas | 3:24-cv-2008 | Judge Ed Kinkeade |
| 58 | Chris Schulte v. AT&T Inc. and AT&T Mobility LLC | District of New Jersey | 3:24-cv-7818 | Judge Michael A. Shipp |
| 59 | Star Ghanaat v. AT&T Inc. | Northern District of California | 3:24-cv-5065 | Magistrate Judge Thomas S. Hixson |
| 60 | Jeremiah Townsend v. Snowflake, Inc. and Advance Stores Company, Inc. | District of Montana, Butte Division | 2:24-CV-00077 | Judge Brian Morris |
| 61 | Antoun Nader v. Snowflake, Inc. and LendingTree, LLC | District of Montana, Butte Division | 2:24-CV-00079 | Judge Brian Morris |
| 62 | Brian Riley v. Snowflake, Inc. | District of Montana, Butte Division | 2:24-CV-00084 | Judge Brian Morris |
| 63 | Robert Jones and Kathy Martin v. Snowflake, Inc. | Northern District of California, San Francisco Division | 3:24-cv-05323 | Magistrate Judge Sallie Kim |
| 64 | Iran Carranza v. Ticketmaster LLC and DOES 1 through 50 | Central District of California, Western Division - Los Angeles | 2:24-cv-06863 | Judge Mark C. Scarsi |

| 65 | Neblock v. Advance Auto Parts, Inc., | District of Delaware | 1:24-cv-00960 | Currently Unassigned |
| 66 | Sherman v. Neiman Marcus | District of Delaware | 1:24-cv-00959 | Currently Unassigned |