BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **In re: SNOWFLAKE DATA SECURITY BREACH LITIGATION** | MDL Docket No. |

## PROOF OF SERVICE

Pursuant to Judicial Panel of Multidistrict Litigation Rule 4.1(a), I hereby certify that on August 21, 2024, I caused a copy of the attached Response to Motion for Transfer and Coordination or Consolidation Pursuant to 28 U.S.C. § 1407 of Plaintiffs Jodi Caballero, Owen Conlan, Bryan Curtis, Kelley Davis, Charles Fitzgerald, Brendan Healy, Chris Rippel, and Michael Walters, in Case No. 2:24-cv-04625-JFW-PVC (C.D. Cal.), Plaintiff Terry Neblock in Case No. 1:24-cv-00960 (D. Del.), and Plaintiff Jamilla Sherman in Case No. 1:24-cv-00959 (D. Del) to be filed electronically with the Court Clerk's Office using the Court's CM/ECF electronic filing system, and which will cause to be served upon all counsel in this action who accept electronic service.

Respectfully Submitted,

By: /s/ *Steven A. Schwartz*
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

361 W. Lancaster Avenue
Haverford, PA  19041
Phone:  (610) 642-8500
Fax: 610-649-3633
sas@chimicles.com