BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL No. 3126 |

## SCHEDULE OF ACTIONS

### Ticketmaster Data Breach

| No. | Case | District Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *Ryan, et al. v. Ticketmaster, et al.* | C.D. Cal. | 2:24-cv-04482 | Hon. Sherilyn Peace Garnett |
| 2 | *Getman, et al. v. Ticketmaster, et al.* | C.D. Cal. | 2:24-cv-04580 | Hon. R. Gary Klausner |
| 3 | *Caballero et al. v. Ticketmaster LLC et al.* | C.D. Cal. | 2:24-cv-04625 | Hon. John F. Walter |
| 4 | *Moledina v. Live Nation Entertainment, Inc. et al.* | C.D. Cal. | 2:24-cv-04631 | Hon. Josephine L. Staton |
| 5 | *DuPreez v. Ticketmaster LLC et al.* | C.D. Cal. | 2:24-cv-04659 | Hon. Sherilyn Peace Garnett |
| 6 | *Burns v. Ticketmaster, et al.* | C.D. Cal. | 2:24-cv-04674 | Hon. Sherilyn Peace Garnett |
| 7 | *Poluk v. Ticketmaster, LLC et al.* | C.D. Cal. | 2:24-cv-04671 | Hon. Josephine L. Staton |
| 8 | *Anderson et al. v. Ticketmaster LLC et al.* | C.D. Cal. | 2:24-cv-04709 | Hon. Josephine L. Staton |
| 9 | *Xian v. Ticketmaster, LLC et al.* | C.D. Cal. | 2:24-cv-04726 | Hon. Sherilyn Peace Garnett |
| 10 | *Curry, et al. v. Ticketmaster, et al.* | C.D. Cal. | 2:24-cv-04773 | Hon. Josephine L. Staton |

| 11 | *Blake, et al., v. Ticketmaster, LLC, et al.* | C.D. Cal. | 2:24-cv-04973 | Hon. Sherilyn Peace Garnett |
| 12 | *Dickey-Johnson v. Ticketmaster, et al.* | E.D. Penn. | 2:24-cv-02623 | Hon. Chad F. Kenney |
| 13 | *Spencer v. Ticketmaster, et al.* | C.D. Cal. | 2:24-cv-05760 | Hon. Sherilyn Peace Garnett |
| 14 | *Miller v. Ticketmaster, et al.* | C.D. Cal. | 2:24-cv-05867 | Hon. Sherilyn Peace Garnett |
| 15 | *Doe v. Ticketmaster, et al.* | N.D. Alab. | 5:24-cv-00980 | Hon. Corey L. Maze |
| 16 | *Brain v. Ticketmaster, et al.* | C.D. Cal. | 2:24-cv-06125 | Hon. Sherilyn Peace Garnett |
| 17 | *Howitt v. Ticketmaster, et al.* | C.D. Cal. | 2:24-cv-06530 | Hon. Sherilyn Peace Garnett |
| 18 | *Yarbough, et al. v. Ticketmaster, et al.* | C.D. Cal. | 2:24-cv-06604 | Hon. Stephen V. Wilson |
| 19 | *Rason v. Ticketmaster, LLC, et al.* | Dist. Mont. | 2:24-cv-00076 | Hon. Brian Morris |
| 20 | *Carranza v. Ticketmaster, LLC* | C.D. Cal. | 2:24-cv-06863 | Hon. Mark C. Scarsi |

**Advance Auto Parts Data Breach**

| No. | Case | District Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *McGee v. Advance Auto Parts* | E.D.N.C. | 5:24-cv-00352 | Hon. Richard E. Myers II |
| 2 | *Chaidez v. Adavance Auto Parts* | E.D.N.C. | 5:24-cv-00352 | Hon. Richard E. Myers II |
| 3 | *Dragone v. Advance Auto Parts* | E.D.N.C. | 5:24-cv-00352 | Hon. Richard E. Myers II |
| 4 | *Smith v. Advance Auto Parts* | E.D.N.C. | 5:24-cv-00352 | Hon. Richard E. Myers II |
| 5 | *Vogel v. Advance Auto Parts* | E.D.N.C. | 5:24-cv-00352 | Hon. Richard E. Myers II |
| 6 | *Carr v. Advance Auto Parts* | E.D.N.C. | 5:24-cv-00352 | Hon. Richard E. Myers II |
| 7 | *Levy v. Advance Auto Parts* | E.D.N.C. | 5:24-cv-00352 | Hon. Richard E. Myers II |
| 8 | *Moule v. Advance Stores Company* | E.D.N.C. | 5:24-cv-00352 | Hon. Richard E. Myers II |
| 9 | *Riley v. Advance Auto Parts* | E.D.N.C. | 5:24-cv-00352 | Hon. Richard E. Myers II |
| 10 | *Cook v. Advance Stores Company* | E.D.N.C. | 5:24-cv-00352 | Hon. Richard E. Myers II |
| 11 | *Clark v. Advance Auto Parts* | E.D.N.C. | 5:24-cv-00352 | Hon. Richard E. Myers II |
| 12 | *Bobbitt v. Advance Auto Parts, et al. (AAP & SF)* | Dist. Mont. | 2:24-cv-00071 | Hon. Brian Morris |
| 13 | *Arkett v. Advance Auto Parts* | E.D.N.C. | 5:24-cv-00352 | Hon. Richard E. Myers II |
| 14 | *Townsend v. Advance Auto Parts, et al.* | Dist. Mont. | 2:24-cv-00077 | Hon. Brian Morris |

