**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | **MDL No. 3126** |

## CERTIFICATE OF SERVICE

On August 21, 2024, I caused the foregoing **PLAINTIFFS RICHARD OLIVIERI AND LAUREN WOON'S RESPONSE IN OPPOSITION TO PLAINTIFF EMMANUEL CHAIDEZ'S MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF MONTANA PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS; and SCHEDULE OF ACTIONS** to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents via the United States Postal Service to any non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 21, 2024.

*s/  Timothy G. Blood*

Timothy G. Blood

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

Counsel for Plaintiffs *Richard Olivieri and Lauren Woon*

*Olivieri, et al. v. Snowflake, Inc.*
No. 2:24-cv-00056 (Dist. Montana)

00217336