BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL Docket No. 3126 |

**DEFENDANTS TICKETMASTER L.L.C. AND LIVE NATION ENTERTAINMENT, INC.'S STATEMENT OF NON-OPPOSITON TO PLAINTIFF'S CORRECTED MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF MONTANA PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to Rule 6.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (collectively, "Defendants"), respectfully submit this Statement of Non-Opposition to Plaintiff Emmanuel Chaidez's Corrected Motion for Transfer and Centralization of Related Actions to the District of Montana (the "Chaidez Motion").

Defendants take no position as to the Chaidez Motion.

Defendants emphasize that, in taking no position on the Chaidez Motion, Defendants reserve all rights to seek to enforce the arbitration provision in their Terms of Use. As Defendants have explained to the various Plaintiffs who have sought consolidation, Defendants, in fact, currently expect to move to compel arbitration and believe it to be a more efficient use of judicial resources to file one motion in response to a consolidated complaint in a consolidated action rather than a separate motion in each of the currently filed actions against Defendants. Consistent with their approach to Plaintiffs' consolidation request, Defendants take no position here, recognizing and advising the Court and the parties (as Defendants have before) that Defendants' first substantive response will likely be a motion to compel arbitration.

Defendants' Statement of Non-Opposition is not and should not be construed as agreement that these cases should proceed in any federal court as opposed to arbitration. Defendants reserve

all rights, including, without limitation, the right to file a motion to stay these proceedings and/or compel arbitration.

Dated this 21st day of August 2024.

*/s/ William K. Whitner*
William K. Whitner
PAUL HASTINGS LLP
1170 Peachtree Street N.E., Suite 100
Atlanta, GA 30309
Tel: (404) 815-2400
Fax: (404) 815-2424
kwhitner@paulhastings.com

*Attorney for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*
