**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE SNOWFLAKE, INC. DATA  
SECURITY BREACH LITIGATION

MDL Docket No. 3126

## RULE 6.2(d) NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (collectively, "Defendants") hereby notify the Panel of the following potential tag-along actions:

- *Moledina v. Live Nation Entertainment, Inc., et al.*, 2:24-cv-04631 (C.D. Cal.);
- *Brain v. Live Nation Entertainment, Inc., et al.*, 2:24-cv-06125 (C.D. Cal.);
- *Howitt v. Ticketmaster, LLC, et al.*, 2:24-cv-06530 (C.D. Cal.);
- *Yarbough, et. al. v. Ticketmaster, LLC, et al.*, 2:24-cv-06604 (C.D. Cal.);
- *Rason v. Snowflake Inc., et al.*, 2:24-cv-00076 (D. Mont.); and
- *Carranza v. Ticketmaster LLC, et al.*, 2:24-cv-06863 (C.D. Cal.).

Defendants' Rule 6.2(d) Notice of Potential Tag-Along Actions is provided as required by rule and is not and should not be construed as agreement that these potential tag-along actions should proceed in federal court as opposed to arbitration. Defendants reserve all rights, including, without limitation, the right to file a motion to stay these proceedings and/or compel arbitration. As Defendants explained in their concurrently-filed Statement of Non-Opposition to Plaintiff's Corrected Motion for Transfer and Centralization of Related Actions to the District of Montana, their likely first response in any action shall be a motion to compel arbitration.

Dated this 21st day of August 2024.

*/s/ William K. Whitner*
William K. Whitner
PAUL HASTINGS LLP
1170 Peachtree Street N.E., Suite 100
Atlanta, GA 30309
Tel: (404) 815-2400
Fax: (404) 815-2424
kwhitner@paulhastings.com

*Attorney for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*