**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL Docket No. 3126 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Defendant AT&T Inc.'s Response in Support of Transfer and Centralization and in Favor of the Eastern District of North Carolina were served by email and first class mail on August 21, 2024, on the following counsel:

| | |
|---|---|
| Yana A. Hart<br>Clarkson Law Firm PC<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: yhart@clarksonlawfirm.com<br><br>Ryan J. Clarkson<br>Clarkson Law Firm PC<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: rclarkson@clarksonlawfirm.com<br><br>Steven A Schwartz<br>Chimicles Schwartz Kriner and Donaldson-Smith LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041-0100<br>610-642-8500<br>Fax: 610-649-3633<br>Email: sas@chimicles.com<br><br>Tiara Avaness<br>Clarkson Law Firm, P.C.<br>22525 Pacific Coast Highway | *Counsel for Plaintiffs Cynthia Ryan and Rosalia Garcia*<br>*Served via email* |

| | |
|---|---|
| Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: tavaness@clarksonlawfirm.com | |
| Eric D. Stolze<br>Paul Hastings LLP<br>1170 Peachtree Street, N.E., Suite 100<br>Atlanta, GA 30309<br>404-815-2400<br>Fax: 404-815-2424<br>Email: ericstolze@paulhastings.com<br><br>James Michael Pearl<br>Paul Hastings LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071-2228<br>213-683-6000<br>Fax: 213-627-0705<br>Email: jamespearl@paulhastings.com<br><br>Raymond W. Stockstill<br>Paul Hastings LLP<br>515 South Flower Street<br>Los Angeles, CA 90071-2228<br>213-683-6000<br>Fax: 213-627-0795<br>Email: beaustockstill@paulhastings.com<br><br>William K Whitner<br>Paul Hastings LLP<br>1170 Peachtree Street, N.E., Suite 100<br>Atlanta, GA 30309<br>404-815-2400<br>Fax: 404-815-2424<br>Email: kwhitner@paulhastings.com<br><br>Catherine G. Bryan<br>CONNELL FOLEY<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, 19TH FLOOR<br>NEWARK, NJ 07102<br>973.436.5800<br>Fax: 973.436-5801<br>Email: cbryan@connellfoley.com | *Counsel for Ticketmaster, LLC* |

| | |
|---|---|
| D. Scott Carlton<br>Paul Hastings LLP<br>515 South Flower Street 25th Floor<br>Los Angeles, CA 90071<br>213-683-6000<br>Fax: 213-627-0705<br>Email: scottcarlton@paulhastings.com | |
| Eric D. Stolze<br>Paul Hastings LLP<br>1170 Peachtree Street, N.E., Suite 100<br>Atlanta, GA 30309<br>404-815-2400<br>Fax: 404-815-2424<br>Email: ericstolze@paulhastings.com<br><br>James Michael Pearl<br>Paul Hastings LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071-2228<br>213-683-6000<br>Fax: 213-627-0705<br>Email: jamespearl@paulhastings.com<br><br>Raymond W. Stockstill<br>Paul Hastings LLP<br>515 South Flower Street<br>Los Angeles, CA 90071-2228<br>213-683-6000<br>Fax: 213-627-0795<br>Email: beaustockstill@paulhastings.com<br><br>William K Whitner<br>Paul Hastings LLP<br>1170 Peachtree Street, N.E., Suite 100<br>Atlanta, GA 30309<br>404-815-2400<br>Fax: 404-815-2424<br>Email: kwhitner@paulhastings.com<br><br>D. Scott Carlton<br>Paul Hastings LLP<br>515 South Flower Street 25th Floor<br>Los Angeles, CA 90071<br>213-683-6000<br>Fax: 213-627-0705<br>Email: scottcarlton@paulhastings.com | *Counsel for Live Nation Entertainment, Inc.* |

