BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | ) ) ) ) ) | MDL NO. 3126 |

**INTERESTED PARTY RESPONSE OF PLAINTIFF ALICIA LEDUC MONTGOMERY TO MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF MONTANA PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML"), Rule 6.2(e), Plaintiff Alicia LeDuc Montgomery in the case styled *LeDuc Montgomery v. AT&T, Inc.*, No. 3:24-cv-05581, filed in the U.S. District Court for the Western District of Washington ("Plaintiff"), submits this response to the pending Motion for Transfer and Centralization of Related Actions to the District of Montana Pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings, ECF No. 3 (the "Motion").

For the reasons set forth in the Motion as well as in Plaintiff's recent response[1] to the Motion for Transfer of Actions to the Northern District of Georgia Pursuant to 28 U.S.C. § 1407 for Consolidated or Coordinated Pretrial Proceedings, filed in *In Re: AT&T Inc. Cellular Customer Data Security Breach Litigation*, MDL No. 3124, Plaintiff supports transfer and centralization of the Related Actions[2] in the United States District Court for the District of Montana.

---

[1] *See* Interested Party Response of Plaintiff Leduc Montgomery to Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Consolidated or Coordinated Pretrial Proceedings, *In Re: AT&T Inc. Cellular Customer Data Security Breach Litigation*, MDL No. 3124, ECF No. 26.

[2] *See* Corrected Schedule of Actions, *In re Snowflake Data Breach Litigation*, ECF No. 3-2 (J.P.M.L. 2024) ("Schedule of Actions").

1

The Related Actions all involve the same common nucleus of operative facts: the cyberattack against Snowflake Inc., which resulted in the access and exfiltration of data from an estimated 165 of Snowflake client's accounts in April 2024. Snowflake has notified its clients—including AT&T, Ticketmaster, Advance Auto Parts, Neiman Marcus, and many others—that their customer data has potentially been exposed. As such, transfer and consolidation of the Related Actions would promote the just and efficient conduct of such actions, preventing duplication of discovery, eliminating the possibility of conflicting pretrial rulings, and conserving judicial resources. Likewise, the United States District Court for the District of Montana is the most appropriate and convenient forum for coordination or consolidation of the Related Actions.

Dated: August 21, 2024

Respectfully submitted,

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue
Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com

***Counsel for Plaintiff Alicia LeDuc Montgomery***