## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION ) ) ) ) ) | MDL NO. 3126 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I hereby certify that on August 21, 2024, I electronically filed the forgoing Interested Party Response of Plaintiff Alicia LeDuc Montgomery to Motion for Transfer and Centralization of Related Actions to the District of Montana Pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will serve notification of such filing to all counsel of record in this action.

I further caused true and correct copies of the filing to be served upon the following parties via U.S. Mail:

**Defendant:**
Cricket Wireless, LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**Defendant:**
Neiman Marcus Group LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

1

Dated: August 21, 2024

                                                 Respectfully submitted,

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue
Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com

***Counsel for Plaintiff Alicia LeDuc Montgomery***