BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 3126 |
| | : | |
| SNOWFLAKE DATA BREACH LITIGATION | : | |
| | : | |
| | : | |

**RESPONSE OF AMANDA SCHWARTZ IN SUPPORT OF EMMANUEL CHAIDEZ'S MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF MONTANA PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

Amanda Schwartz ("Plaintiff"), the lead plaintiff in *Schwartz v. Snowflake, Inc.*, D. Montana No. 2:24-cv-00074, respectfully submits this brief in response to the pending motion filed by Emmanuel Chaidez requesting transfer of all related actions to the District of Montana for consolidation before Chief Judge Brian Morris. [Doc. 1.]

Plaintiff agrees with Mr. Chaidez that the numerous overlapping cases should be transferred to a single district for pretrial proceedings and that the District of Montana is the most appropriate transferee district. For all the reasons ably articulated by Mr. Chaidez's moving papers, which Plaintiff fully adopts as if restated herein, Plaintiff respectfully requests that this Honorable Panel transfer the related actions, as well as all subsequently filed related actions, to the District of Montana for coordinated and consolidated pretrial proceedings.

Dated: August 21, 2024    Respectfully submitted,

/s/Jeffrey S. Goldenberg
Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER, L.P.A.
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242

Tel: (513) 345-8291
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

John Heenan
HEENAN & COOK
1631 Zimmerman Trail
Billings, MT 59102
Tel: (406) 839-9091
Fax: (406) 839-9092
john@lawmontana.com

Charles E. Schaffer
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com

Brett R. Cohen
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place NY 11514-1851
Tel: (516) 873-9550
bcohen@leedsbrownlaw.com

*Attorneys for Plaintiff Amanda Schwartz*