## BEFORE THE UNTITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC. DATA SECURTY BREACH LITIGATION | MDL No. 3126 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Interested Party Dina Winger's Response in Opposition to Motion for Transfer and Centralization of Related Actions to the District of Montana Pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings, and Proof of Service, was served upon counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System on this 21st day of August, 2024.

Respectfully Submitted,

By: /s/ Lori G. Feldman
**GEORGE FELDMAN McDONALD, PLLC**
Lori G. Feldman
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
Email: lfeldman@4-justice.com

Counsel for Plaintiff in *Dina Winger v. AT&T*, Case No. 3:24-cv-01797-E (N.D. Tex.) (AB)

1