**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SNOWFLAKE DATA BREACH LITIGATION | **MDL DOCKET NO. 3126** |

**DECLARATION OF STEPHEN BROOME**

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendant Snowflake Inc. ("Snowflake"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto:

2. Appendix A to Snowflake's Opposition to Motion for Transfer and Coordination is, to the best of my knowledge, an accurate list of the related actions in which Snowflake is named as a defendant.

3. Today, August 21, 2024, Snowflake intends to move to consolidate the actions pending against it before the Honorable Chief Judge Brian Morris in the United States District Court for the District of Montana. I understand that the majority of the Plaintiffs in these cases support and/or will join or at least not oppose a motion to consolidate.

4. Snowflake is coordinating with several plaintiffs' counsel in the non-Montana actions pending against it to transfer those cases to the District of Montana and, if necessary, to sever the claims against Snowflake from the claims against any other named defendant.

5. On the basis of conversations with counsel, it is my understanding that defendant Advance Auto Parts intends to move to sever the claims against it in those cases filed where Snowflake is named as a co-defendant, and then move to transfer the Advance Auto Parts claims to the Eastern District of North Carolina for consolidation.

6.      Snowflake has contacted plaintiff's counsel in the matter of *Reichbart v. Neiman Marcus Group LLC and Snowflake, Inc.*, Case No. 24-cv-61389 (S.D. Fla. 2024) to discuss transferring the claims pending against Snowflake in the Southern District of Florida to the District of Montana.

7.      Snowflake intends to contact plaintiff's counsel in the matter of *Nader v. Snowflake, Inc. and LendingTree, LLC*, Case No. 2:24-cv-00079 (D. Mon. 2024) to discuss severing the claims against LendingTree so the Snowflake claims can be consolidated in a Snowflake-only action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 21, 2024 at Los Angeles, California.

DATED: August 21, 2024                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Stephen A. Broome*
    Stephen A. Broome
    Attorney for Snowflake

2     DECLARATION OF STEPHEN A. BROOME