**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SNOWFLAKE DATA BREACH LITIGATION | **MDL DOCKET NO. 3126** |

**APPENDIX A**

| Case Caption | Court | Case No. | Judge |
|---|---|---|---|
| Jamila A. Armstrong v. Snowflake, Inc. | District of Montana-Butte Division | 24-58-BU-BMM | Chief District Judge Brian Morris |
| Joshua Bobbitt v. Snowflake, Inc. and Advance Stores Company, Inc. | District of Montana-Butte Division | 24-71-BU-BMM | Chief District Judge Brian Morris |
| Maddalena Bowers v. Snowflake, Inc. | District of Montana-Butte Division | 24-55-BU-BMM | Chief District Judge Brian Morris |
| Santisha Bryant-Booker v. Snowflake, Inc. | District of Montana-Butte Division | 24-66-BU-BMM | Chief District Judge Brian Morris |
| Emmanuel Chaidez v. Snowflake, Inc. | District of Montana-Butte Division | 24-50-BU-BMM | Chief District Judge Brian Morris |
| Alessandra Conte v. Snowflake, Inc. | Northern District of California | 24-cv-04443-SK | Senior District Judge Charles R. Breyer |
| John Doe, Jean Ann Smith and Janice Stewart v. Snowflake, Inc. | District of Montana-Butte Division | 24-51-BU-BMM | Chief District Judge Brian Morris |
| John Giangiulio v. Snowflake, Inc. | District of Montana-Butte Division | 24-60-BU-BMM | Chief District Judge Brian Morris |
| David Hornthal v. Snowflake, Inc., AT&T, Inc., and AT&T Mobility, LLC | District of Montana-Butte Division | 24-68-BU-BMM | Chief District Judge Brian Morris |
| Robert Jones and Kathy Martin v. Snowflake, Inc. | Northern District of California | 24-cv-5323 | Not assigned |

| Case Caption | Court | Case No. | Judge |
|---|---|---|---|
| William Kirby v. Snowflake, Inc., and AT&T Inc. | Northern District of Texas | 24-cv-1934-E | Not assigned |
| Nicholas Layman and Elaine Cheatwood v. Snowflake, Inc. | District of Montana-Butte Division | 24-62-BU-BMM | Chief District Judge Brian Morris |
| Jessie Leal v. Snowflake, Inc. | District of Montana-Butte Division | 24-46-BU-BMM | Chief District Judge Brian Morris |
| Erin Lewis v. Snowflake, Inc. and AT&T Inc. | District of Montana-Butte Division | 24-64-BU-BMM | Chief District Judge Brian Morris |
| Jessica Miller v. Snowflake, Inc., and AT&T Inc. | District of Montana-Butte Division | 24-67-BU-BMM | Chief District Judge Brian Morris |
| Alex Mirvis v. Snowflake, Inc. and AT&T Inc. | District of Montana-Butte Division | 24-65-BU-BMM | Chief District Judge Brian Morris |
| Antoun Nader v. Snowflake, Inc. and LendingTree, LLC | District of Montana-Butte Division | 24-79-BU-BMM | Chief District Judge Brian Morris |
| Richard Olivieri and Lauren Woon v. Snowflake, Inc. | District of Montana-Butte Division | 24-56-BU-BMM | Chief District Judge Brian Morris |
| Alin Pop v. AT&T Inc. and Snowflake, Inc. | Northern District of Texas | 24-cv-2008-K | Not assigned |
| Vanessa Rason v. Snowflake, Inc. and Ticketmaster, LLC | District of Montana-Butte Division | 24-76-BU-BMM | Chief District Judge Brian Morris |
| Marc Reichbart v. Neiman-Marcus Group, LLC and Snowflake, Inc. | Southern District of Florida | 24-cv-61389 | United States District Judge David S. Leibowitz |
| Brian Riley v. Snowflake, Inc. | District of Montana-Butte Division | 24-cv-00084-BMM | Chief District Judge Brian Morris |
| Amanda Schwartz v. Snowflake, Inc. | District of Montana-Butte Division | 24-74-BU-BMM | Chief District Judge Brian Morris |
| Jeremiah Townsend v. Snowflake Inc. and Advance Stores Company, Inc. | District of Montana-Butte Division | 24-77-BU-BMM | Chief District Judge Brian Morris |
| Jonathan Weaver and Jennifer Carter v. | Northern District of Texas | 24-cv-1915 | Not assigned |

| Case Caption | Court | Case No. | Judge |
|---|---|---|---|
| Snowflake, Inc. and AT&T Inc. | | | |
| John R. Wilkinson v. Snowflake, Inc. | District of Montana-Butte Division | 24-57-BU-BMM | Chief District Judge Brian Morris |
| William Yarbough, Patricia Marshall and Elizabeth Quinby v. Ticketmaster, LLC, Live Nation Entertainment, Inc. and Snowflake, Inc. | Central District of California | 24-cv-6604-SVW-AS(x) | United States District Judge Stephen V. Wilson |