**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE SNOWFLAKE DATA BREACH LITIGATION | **MDL Docket No. 3126** |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Response in Opposition to Motion for Transfer and Coordination Pursuant to 28 U.S.C. §1407, and the Declaration of Stephen A. Broome and Appendix A in support thereof were electronically filed with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system and was served on all parties via CM/ECF.  Defendant Neiman Marcus Group, LLC was served on August 21, 2024 via email per agreement of the parties on counsel, Neil Gilman of Hunton Andrews Kurth, at ngilman@huntonAK.com

DATED:  August 21, 2024           By      /s/ *Stephen A. Broome*
                                                    Stephen A. Broome
                                                    Quinn Emanuel Urquhart & Sullivan, LLP
                                                    865 S. Figueroa, 10th Floor
                                                    Los Angeles, CA 90017
                                                    Tel: (213) 443-3000
                                                    Fax: (213) 443-3100
                                                    Email:  stephenbroome@quinnemanuel.com