BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **In re: SNOWFLAKE DATA SECURITY BREACH LITIGATION** | MDL Docket No. 3126 |

## PROOF OF SERVICE

Pursuant to Judicial Panel of Multidistrict Litigation Rule 4.1(a), I, Steven A. Schwartz, counsel for Plaintiffs in the matters of *Caballero, et al. v. Live Nation Entertainment, Inc and Ticketmaster* LLL, Case No. 2:24-cv-04625-JFW-PVC (C.D. Cal.), *Neblock v. Advance Auto Parts, Inc.*, Case No. 1:24-cv-00960 (D. Del.), and *Sherman v. The Neiman Marcus Group LLC*, Case No. 1:24-cv-00959 (D. Del.), hereby certify that on August 22, 2024, I caused a copy of the **Notice of Related Actions,** filed electronically with the Court Clerk's Office using the Court's CM/ECF electronic filing system on August 21, 2024, to be served upon all counsel in this action who accept electronic service, and by First Class Mail to the parties listed below.

Advance Auto Parts, Inc.
251 Little Falls Drive
Wilmington, DE  19808

The Neiman Marcus Group LLC
1209 Orange Street
Wilmington, DE 19801

Dated: August 22, 2024

Respectfully Submitted,

By: /s/ *Steven A. Schwartz*
**CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, PA  19041
Phone:  (610) 642-8500
Fax: 610-649-3633
sas@chimicles.com