## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL No. 3126 |

**PLAINTIFF MADDALENA BOWERS' RESPONSE
IN OPPOSITION TO PLAINTIFF EMMANUEL CHAIDEZ'S MOTION FOR
TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE
DISTRICT OF MONTANA PURSUANT TO 28 U.S.C. § 1407
FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

For the reasons set forth in Plaintiffs Olivieri and Woon's Response in Opposition to the motion filed by Plaintiff-Movant Emmanuel Chaidez ("Olivieri Opposition," Dkt. No. 99), Plaintiff Maddalena Bowers concurs with and joins the Olivieri Opposition. Also for the reasons set forth in the Olivieri Opposition, should the panel consolidate the actions, Plaintiff Bowers suggests the appropriate transferee court is the District of Montana, or in the alternative, the Northern District of California.

Respectfully submitted,

Dated: August 21, 2024

COTCHETT, PITRE & MCCARTHY, LLP

By:

*s/ Thomas E. Loeser*
THOMAS E. LOESER

999 N. Northlake Way, Suite 215
Seattle, WA 98103
Tel: 206-802-1272
650-697-0877 (fax)
tloeser@cpmlegal.com