## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION, NEIMAN MARCUS GROUP, LLC., SNOWFLAKE, INC, LENDING TREE, LLC, ADVANCE AUTO PARTS, INC. ) ) ) ) ) ) | MDL NO. 3126 |

## PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on August 22, 2024, the forgoing Interested Party Response of Plaintiff Marc Reichbart to Motion for Transfer and Centralization of Related Actions to the District of Montana was filed using the Judicial Panel on Multidistrict Litigation's CM/ECF system, and which will cause to be served upon counsel in this action who accept electronic service, and First Class U.S. Mail on August 23, 2024 on the persons addressed set forth in the attached service list.

Dated: August 23, 2024

By: /s/ Paul Doolittle
Paul J. Doolittle, Esq.
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
cmad@poulinwilley.com
 -AND-

Andrew J. Shamis, Esq.
**SHAMIS GENTILE**
14 NE 1st Avenue Suite 705
Miami, Florida 33132
Telephone: (305) 479-2299
Fax: (786) 623-0915
Email: ashamis@shamisgentile.com

Attorneys for Plaintiff Marc Reichbart

## SERVICE BY CERTIFIED MAIL

**NEIMAN MARCUS GROUP, LLC**
1290 Orange Street
Wilmington, DE 19801

**LENDINGTREE, LLC**
1415 Vantage Park Drive
Suite 700
Charlotte, NC  28203

**SNOWFLAKE, INC.**
106 East Babcock Street
Suite 3A
Bozeman, MT 59715

**ADVANCE AUTO PARTS, INC**.
251 Little Falls Drive
Wilmington, DE 19808