BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In re:<br>**SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | MDL Docket No. 3126 |

## AMENDED PROOF OF SERVICE

Pursuant to Judicial Panel of Multidistrict Litigation Rule 4.1(a), I, James A. Francis, an attorney for Plaintiff in the matter *Mirvis v. Snowflake, Inc. and AT&T, Inc.,* No. 2:24-cv-00065-BMM (D. Mont.), hereby certify that the foregoing Response in Support of the Motion to Transfer was filed via the Panel's CM/ECF electronic filing system that will send notice of said filing to all counsel in this action who accept electronic service.

Dated: August 21, 2024

/s/*James A. Francis*
James A. Francis
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215-735-8600
jfrancis@consumerlawfirm.com

*Counsel for Plaintiff Alex Mirvis*

Case No. 2:24-cv-00065 (D. Mont.)