**BEFORE THE UNITED STATES**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL No. 3126 |

**PLAINTIFF JESSIE LEAL'S RESPONSE
IN OPPOSITION TO PLAINTIFF EMMANUEL CHAIDEZ'S MOTION
FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO
THE DISTRICT OF MONTANA PURSUANT TO 28 U.S.C. § 1407
FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

For the reasons set forth in Plaintiffs Olivieri and Woon's Response in Opposition to the motion filed by Plaintiff-Movant Emmanuel Chaidez ("Olivieri Opposition", Dkt. No. 99), Plaintiff Jessie Leal concurs with and joins the Olivieri Opposition. Also, for the reasons set forth in the Olivieri Opposition, should the panel consolidate the actions, Plaintiff Leal suggests the appropriate transferee court is the District of Montana, or in the alternative, the Northern District of California.

Respectfully submitted,

Dated: August 23, 2024    **ROSSBACH LAW, P.C.**

*/s/ William A. Rossbach*
William A. Rossbach
P.O. Box 8988
Missoula, MT  59807-8988
bill@rossbachlaw.com

1