**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | ) ) ) ) ) | MDL NO. 3126 |

**NOTICE OF RELATED ACTION**

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiff Sharon Wenze writes to notify the Panel of the following related class action: *Wenze v. Snowflake Inc.,* Case No. 2:24-cv-00088-BMM (D.C. Montana) The complaint and docket sheet are attached as Exhibit A.

Dated: August 26, 2024

        Respectfully submitted,

        */s/ Cari Campen Laufenberg*
        Cari Campen Laufenberg
        **KELLER ROHRBACK L.L.P.**
        1201 Third Avenue
        Suite 3400
        Seattle, WA 98101
        Tel: (206) 623-1900
        Fax: (206) 623-3384
        claufenberg@kellerrohrback.com

        *Counsel for Plaintiff Alicia LeDuc Montgomery*