**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE SNOWFLAKE, INC. DATA  　　　　　　　MDL Docket No. 3126
SECURITY BREACH LITIGATION

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge(s) |
|---|---|---|---|
| *Plaintiff(s)*: Christopher M. Brain  *Defendant(s)*: Live Nation Entertainment, Inc.; and Ticketmaster, LLC | Central District of California | 2:24-cv-06125 | Judge Sherilyn Peace Garnett  Magistrate Judge Jacqueline Chooljian |

Dated this 26th day of August 2024.

　　　　　　　　　　　　　　　　　　　　*/s/ William K. Whitner*
　　　　　　　　　　　　　　　　　　　　William K. Whitner
　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　　1170 Peachtree Street N.E., Suite 100
　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　Tel: (404) 815-2400
　　　　　　　　　　　　　　　　　　　　Fax: (404) 815-2424
　　　　　　　　　　　　　　　　　　　　kwhitner@paulhastings.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Live Nation
　　　　　　　　　　　　　　　　　　　　Entertainment, Inc. and Ticketmaster L.L.C.*