**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | ) ) ) ) ) | MDL NO. 3126 |

## ERRATA

PLEASE TAKE NOTICE that Sharon Wenze hereby respectfully submits this notice of errata in the Notice of Related Action.

Corrected Notice of Related Action and Amended Proof of Service are attached.

Dated: August 27, 2024

                Respectfully submitted,

                */s/ Cari Campen Laufenberg*
                Cari Campen Laufenberg
                **KELLER ROHRBACK L.L.P.**
                1201 Third Avenue
                Suite 3400
                Seattle, WA 98101
                Tel: (206) 623-1900
                Fax: (206) 623-3384
                claufenberg@kellerrohrback.com

                *Counsel for Plaintiff Sharon Wenze*