BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL NO. 3126 |

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel for Plaintiff Alex Petroski in *Alex Petroski v. AT&T, Inc, AT&T Mobility LLC, and Snowflake, Inc.,* Case No. 2:24-cv-00090-BMM (D. Mont.), writes to notify the Panel of the potential "tag-along action" listed on the attached Schedule of Action, in which the undersigned counsel also appears. Because the listed action involves common questions of fact with actions on the motion to transfer pending before the Panel, it is a "related action" for purposes of these proceedings.

A docket sheet and complaint are attached as Exhibit A.

Dated:  August 27, 2024

Respectfully submitted,

*/s/ James J. Pizzirusso*
James J. Pizzirusso
HAUSFELD LLP
888 16th Street, Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeld.com

Steven M. Nathan
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646)357-1100
snathan@hausfeld.com

A. Clifford Edwards
Triel D. Culver
EDWARDS & CULVER
1648 Poly Drive, Suite 206
Billings, Montana 59102
Tel: (406) 256-8155
nicole.carson@edwardslawfirm.org
triel@edwardslawfirm.org

*Attorneys for Plaintiff Alex Petroski*