BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL No. 3126 |

**RESPONSE OF ADAM LEVY IN SUPPORT OF MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF MONTAN FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Adam Levy[1], by and through his undersigned counsel, submits this Response in Support of Plaintiff Emmanuel Chaidez's Motion for Transfer and Centralization of Related Actions (*see* Dkt. No. 1) ("Motion") to the District of Montana pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings. As set forth in Plaintiff Emmanuel Chaidez's Motion and accompanying Brief, this case is a "hub-and-spoke" data breach (*see* Dkt. No. 1-1 at 1), in which one entity, in this case Snowflake, Inc., the "hub", experienced a data breach, which in turn affected the customers of several other entities, the "spokes" (including Advance Auto Parts, AT&T, Neiman Marcus, Ticketmaster).

In similar data breach cases, the Panel has consolidated all actions and all of the defendants into one district. *See In re MOVEit Customer Data Sec. Breach Litigation,* MDL No. 3083, 2023 U.S. Dist. LEXIS 178596, at *7 (J.P.M.L. Oct. 4, 2023) (holding that ""[a]lthough no single defendant is named in all cases, we are of the opinion that the parties can obtain significant efficiencies by placing all actions concerning the vulnerabilities in the MOVEit software before a single judge"); *In re Fortra File Transfer Software Data Sec. Breach Litigation*, MDL No. 3090,

---

[1] Adam Levy is the lead Plaintiff in the action "Levy v. Advance Stores Company, Inc.", Case No, 5:24-cv-00404, pending in the Eastern District of North Carolina.

2024 U.S. Dist. LEXIS 20080, at *3 (J.P.M.L. Feb. 5, 2024) (noting that some parties preferred to maintain separate actions, in separate districts, against separate entities, but stating, "we view centralization as creating more efficiencies and requiring the management efforts of many fewer judges to establish a pretrial structure, facilitate coordination across districts, and make procedural and substantive rulings"); *In re Perry Johnson & Assocs. Med. Transcription Data Sec. Breach Litigation*, MDL No. 3096, 2024 U.S. Dist. LEXIS 20083, at *5 (J.P.M.L. Jan. 30, 2024) (holding "[i]t is beneficial at this early stage of litigation to include all claims against all defendants involved in this data breach"). This case similar to these other hub-and-spoke data breach cases, therefore, centralization of all actions against all defendants would be the most logical solution to avoid duplicate discovery and advance the pretrial proceedings in an organized manner.

Plaintiff Levy agrees with Mr. Chaidez that the numerous overlapping cases should be transferred to a single district for pretrial proceedings and that the District of Montana is the most appropriate transferee district. Since Snowflake is the "hub" that is the common actor in these related cases, and its headquarters are in Montana, most of the evidence will also be central to Montana. The District's central location, nexus to the lawsuits, and ability to handle an MDL, among various other reasons, all favor centralization in the District of Montana. Accordingly, Plaintiff Adam Levy respectfully requests that the Panel centralizes all actions relating to the Data Breach to the District of Montana.

Dated: August 27, 2024

                        Respectfully submitted,

                        */s/ Karl S. Gwaltney*
                        KARL S. GWALTNEY
                        **MAGINNIS HOWARD**
                        7706 Six Forks Road, Suite 101

Raleigh, NC 27615
Telephone: 919-526-0450
Fax: 919-882-8763
kgwaltney@carolinalaw.com

*Attorney for Plaintiff Adam Levy*