**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL DOCKET NO.: 3126 |

## PROOF OF SERVICE

Pursuant to Judicial Panel on Multidistrict Litigation Rule 4.1(a), I, Karl S. Gwaltney, an attorney for Plaintiff in the matter *Levy v. Advance Auto Parts, Inc.,* Case No. 5:24-cv-404, (USDC Eastern District of North Carolina), hereby certify that on August 27, 2024, I caused a copy of the attached **Response in Support of Motion to Transfer** to be filed electronically with the Court Clerk's Office using the Court's CM/ECF electronic filing system, and which will cause to be served upon all counsel in this action who accept electronic service.

Dated: August 27, 2024

Respectfully submitted,
*/s/ Karl S. Gwaltney*
KARL S. GWALTNEY (N.C. State Bar No. 45118)
MAGINNIS HOWARD
7706 Six Forks Road, Suite 101
Raleigh, NC 27615
Telephone: 919-526-0450
kgwaltney@carolinalaw.com

*Counsel for Plaintiff Adam Levy*