**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | )  MDL NO. 3126 )  )  )  ) |

**INTERESTED PARTY RESPONSE OF PLAINTIFF SHARON WENZE TO MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF MONTANA PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

For the reasons set forth in Plaintiff LeDuc Montgomery's response in support of the motion to transfer filed by Plaintiff-Movant Emmanuel Chaidez ("LeDuc Montgomery Response", Dkt. 104), Plaintiff Sharon Wenze concurs with and joins the LeDuc Montgomery Response.

Dated: August 28, 2024

Respectfully submitted,

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue
Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com

***Counsel for Plaintiff Sharon Wenze***