**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| IN RE SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 3126 |
|---|---|

## CERTIFICATE OF SERVICE (AMENDED)

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on August 29, 2024, a copy of the foregoing document was filed and served electronically through the CM/ECF system on all counsel of record, and has been served by U.S. mail on the following party:

>LendingTree, LLC
>1415 Vantage Park Drive, Suite 700
>Charlotte, North Carolina 28203

In addition, the following counsel for Advance Auto Parts, Inc. was served by email for case DE/1:24-960:

>Kelly Margolis Dagger
>Ellis & Winters, LLP
>P.O. Box 33550
>Raleigh, NC 27636
>Email: kelly.dagger@elliswinters.com

Dated: August 29, 2024

>Respectfully submitted,
>
>*/s/ Jeff Ostrow*
>Jeff Ostrow
>**KOPELOWITZ OSTROW P.A.**
>One West Las Olas Blvd., Suite 500
>Fort Lauderdale, FL 33301
>Telephone: (954) 332-4200
>Email: ostrow@kolawyers.com
>
>*Counsel for Plaintiff Emmanuel Chaidez*
>(*Chaidez v. Snowflake, Inc.*, No. 2:24-cv-00050 (D. Mont.))