BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL No. 3126 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on August 29th, 2024, I electronically filed the foregoing "PLAINTIFFS CHARLES MCGEE AND GREGORY VOGEL'S RESPONSE IN SUPPORT OF MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF MONTANA PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS" using the Panel's CM/ECF system, which will send a service copy to all registered parties in the action through their counsel's associated email addresses. I further caused true and correct copies of the filing to be served on the following parties via first-class U.S. Mail as Counsel has not yet appeared in the Panel's CM/ECF system:

Kelly Margolis Dagger
Thomas H. Segars
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, North Carolina. 27636
DEFENDANT ADVANCE AUTOPARTS, INC.
and ADVANCE STORES COMPANY, INCORPORATED

This the 29th day of August, 2024.

/s/ Joel R. Rhine
Joel R. Rhine