BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL No. 3126 |

**PLAINTIFF CHARLES MCGEE AND GREGORY VOGEL'S MOTION FOR LEAVE TO FILE RESPONSE IN SUPPORT OF MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF MONTANA PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

NOW COMES Plaintiff Gregory Vogel, who filed the action *Vogel v. Advance Auto Parts, Inc*. 5:24-cv-00361 (the "Vogel Action") (collectively the "Responding Plaintiffs"), and Plaintiff Charles McGee, who filed the action *McGee v. Advance Auto Parts, Inc.*, 5:24-cv-00352 (the "McGee Action") (collectively the "Responding Plaintiffs") and respectfully submit this Motion for Leave pursuant to the Panel's Minute Order entered on August 29, 2024.

On August 27, 2024, Attorneys Klinger, Rhine and Zimmerman were appointed to leadership in In re: Advance Stores Company, Incorporated, Data Breach Litigation (5:24-cv-00352) (Doc. 33) and required additional time to respond to Plaintiffs' Motion. Additionally, on August 29, 2024, the Court entered a minute order allowing a response from the Lead Counsel and the Executive and Steering Committees for the putative classes in In re: AT&T, Inc. Customer Data Security Breach Litigation, No. 3:24-md-03114-E (N.D. Tex.) (MDL No. 3114). The Minute Order states: "[t]he responses will be accepted for filing as the record indicates that appointment of leadership in MDL No. 3114 occurred only two weeks ago and there is good cause for the

1

minimal delay." Here, the same applies. There is minimal delay and no party will be unduly prejudiced by the Panel's acceptance of this Response.

**WHEREFORE** Responding Plaintiffs respectfully requests the Court **GRANT** this Motion and accept Responding Plaintiff's Response brief filed on August 29, 2024. (Doc. 140).

/s/ Joel R. Rhine
Joel R. Rhine (16028)
Ruth A. Sheehan (48069)
John A. Bruno (54775)
Rhine Law Firm, P.C.
1612 Military Cutoff, Suite 300
Wilmington, NC 28403
 (910) 772-9960
jrr@rhinelawfirm.com
ras@rhinelawfirm.com
jab@rhinelawfirm.com

Gary M. Klinger
Milberg Coleman Bryson Philips Grossman, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois
(847) 208-4585
GKlinger@milberg.com

Marc E. Dann (Ohio Bar No. 0039425)*
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
Phone: (216) 373-0539
notices@dannlaw.com

Thomas A. Zimmerman, Jr.*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Phone: (312) 440-0020
tom@attorneyzim.com