# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __3126__ & TITLE - IN RE: Snowflake Data Security Breach Litigation

**1.   Oral Argument** – Check ONE of the following boxes:

[✔] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

> Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

[ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

**2.   Position on Centralization** – Check ONE of the following boxes:

[ ] Support Centralization

[✔] Oppose Centralization

[ ] Other _____

**3.   Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

District of Delaware or Central District of California

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:
   See Attached List

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:
   See Attached List

7. **Name and Address of Attorney Designated to Present Oral Argument**:

   Steven A. Schwartz
   Name

   Chimicles Schwartz Kriner & Donaldson Smith LLP
   361 W. Lancaster Avenue
   Law Firm

   Haverford                                   PA
   City                                        State

   Telephone No.: 610-642-8500

   Email Address: sas@chimicles.com

   8/29/2024          Steven A. Schwartz          [signature: Steven A. Schwartz]
   Date               Printed Name                Authorized Signature

**PARTIES REPRESENTED**

Plaintiffs Jodi Caballero, Owen Conlan, Bryan Curtis, Kelley Davis, Charles Fitzgerald, Brendan Healy, Chris Rippel, and Michael Walters; Plaintiff Terry Neblock; and Plaintiff Jamillah Sherman

**SHORT CASE CAPTIONS**

*Caballero, et al. v. Live Nation Entertainment, Inc and Ticketmaster*LLL, Case No. 2:24-cv-04625-JFW-PVC (C.D. Cal.);

*Neblock v. Advance Auto Parts, Inc.*, Case No. 1:24-cv-00960 (D. Del.); and

*Sherman v. The Neiman Marcus Group LLC*, Case No. 1:24-cv-00959 (D. Del.)

# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br>SNOWFLAKE, INC., DATA SECURITY<br>BREACH LITIGATION | MDL No. 3126 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance for Plaintiffs Jodi Caballero, Owen Conlan, Bryan Curtis, Kelley Davis, Charles Fitzgerald, Brendan Healy, Chris Rippel and Michael Walters, in the matter of *Jodi Caballero, et al. v. Live Nation Entertainment, Inc., and Ticketmaster, LLC*, Case No. 2:24-cv-04625-JFW-PVC (C.D. Cal.); Plaintiff Terry Neblock in the mattter of *Neblock v. Advance Auto Parts, Inc.*, Case No. 1:24-cv-00960 (D. Del.); and Plaintiff Jamillah Sherman in the matter of *Sherman v. The Neiman Marcus Group LLC*, Case No. 1:24-cv-00959 (D. Del.), was served upon counsel of record in this CM/ECF System on this August 29, 2024.

                                                                      *Steven A. Schwartz*
                                                                       Steven A. Schwartz