BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL NO. 3126 |

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel for Plaintiff Raven Richardson in *Raven Richardson v. Advance Stores Company, Incorporated, et al.,* Case No. 5:24-cv-00488-BO (E.D.N.C.), writes to notify the Panel of the potential "tag-along action" listed on the attached Schedule of Action, in which the undersigned counsel also appears. Because the listed action involves common questions of fact with actions on the motion to transfer pending before the Panel, it is a "related action" for purposes of these proceedings.

A docket sheet and complaint are attached as Exhibit A.

Dated:  August 30, 2024

Respectfully submitted,

*/s/ James J. Pizzirusso*
James J. Pizzirusso
HAUSFELD LLP
888 16th Street, Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeld.com

Steven M. Nathan
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646)357-1100
snathan@hausfeld.com

David M. Wilkerson  
THE VAN WINKLE LAW FIRM  
11 N. Market Street  
Ashville, NC 28801  
Tel: (828) 258-2991  
dwilkerson@vwlawfirm.com

*Attorneys for Plaintiff Raven Richardson*