BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE DATA BREACH LITIGATION | MDL NO. 3126 |

## MOTION FOR LEAVE TO FILE INTERESTED PARTY RESPONSE IN SUPPORT OF MOTION TO TRANSFER AND CONSOLIDATE ACTIONS PURSUANT TO 28 U.S.C. § 1407

Pursuant to this Panel's Minute Order dated August 29, 2024 (MDL 3126, Doc. 136), Interested Party Christopher M. Brain ("Plaintiff") – the Plaintiff in *Brain v. Live Nation Entertainment, Inc., et al.*, Case No. 2:24-cv-06125, pending in the United States District Court for the Central District of California (the "California Action") – submits this Motion for Leave to file an Interested Party Response in Support of Motion to Transfer and Consolidate Actions Pursuant to 28 U.S.C. § 1407 (the "Motion"), attached hereto as **Exhibit A**.

Plaintiff was identified as a potential tag-along action on August 21, 2024 (MDL 3126, Doc. 101); one of the last 'Ticketmaster-spoke' cases to be tagged in this MDL. In the following week, Plaintiff's counsel has been familiarizing itself with the MDL to date, the present motion to transfer, and assessing whether to support or oppose consolidation and transfer, in addition to keeping abreast of the developments regarding the consolidation and appointment of lead counsel in *Ryan v. Ticketmaster LLC, et al.*, Case No. 2:24-cv-04482-SPG-JC (C.D. Cal.).

In light of the foregoing factors, Plaintiff requests that the Panel permit and consider Plaintiff's Interested Party Response.

DATED: August 30, 2024   By:   */s/ Gregory M. Egleston*
Gregory M. Egleston
**GAINEY McKENNA & EGLESTON**
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: gegleston@gme-law.com

*Attorneys for Plaintiff*

1