**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL NO. 3126 |

## WITHDRAWAL OF FILING

Plaintiffs Charles McGee and Gregory Vogel hereby withdraw Docket Entry #142, per order of the Clerk.

Dated:  September 3, 2024                                Respectfully submitted,

/s/ Joel R Rhine
Joel R. Rhine (16028)
Ruth A. Sheehan (48069)
John A. Bruno (54775)
Rhine Law Firm, P.C.
1612 Military Cutoff, Suite 300
Wilmington, NC 28403
(910) 772-9960
jrr@rhinelawfirm.com
ras@rhinelawfirm.com
jab@rhinelawfirm.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Marc E. Dann (Ohio Bar No. 0039425)*
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
Phone: (216) 373-0539
notices@dannlaw.com

Thomas A. Zimmerman, Jr.*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, IL  60602
Phone: (312) 440-0020
tom@attorneyzim.com