**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | ) ) ) ) MDL No. 3126 |

**NOTICE OF RELATED ACTION**

In accordance with Judicial Panel on Multidistrict Litigation Rule of Procedure 6.2(d), Plaintiffs Christina Fordham, Allen Gaters, and Angela Haughton write to notify the Panel of the following related class action: *Fordham v. Snowflake Inc.*, Case No. 2:24-cv-00092-BMM (D. Mont.). Because the listed action involves common questions of fact with actions on the motion to transfer pending before the Panel, it is a "related action" for purposes of these proceedings. The complaint and docket sheet are attached as Exhibit A.

Dated: September 3, 2024                                                Respectfully submitted,

/s/ Lesley E. Weaver
Lesley E. Weaver
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

***Counsel for Plaintiffs Christina Fordham, Allen Gaters, and Angela Haughton***