# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __3126__ & TITLE - IN RE: Snowflake, Inc., Data Security Breach Litigation

1. **Oral Argument** – Check ONE of the following boxes:

   [✓] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

   > Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

   Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

2. **Position on Centralization** – Check ONE of the following boxes:

   [ ] Support Centralization

   [ ] Oppose Centralization

   [✓] Other  No position; Defendants reserve the right to move to compel arbitration

3. **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

   No position; Defendants reserve the right to, and likely will, move to compel arbitration

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:

   See attached list

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:

   See attached list

7. **Name and Address of Attorney Designated to Present Oral Argument**:

   William K. Whitner
   Name

   Paul Hastings LLP
   Law Firm

   Atlanta                             GA
   City                                State

   Telephone No.: (404) 815-2228

   Email Address: kwhitner@paulhastings.com

| September 3, 2024 | William K. Whitner | /s/ William K. Whitner |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (12/15)

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE SNOWFLAKE, INC. DATA  MDL Docket No. 3126
SECURITY BREACH LITIGATION

## ATTACHMENT TO NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

**Item 1 (Oral Argument):** Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. ("Defendants") respectfully submit this explanation of their response to this item. As stated in their Response to the Motion (MDL Dkt. 101), Defendants take no position on the Motion and note that they reserve the right to, and anticipate they likely will, file a motion to compel arbitration in the cases to which they are party. Defendants' counsel thus intends to appear at the hearing and will be available to respond to any questions by the Panel or to respond as necessary to the comments of other parties, but Defendants do not otherwise plan to affirmatively present oral argument at the September 26, 2024 hearing.

**Item 5 (Parties Represented) and Item 6 (Short Case Caption(s)):** Please see the below table.

| Short Case Caption | Court | Civil Action No. | Parties Represented |
|---|---|---|---|
| *Ryan, et al. v. Ticketmaster, LLC, et al.* | Central District of California | 2:24-cv-04482 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| *Getman, et al. v. Ticketmaster, LLC, et al.* | Central District of California | 2:24-cv-04580 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |

| | | | |
|---|---|---|---|
| *Caballero, et al. v. Live Nation Entertainment, Inc., et al.* | Central District of California | 2:24-cv-04625 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| *Dupreez v. Ticketmaster, LLC., et al.* | Central District of California | 2:24-cv-04659 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| *Poluk v. Ticketmaster, L.L.C., et al.* | Central District of California | 2:24-cv-04671 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| *Burns v. Ticketmaster, LLC, et al.* | Central District of California | 2:24-cv-04674 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| *Anderson, et al. v. Ticketmaster LLC, et al.* | Central District of California | 2:24-cv-04709 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| *Xian v. Ticketmaster, LLC, et al.* | Central District of California | 2:24-cv-04726 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| *Curry, et al. v. Ticketmaster, LLC, et al.* | Central District of California | 2:24-cv-04773 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |

| *Blake, et al. v. Ticketmaster, LLC, et al.* | Central District of California | 2:24-cv-04973 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| --- | --- | --- | --- |
| *Spencer, et al. v. Ticketmaster, LLC, et al.* | Central District of California | 2:24-cv-05760 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| *Miller v. Ticketmaster, LLC, et al.* | Central District of California | 2:24-cv-05867 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| *Dickey-Johnson, et al. v. Ticketmaster, LLC, et al.* | Central District of California | 2:24-cv-06940 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| *Brain v. Live Nation Entertainment, Inc., et al.* | Central District of California | 2:24-cv-06125 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| *Howitt v. Ticketmaster, LLC, et al.* | Central District of California | 2:24-cv-06530 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |
| *Yarbough, et al. v. Ticketmaster, LLC, et al.* | Central District of California | 2:24-cv-06604 | Ticketmaster L.L.C. (Defendant) *and* Live Nation Entertainment, Inc. (Defendant) |

| | | | |
|---|---|---|---|
| *Rason v. Snowflake Inc., et al.* | District of Montana | 2:24-cv-00076 | Ticketmaster L.L.C. (Defendant) |

Dated this 3rd day of September 2024.

*/s/ William K. Whitner*
William K. Whitner
PAUL HASTINGS LLP
1170 Peachtree Street N.E., Suite 100
Atlanta, GA 30309
Tel: (404) 815-2400
Fax: (404) 815-2424
kwhitner@paulhastings.com

*Attorney for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*
