## BEFORE THE UNITED STATES JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SNOWFLAKE DATA BREACH LITIGATION | MDL Docket No. 3126 |

### AMENDED CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Presentation were electronically filed with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system and was served on all parties via CM/ECF, with the exception of LendingTree, LLC, which was served on September 3, 2024 via email, per agreement of the parties.

DATED: September 3, 2024

By: /s/ *Stephen A. Broome*
Stephen A. Broome
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
stephenbroome@quinnemanuel.com