## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|   |   |   |
|---|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | ) ) ) ) | MDL No. 3126 |

**INTERESTED PARTY RESPONSE OF PLAINTIFFS CHRISTINA FORDHAM, ALLEN GATERS, AND ANGELA HAUGHTON TO MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF MONTANA PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Judicial Panel on Multidistrict Litigation Rule of Procedure 6.2(e), Plaintiffs Christina Fordham, Allen Gaters, and Angela Haughton ("Plaintiffs") in the action *Fordham v. Snowflake Inc.*, Case No. 2:24-cv-00092-BMM, filed in the U.S. District Court for the District of Montana, respectfully submit the following response in support of Movant Emmanuel Chaidez's motion for transfer and centralization of the actions listed in the Schedule of Actions (ECF No. 3) and any subsequently filed tag-along actions (collectively, the "Related Snowflake Actions") to the District of Montana for coordinated or consolidated pretrial proceedings.

The Related Snowflake Actions arise from the same common nucleus of operative facts: the targeting of Snowflake Inc. by cybercriminals, which resulted in the April 2024 exfiltration of data from an estimated 165 of Snowflake client accounts. Cybersecurity firm Mandiant and Snowflake have notified approximately 165 Snowflake clients—including AT&T, Ticketmaster, Advance Auto Parts, QuoteWizard—that their customer instances were potentially exposed. As such, transfer and consolidation of the Related Snowflake Actions to the United States District Court for the District of Montana would promote the just and efficient conduct of such actions, including by conserving judicial and party resources by preventing duplicative discovery,

1

conflicting pretrial rulings and transferring the Related Snowflake Actions to the most appropriate and convenient forum for coordination or consolidation.

Dated: September 3, 2024                                       Respectfully submitted,

*/s/ Lesley E. Weaver*
Lesley E. Weaver
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

***Counsel for Plaintiffs Christina Fordham, Allen Gaters, and Angela Haughton***