# BEFORE THE UNITED STATES JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SNOWFLAKE DATA BREACH LITIGATION | **MDL Docket No. 3126** |

## SECOND AMENDED CERTIFICATE OF SERVICE

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Presentation were electronically filed with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system and was served on all parties via CM/ECF with the exception of LendingTree. LendingTree was served September 3, 2024 via email, per agreement of the parties on counsel, Paul Werner of Sheppard Mullin, at PWerner@sheppardmullin.com.

DATED: September 4, 2024

By:   /s/ Stephen A. Broome

Stephen A. Broome
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
Email: stephenbroome@quinnemanuel.com