**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL Docket No. 3126 |

**NOTICE OF RELATED ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants LendingTree, LLC and QuoteWizard.com, LLC, hereby notify the Clerk of the related action pending in federal district court and listed on the attached Schedule of Action:

*Macom v. LendingTree, LLC, et al.*, No. 3:24-cv-00802 (W.D.N.C.)

The docket sheet and complaint are attached hereto as Exhibit A.

Dated: September 5, 2024

Respectfully submitted,

/s/ *Paul A. Werner*
Paul A. Werner
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Tel: (202) 747-1900
Fax: (202) 747-1901
pwerner@sheppardmullin.com

*Counsel for Defendants LendingTree, LLC and QuoteWizard.com, LLC*