## Snowflake Data Breach

| No. | Case | District Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *Leal v. Snowflake, Inc.* | Dist. Mont. | 2:24-cv-00046 | Hon. Brian Morris |
| 2 | *Chaidez v. Snowflake, Inc.* | Dist. Mont. | 2:24-cv-00050 | Hon. Brian Morris |
| 3 | *Doe et al. v. Snowflake, Inc.* | Dist. Mont. | 2:24-cv-00051 | Hon. Brian Morris |
| 4 | *Bowers v. Snowflake, Inc.* | Dist. Mont. | 2:24-cv-00055 | Hon. Brian Morris |
| 5 | *Olivieri et al. v. Snowflake, Inc.* | Dist. Mont. | 2:24-cv-00056 | Hon. Brian Morris |
| 6 | *Armstrong v. Snowflake, Inc.* | Dist. Mont. | 2:24-cv-00058 | Hon. Brian Morris |
| 7 | *Wilkinson v. Snowflake, Inc.* | Dist. Mont. | 2:24-cv-00057 | Hon. Brian Morris |
| 8 | *Gianguilio v. Snowflake. Inc.* | Dist. Mont. | 2:24-cv-00060 | Hon. Brian Morris |
| 9 | *Layman v. Snowflake, Inc.* | Dist. Mont. | 2:24-cv-00062 | Hon. Brian Morris |
| 10 | *Conte v. Snowflake, Inc.* | N.D. Cal. | 3:24-cv-04443 | Hon. Charles R. Breyer |
| 11 | *Bryant-Booker v. Snowflake, Inc.* | Dist. Mont. | 2:24-cv-00066 | Hon. Brian Morris |
| 12 | *Schwartz v. Snowflake, Inc.* | Dist. Mont. | 2:24-cv-00074 | Hon. Brian Morris |
| 13 | *Jones v. Snowflake, Inc.* | N.D. Cal. | 3:24-cv-05323 | Hon. Sallie Kim |

## AT&T Data Breach

| No. | Case | District Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *Winger v. AT&T, Inc.* | N.D. Tex. | 3:24-cv-01797 | Hon. Ada Brown |
| 2 | *Schulte v. AT&T, Inc., et al.* | Dist. N.J. | 3:24-cv-07818 | Hon. Michael A. Shipp |
| 3 | *Montgomery v. AT&T, Inc.* | W.D. Wa. Tac. | 3:24-cv-05581 | Hon. Brian A. Tsuchida |
| 4 | *Young v. AT&T, Inc., et al.* | N.D. Ga. | 1:24-cv-03185 | Hon. Victoria M. Calvert |
| 5 | *Lewis v. AT&T, Inc., et al.* | Dist. Mont. | 2:24-cv-00064 | Hon. John T. Johnson |
| 6 | *Mirvis v. AT&T, Inc., et al.* | Dist. Mont. | 2:24-cv-00065 | Hon. John T. Johnson |
| 7 | *Miller v. AT&T, Inc., et al.* | Dist. Mont. | 2:24-cv-00067 | Hon. John T. Johnson |
| 8 | *Hornthal v. AT&T, Inc., et al.* | Dist. Mont. | 2:24-cv-00068 | Hon. Timothy J. Cavan |
| 9 | *Weaver v. AT&T, Inc., et al.* | N.D. Tex. | 3:24-cv-01915 | Hon. Ed Kinkeade |
| 10 | *Kirby v. AT&T, Inc. et al.* | N.D. Tex. | 3:24-cv-01934 | Hon. Ed Kinkeade |
| 11 | *Hale v. AT&T, Inc.* | N.D. Tex. | 3:24-cv-01943 | Hon. Ed Kinkeade |
| 12 | *Pop v. AT&T, Inc., et al.* | N.D. Tex. | 3:24-cv-02008 | Hon. Ed Kinkeade |
| 13 | *Ghanaat v. AT&T, Inc.* | N.D. Cal. | 3:24-cv-05065 | Hon. Thomas S. Hixson |
| 14 | *Smith v. AT&T, Inc.* | N.D. Tex. | 3:24-cv-02087 | Hon. Ada Brown |

### Other Corporate Defendant Cases

### LendingTree Data Breach

| No. | Case | District Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *Nader v. LendingTree, LLC* | Dist. Mont. | 2:24-cv-00079 | Hon. Brian Morris |

### Neiman Marcus Data Breach

| No. | Case | District Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *Reichbart v. Neiman Marcus Group LLC* | S.D. Flor. | 0:24-cv-61389 | Hon. David S. Leibowitz |

### Cricket Wireless Data Breach

| No. | Case | District Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *Morgan v. Cricket Wireless, LLC* | N.D. Ga. | 1:24-cv-03253 | Hon. Eleanor L. Ross |

6