| | |
|---|---|
| Catherine G. Bryan<br>CONNELL FOLEY<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, 19TH FLOOR<br>NEWARK, NJ 07102<br>973.436.5800<br>Fax: 973.436-5801<br>Email: cbryan@connellfoley.com | |
| Linda P Nussbaum<br>Nussbaum Law Group PC<br>1133 Avenue of the Americas, 31st Floor<br>New York, NY 10036<br>917-438-9189<br>Email: lnussbaum@nussbaumpc.com | *Counsel for Third-Party Plaintiff Andrea Burns*<br>*Served via email* |
| Yana A. Hart<br>Clarkson Law Firm PC<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: yhart@clarksonlawfirm.com<br><br>Edward W. Ciolko<br>Sterlington PLLC<br>One World Trade Center, 85th Floor<br>New York, NY 10007<br>212-433-2993<br>Email: edward.ciolko@sterlingtonlaw.com<br><br>Jennifer S. Czeisler<br>Sterlington PLLC<br>One World Trade Center, 85th Floor<br>New York, NY 10007<br>212-433-2993<br>Email: jen.czeisler@sterlingtonlaw.com<br><br>Ryan J. Clarkson<br>Clarkson Law Firm PC<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: rclarkson@clarksonlawfirm.com | *Counsel for Plaintiffs Amy Getman and Stephanie Evangelista*<br>*Served via email* |

| | |
|---|---|
| Tiara Avaness<br>Clarkson Law Firm, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: tavaness@clarksonlawfirm.com | |
| David Binder Jonelis<br>Lavely and Singer PC<br>2049 Century Park East Suite 2400<br>Los Angeles, CA 90067-2906<br>310-556-3501<br>Email: djonelis@lavelysinger.com<br><br>Alex M. Kashurba<br>Chimicles Schwartz Kriner and Donaldson-Smith LLP<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>610-642-8500<br>Email: amk@chimicles.com<br><br>Beena M. McDonald<br>Chimicles Schwartz Kriner and Donaldson-Smith LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>610-642-8500<br>Fax: 610-649-3633<br>Email: bmm@chimicles.com<br><br>James J Rosemergy<br>Carey Danis and Lowe<br>8235 Forsyth Boulevard, Suite 1100<br>St Louis, MO 63105<br>314-725-7700<br>Fax: 314-721-0905<br>Email: jrosemergy@careydanis.com<br><br>Marissa Pembroke<br>Chimicles Schwartz Kriner and Donaldson-Smith LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>610-642-8500<br>Fax: 610-649-3633 | *Counsel for Plaintiffs Jodi Caballero, Bryan Curtis, Kelley Davis, Charles Fitzgerald, Brendan Healy, Chris Rippel, Michael Walters, and Owen Conlan*<br>*Served via email* |

| | |
|---|---|
| Email: mnp@chimicles.com<br><br>Steven A Schwartz<br>Chimicles Schwartz Kriner and Donaldson-Smith LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041-0100<br>610-642-8500<br>Fax: 610-649-3633<br>Email: sas@chimicles.com | |
| Seyed Abbas Kazerounian<br>Kazerouni Law Group APC<br>245 Fischer Avenue Suite D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>Fax: 800-520-5523<br>Email: ak@kazlg.com<br><br>Daniel S. Robinson<br>Robinson Calcagnie Inc<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>949-720-1288<br>Fax: 949-720-1292<br>Email: drobinson@robinsonfirm.com<br><br>Michael Willard Olson<br>Robinosn Calcagnie Inc<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>949-720-1288<br>Fax: 949-720-1292<br>Email: molson@robinsonfirm.com<br><br>Mona Amini<br>Kazerouni Law Group APC<br>245 Fischer Avenue Unit D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>Fax: 800-520-5523<br>Email: mona@kazlg.com | *Counsel for Plaintiff Faisal Moledina*<br>*Served via email* |
| Siobhan Ellen McGreal<br>Francis Mailman Soumilas<br>1600 Market Street Suite 2510<br>Philadelphia, PA 19103<br>267-679-7058 | *Counsel for Plaintiff Lorie DuPreez*<br>*Served via email* |

| | |
|---|---|
| Fax: 215-940-8000<br>Email: smcgreal@consumerlawfirm.com<br><br>James A. Francis<br>Francis Mailman Soumilas PC<br>1600 Market Street, Suite 2510<br>Philadelphia, PA 19103<br>215-735-8600<br>Fax: 215-940-8000<br>Email: jfrancis@consumerlawfirm.com<br><br>Kyle N. Gurwell<br>360 Consumer Law<br>7755 Center Avenue, Suite 1100<br>Huntington Beach, CA 92647<br>562-600-9989<br>Email: kng@lawofficekg.com | |
| Laura Grace Van Note<br>Cole and Van Note<br>555 12th Street, Suite 2100<br>Oakland, CA 94607<br>510-891-9800<br>Email: lvn@colevannote.com<br><br>Scott Edward Cole<br>Cole and Van Note<br>555 12th Street, Suite 2100<br>Oakland, CA 94607<br>510-891-9800<br>Email: sec@colevannote.com | *Counsel for Plaintiff Corey Poluk*<br>*Served via email* |
| Ryan J. Clarkson<br>Clarkson Law Firm PC<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: rclarkson@clarksonlawfirm.com<br><br>Yana A. Hart<br>Clarkson Law Firm PC<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: yhart@clarksonlawfirm.com | *Counsel for Plaintiff Andrea Burns*<br>*Served via email* |

| | |
|---|---|
| Linda P Nussbaum<br>Nussbaum Law Group PC<br>1133 Avenue of the Americas, 31st Floor<br>New York, NY 10036<br>917-438-9189<br>Email: lnussbaum@nussbaumpc.com<br><br>Lindsey C Grossman<br>Criden and Love PA<br>2020 Salzedo Street, Suite 302<br>Coral Gables, FL 33134<br>305-357-9000<br>Fax: 305-357-9050<br>Email: lgrossman@cridenlove.com<br><br>Michael E Criden<br>Criden and Love PA<br>2020 Salzedo Street Suite 302<br>Coral Gables, FL 33134<br>305-357-9000<br>Fax: 305-357-9050<br>Email: mcriden@cridenlove.com<br><br>Tiara Avaness<br>Clarkson Law Firm, PC<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: tavaness@clarksonlawfirm.com | |
| Sabita J. Soneji<br>Tycko and Zavareei LLP<br>1970 Broadway Suite 1070<br>Oakland, CA 94612<br>510-254-6808<br>Email: ssoneji@tzlegal.com<br><br>Annick Marie Persinger<br>Tycko and Zavareei LLP<br>10880 Wilshire Boulevard, Suite 1101<br>Los Angeles, CA 90024-4112<br>510-254-6808<br>Fax: 202-973-0950<br>Email: apersinger@tzlegal.com<br><br>Katherine M. Aizpuru | *Counsel for Plaintiffs Eric Anderson,*<br>*Tiffany Moore, and Dekima Thomas*<br>*Served via email* |

| | |
|---|---|
| Tycko and Zavareei LLP<br>2000 Pennsylvania Avenue NW., Suite 1010<br>Washington, DC 20006<br>202-973-0900<br>Fax: 202-973-0950<br>Email: kaizpuru@tzlegal.com | |
| John J. Nelson<br>Milberg Coleman Bryson Phillips Grossman PLLC<br>280 South Beverly Drive, Penthouse<br>Beverly Hills, CA 90212<br>858-209-6941<br>Email: jnelson@milberg.com<br><br>Mason A. Barney<br>Siri and Glimstad LLP<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>212-532-1091<br>Fax: 646-417-5967<br>Email: mbarney@sirillp.com<br><br>Tyler J. Bean<br>Siri and Glimstad LLP<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>646-357-1732<br>Fax: 646-417-5967<br>Email: tbean@sirillp.com | *Counsel for Plaintiff Christina Xian*<br>*Served via email* |
| Thomas E. Loeser<br>Cotchett Pitre and McCarthy LLP<br>999 North Northlake Way, Suite 215<br>Seattle, WA 98103<br>206-802-1272<br>Fax: 650-697-0577<br>Email: tloeser@cpmlegal.com<br><br>Karin B Swope<br>Cotchett Pitre and McCarthy LLP<br>999 North Northlake Way Suite 215<br>Seattle, WA 98103<br>206-778-2123<br>Email: kswope@cpmlegal.com | *Counsel for Plaintiffs James Curry and David Freifeld*<br>*Served via email* |
| Eric Marc Poulin<br>Poulin Willey Anastopoulo LLC<br>32 Ann Street | *Counsel for Plaintiffs Kimberly Blake and Lamibia Dunham*<br>*Served via email* |

| | |
|---|---|
| Charleston, SC 29403<br>803-222-2222<br>Fax: 843-494-5536<br>Email: eric.poulin@poulinwilley.com<br><br>John C. Bohren<br>Yanni Law APC<br>145 South Spring Street, Suite 850<br>Los Angeles, CA 90012<br>619-433-2803<br>Fax: 800-867-6779<br>Email: yanni@bohrenlaw.com<br><br><br>Paul J Doolittle<br>Poulin Willey Anastopoulo LLC<br>32 Ann Street<br>Charleston, SC 29403<br>843-834-4712<br>Fax: 843-494-5536<br>Email: paul.doolittle@poulinwilley.com<br><br>Seth Little<br>Poulin Willey Anastopoulo LLC<br>32 Ann Street<br>Charleston, SC 29403<br>803-222-2222<br>Fax: 843-494-5536<br>Email: paul.doolittle@poulinwilley.com | |
| John J. Nelson<br>Milberg Coleman Bryson Phillips Grossman PLLC<br>280 South Beverly Drive, Penthouse<br>Beverly Hills, CA 90212<br>858-209-6941<br>Email: jnelson@milberg.com<br><br>Kennedy M. Brian<br>Federman and Sherwood<br>10205 North Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>405-235-1560<br>Fax: 405-239-2112<br>Email: kpb@federmanlaw.com<br><br>William B. Federman | *Counsel for Plaintiffs Shannon Spencer, Gerry McAuley, and Ryan Jossart*<br>*Served via email* |

| | |
|---|---|
| Federman and Sherwood<br>10205 North Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>405-235-1560<br>Fax: 405-239-2112<br>Email: wbf@federmanlaw.com | |
| Jennifer M French<br>Lynch Carpenter, LLP<br>1234 Camino Del Mar<br>Del Mar, CA 92014<br>619-762-1903<br>Fax: 858-313-1850<br>Email: jennf@lcllp.com | *Counsel for Plaintiff Matthew Miller*<br>*Served via email* |
| Vess Allen Miller<br>Cohen and Malad, LLP<br>One Indiana Square<br>Suite 1400<br>Indianapolis, IN 46204<br>317-636-6481<br>Fax: 317-636-2593<br>Email: vmiller@cohenandmalad.com | *Counsel for Plaintiff Alessandra*<br>*Conte*<br>*Served via email* |
| Brent Michael Kaufman<br>Poulin Willey Anastopoulo, LLC<br>One Glenlake Parkway NE<br>Suite 650<br>C/O Go Big Injury Law<br>Atlanta, GA 30328<br>843-222-2222<br>Email: teamkaufman@poulinwilley.com<br><br>Paul Doolittle<br>Poulin Willey Anastopoulo, LLC - SC<br>32 Ann Street<br>Charleston, SC 29403<br>803-222-2222<br>Email: paul.doolittle@poulinwilley.com | *Counsel for Plaintiff Lori Young*<br>*Served via email* |
| Paul Doolittle<br>Poulin Willey Anastopoulo, LLC - SC<br>32 Ann Street<br>Charleston, SC 29403<br>803-222-2222<br>Email: paul.doolittle@poulinwilley.com<br><br>Thomas William Sizemore<br>Poulin Willey Anastopoulo, LLC - SC<br>32 Ann Street | *Counsel for Plaintiff Alexis Morgan*<br>*Served via email* |

| | |
|---|---|
| Charleston, SC 29403<br>803-222-2222<br>Fax: 843-353-1604<br>Email: teamsizemore@poulinwilley.com | |
| Cricket Wireless<br>1025 Lenox Park Blvd., N.E.<br>Atlanta, GA 30319 | *Defendant Cricket Wireless*<br>*Served via first class mail* |
| Bryan Paul Thompson<br>Chicago Consumer Law Center, P.C.<br>650 Warrenville Road<br>Suite 100<br>Lisle, IL 60532<br>312-858-3239<br>Fax: Active<br>Email: bryan.thompson@cclc-law.com | *Counsel for Plaintiff Gary Carr*<br>*Served via email* |
| Kelly Margolis Dagger<br>Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br>919-573-1292<br>Fax: 919-865-7010<br>Email: kelly.dagger@elliswinters.com<br><br>Thomas Hamilton Segars<br>Ellis & Winters<br>P.O. Box 33550<br>Raleigh, NC 27636<br>919-865-7000<br>Fax: 919-865-7010<br>Email: tom.segars@elliswinters.com<br><br>Kailin Liu<br>Shook, Hardy & Bacon L.l.p.<br>111 S. Wacker Drive<br>Suite 4700<br>Chicago, IL 60606<br>(312) 704-7700<br>Fax: Not a member<br>Email: kliu@shb.com | *Counsel for Defendant Advance Auto Parts, Inc.*<br>*Served via email* |
| William A. Rossbach<br>ROSSBACH LAW, P.C.<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807<br>406-543-5156<br>Fax: 728-8878 | *Counsel for Plaintiff Jessie Leal*<br>*Served via email* |

| | |
|---|---|
| Email: bill@rossbachlaw.com<br><br>Ryan Clarkson<br>Clarkson Law Firm, P.C.<br>Clarkson Law Firm, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Email: rclarkson@clarksonlawfirm.com<br><br>Yana A. Hart<br>Clarkson Law Firm<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Email: yhart@clarksonlawfirm.com | |
| Jeff Ostrow<br>Kopelowitz Ostrow P.A.<br>Florida<br>One West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301<br>954-525-4100<br>Fax: 954-525-4300<br>Email: ostrow@kolawyers.com<br><br>John C. Heenan<br>HEENAN & COOK<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>406-839-9091<br>Fax: 406-839-9092<br>Email: john@lawmontana.com | *Counsel for Plaintiff Emmanuel Chaidez*<br>*Served via email* |
| John C. Heenan<br>HEENAN & COOK<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>406-839-9091<br>Fax: 406-839-9092<br>Email: john@lawmontana.com | *Counsel for Plaintiffs John Doe, Jean Ann Smith, and Janice Stewart*<br>*Served via email* |
| William A. Rossbach<br>ROSSBACH LAW, P.C.<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807<br>406-543-5156 | *Counsel for Plaintiff Maddalena Bowers*<br>*Served via email* |

| | |
|---|---|
| Fax: 728-8878<br>Email: bill@rossbachlaw.com | |
| William A. Rossbach<br>ROSSBACH LAW, P.C.<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807<br>406-543-5156<br>Fax: 728-8878<br>Email: bill@rossbachlaw.com | *Counsel for Plaintiffs Richard Olivieri and Lauren Woon*<br>*Served via email* |
| John C. Heenan<br>HEENAN & COOK<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>406-839-9091<br>Fax: 406-839-9092<br>Email: john@lawmontana.com | *Counsel for Plaintiff John R. Wilkinson*<br>*Served via email* |
| John C. Heenan<br>HEENAN & COOK<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>406-839-9091<br>Fax: 406-839-9092<br>Email: john@lawmontana.com | *Counsel for Plaintiff Jamila A. Armstrong*<br>*Served via email* |
| Domenic A. Cossi<br>WESTERN JUSTICE ASSOCIATES<br>303 West Mendenhall<br>Suite 1<br>Bozeman, MT 59715<br>406-587-1900<br>Fax: 406-587-1901<br>Email: domenic@westernjusticelaw.com<br><br>Maxwell E. Kirchhoff<br>WESTERN JUSTICE ASSOCIATES<br>303 West Mendenhall<br>Suite 1<br>Bozeman, MT 59715<br>406-587-1900<br>Email: max@westernjusticelaw.com | *Counsel for Plaintiff John Giangiulio*<br>*Served via email* |
| John C. Heenan<br>HEENAN & COOK<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>406-839-9091<br>Fax: 406-839-9092 | *Counsel for Plaintiffs Nicholas Layman and Elaine Cheatwood*<br>*Served via email* |

| | |
|---|---|
| Email: john@lawmontana.com<br><br>Jonathan Stephen Mann<br>Pittman, Dutton, Hellums, Bradley & Mann, P.C.<br>2001 Park Place North<br>Suite 1100<br>Birmingham, AL 35203<br>205-322-8880<br>Fax: 205-328-2711<br>Email: jonm@pittmandutton.com | |
| John C. Heenan<br>HEENAN & COOK<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>406-839-9091<br>Fax: 406-839-9092<br>Email: john@lawmontana.com | *Counsel for Plaintiff Erin Lewis*<br>*Served via email* |
| John C. Heenan<br>HEENAN & COOK<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>406-839-9091<br>Fax: 406-839-9092<br>Email: john@lawmontana.com | *Counsel for Plaintiff Alex Mirvis*<br>*Served via email* |
| David R. Paoli<br>PAOLI LAW FIRM, P.C.<br>257 W. Front Street<br>Missoula, MT 59801<br>406-542-3330<br>Fax: 406-542-3332<br>Email: davidpaoli@paoli-law.com<br><br>Jean Sutton Martin<br>Morgan & Morgan Mass Tort Dept.<br>Morgan & Morgan<br>201 N. Franklin Street 6th Floor<br>33602<br>Tampa, FL 33602<br>813-559-4908<br>Email: jeanmartin@forthepeople.com | *Counsel for Plaintiff Santisha Bryant-Booker*<br>*Served via email* |
| John C. Heenan<br>HEENAN & COOK<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>406-839-9091 | *Counsel for Plaintiff Jessica Miller*<br>*Served via email* |

| | |
|---|---|
| Fax: 406-839-9092<br>Email: john@lawmontana.com | |
| Ben Barnow<br>Barnow and Associates, P.C.<br>205 West Randolph Street<br>Ste 1630<br>Chicago, IL 60606<br>312-621-2000<br>Fax: 312-641-5504<br>Email: b.barnow@barnowlaw.com<br><br>John M. Morrison<br>MORRISON, SHERWOOD, WILSON &<br>DEOLA, PLLP<br>401 N Last Chance Gulch<br>PO Box 557<br>Helena, MT 59624<br>406-442-3261<br>Fax: 406-443-7294<br>Email: John@mswdlaw.com<br><br>Anthony Parkhill<br>Barnow and Associates, P.C.<br>205 W. Randolph Street<br>Ste. 1630<br>Chicago, IL 60606<br>312-621-2000<br>Email: aparkhill@barnowlaw.com<br><br>Riley W. Prince<br>Barnow and Associates, P.C.<br>205 W. Randolph Street<br>Suite 1630<br>Chicago, IL 60606<br>312-621-2000<br>Email: rprince@barnowlaw.com | *Counsel for Plaintiff David Hornthal*<br>*Served via email* |
| Bryan L. Bleichner<br>Chestnut Cambronne PA<br>100 Washington Avenue South<br>Suite 1700<br>Minneapolis, MN 55401<br>612-339-7300<br>Fax: 612-336-2940<br>Email: bbleichner@chestnutcambronne.com<br><br>Joel R. Rhine | *Counsel for Plaintiff Charles McGee*<br>*Served via email* |

Rhine Martin Law Firm, P.C.
1612 Military Cutoff, Suite 300
Wilmington, NC 28403
910-772-9960
Fax: 910-772-9062
Email: jrr@rhinelawfirm.com

Amber Love Schubert
Schubert Jonckheer & Kolbe LLP
2001 Union St Ste 200
San Francisco, CA 94123
415-788-4220
Fax: 415-788-0161
Email: aschubert@sjk.law

Charles E. Schaffer
Levin Sedran & Berman
510 Walnut Street
Ste 500
Philadelphia, PA 19106
215-592-1500
Fax: 215-592-4663
Email: cschaffer@lfsblaw.com

John A Bruno
Rhine Law Firm
1612 Military Cutoff Rd
Charlotte, NC 28203
Ste #300,
Wilmington, NC 28403
704-679-9020
Email: jab@rhinelawfirm.com

Marita Isabel Ramirez
Dann Law Firm
OH
15000 Madison Avenue
Lakewood, OH 44107
216-373-0539
Fax: 216-373-0536
Email: mramirez@dannlaw.com

Ruth Sheehan
Rhine Law Firm, PC
NC
1612 Military Cutoff Rd

| | |
|---|---|
| Suite 300<br>Wilmington, NC 28403<br>910-772-9960<br>Email: RAS@rhinelawfirm.com<br><br>Thomas A. Zimmerman , Jr<br>Zimmerman Law Offices, P.C.<br>77 West Washington Street<br>Suite 1220<br>Chicago, IL 60602<br>312-440-0020<br>Email: tom@attorneyzim.com<br><br>Scott C. Harris<br>MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>Email: sharris@milberg.com | |
| Terence Coates<br>Markovits, Stock & DeMarco, LLC<br>119 East Court Street<br>Suite 530<br>Cincinnati, OH 45202<br>513-651-3700<br>Fax: 513-665-0219<br>Email: tcoates@msdlegal.com | *Counsel for Consol Plaintiff Don Smith* |
| Scott C. Harris<br>MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>Email: sharris@milberg.com | *Counsel for Plaintiff Emmanuel Chaidez*<br>*Served via email* |
| Scott C. Harris<br>MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>Email: sharris@milberg.com | *Counsel for Plaintiff Don Smith*<br>*Served via email* |

| | |
|---|---|
| Scott C. Harris<br>MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>Email: sharris@milberg.com | *Counsel for Plaintiff Dylan J.*<br>*Dragone*<br>*Served via email* |
| John A Bruno<br>Rhine Law Firm<br>1612 Military Cutoff Rd<br>Charlotte, NC 28203<br>Ste #300,<br>Wilmington, NC 28403<br>704-679-9020<br>Email: jab@rhinelawfirm.com<br><br>Ruth Sheehan<br>Rhine Law Firm, PC<br>NC<br>1612 Military Cutoff Rd<br>Suite 300<br>Wilmington, NC 28403<br>910-772-9960<br>Email: RAS@rhinelawfirm.com<br><br>Thomas A. Zimmerman , Jr<br>Zimmerman Law Offices, P.C.<br>77 West Washington Street<br>Suite 1220<br>Chicago, IL 60602<br>312-440-0020<br>Email: tom@attorneyzim.com<br><br>Marita Isabel Ramirez<br>Dann Law Firm<br>OH<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>216-373-0539<br>Fax: 216-373-0536<br>Email: mramirez@dannlaw.com<br><br>Joel R. Rhine<br>Rhine Martin Law Firm, P.C.<br>1612 Military Cutoff, Suite 300 | *Counsel for Plaintiff Gregory Vogel*<br>*Served via email* |

| | |
|---|---|
| Wilmington, NC 28403<br>910-772-9960<br>Fax: 910-772-9062<br>Email: jrr@rhinelawfirm.com | |
| Amber Love Schubert<br>Schubert Jonckheer & Kolbe LLP<br>2001 Union St Ste 200<br>San Francisco, CA 94123<br>415-788-4220<br>Fax: 415-788-0161<br>Email: aschubert@sjk.law<br><br>Scott C. Harris<br>MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>Email: sharris@milberg.com | *Counsel for Plaintiff Brian Riley*<br>*Served via email* |
| Edward Hallett Maginnis<br>Maginnis Howard<br>Maginnis Howard<br>7706 Six Forks Rd.<br>Ste 101<br>Raleigh, NC 27615<br>919-526-0450<br>Fax: 919-882-8763<br>Email: emaginnis@maginnislaw.com<br><br>Karl Stephen Gwaltney<br>Maginnis Howard Law<br>Maginnis Howard Law<br>7706 Six Forks Road<br>Suite 101<br>Raleigh, NC 27615<br>919-960-1545<br>Email: kgwaltney@maginnishoward.com | *Counsel for Plaintiff Adam Levy*<br>*Served via email* |
| Kelly Margolis Dagger<br>Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br>919-573-1292<br>Fax: 919-865-7010<br>Email: kelly.dagger@elliswinters.com | *Counsel for Defendant Advance Stores Company, Incorporated*<br>*Served via email* |

| | |
|---|---|
| Thomas Hamilton Segars<br>Ellis & Winters<br>P.O. Box 33550<br>Raleigh, NC 27636<br>919-865-7000<br>Fax: 919-865-7010<br>Email: tom.segars@elliswinters.com | |
| Joel R. Rhine<br>Rhine Martin Law Firm, P.C.<br>1612 Military Cutoff, Suite 300<br>Wilmington, NC 28403<br>910-772-9960<br>Fax: 910-772-9062<br>Email: jrr@rhinelawfirm.com<br><br>Ruth Sheehan<br>Rhine Law Firm, PC<br>NC<br>1612 Military Cutoff Rd<br>Suite 300<br>Wilmington, NC 28403<br>910-772-9960<br>Email: RAS@rhinelawfirm.com | *Counsel for Plaintiff Caleb A. Cook*<br>*Served via email* |
| Scott C. Harris<br>MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>Email: sharris@milberg.com | *Counsel for Plaintiff Jillian Clark*<br>*Served via email* |
| Paul J. Doolittle<br>Poulin Willey Anastopoulo LLC<br>32 Ann Street<br>Charleston, SC 29403<br>803-222-2222<br>Email: paul.doolittle@poulinwilley.com<br><br>Gary F. Lynch<br>Lynch Carpenter, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243<br>Email: gary@lcllp.com | *Counsel for Plaintiffs Chastine*<br>*Dickey-Johnson and Serena Chapman*<br>*Served via email* |
| Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC | *Counsel for Plaintiffs Jonathan*<br>*Weaver and Jennifer Carter* |

| | |
|---|---|
| 12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email: bruce@swclaw.com | *Served via email* |
| Benjamin B Gould<br>KELLER ROHRBACK LLP (WA)<br>1201 3RD AVE<br>STE 3400<br>SEATTLE, WA 98101-3052<br>206-442-1563<br>Email: bgould@kellerrohrback.com<br><br>Cari Campen Laufenberg<br>KELLER ROHRBACK LLP (WA)<br>1201 3RD AVE<br>STE 3400<br>SEATTLE, WA 98101-3052<br>206-442-1563<br>Email: claufenberg@kellerrohrback.com | *Counsel for Plaintiff Alicia LeDuc*<br>*Montgomery*<br>*Served via email* |
| Bailey Marie Nickoloff<br>Holland & Hart LLP<br>401 N 31st St<br>Ste. 1500<br>Billings, MT 59101<br>406-896-4653<br>Fax: 406-545-2334<br>Email: bmnickoloff@hollandhart.com<br><br>Brianne C. McClafferty<br>HOLLAND & HART - BILLINGS<br>401 North 31st Street<br>Suite 1500<br>Billings, MT 59101-1277<br>406-252-2166<br>Fax: 406-545-2266<br>Email: bcmcclafferty@hollandhart.com<br><br>Delaney Gold-Diamond<br>Quinn Emanuel Urquhart & Sullivan<br>865 S. Figueroa<br>Los Angeles, CA 90017<br>707-364-7640<br>Email:<br>delaneygolddiamond@quinnemanuel.com | *Counsel for Defendant Snowflake Inc.*<br>*Served via email* |

| | |
|---|---|
| Stephen Andrew Broome<br>Quinn Emanuel Urquhart & Sullivan LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>213-443-3285<br>Fax: 213-443-3100<br>Email: stephenbroome@quinnemanuel.com | |

Dated this 21st day of August, 2024.

*/s/ Gilbert S. Keteltas*
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave., NW, Suite 1100
Washington, DC 20036
Tel: (202) 861.1530
Fax: (202) 861.1783
Email: gketeltas@bakerlaw.com


*Attorney for Defendant AT&T Inc. and AT&T Mobility LLC*