BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE SNOWFLAKE, INC. DATA  MDL Docket No. 3126
SECURITY BREACH LITIGATION

## AMENDED CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned attorney hereby certifies that, on September 5, 2024, copies of the foregoing Notice of Related Action (ECF No. 175), Corporate Disclosure Statement (ECF No. 176), and Corrected Corporate Disclosure Statement (ECF No. 177) were filed and served electronically upon counsel of record.

Copies of the aforementioned documents were also served by email on September 9, 2024, on the following counsel:

| | |
|---|---|
| John Heenan<br>HEENAN & COOK<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>Tel: (406) 839-9091<br>John@lawmontana.com<br><br>Kevin Laukaitis<br>LAUKAITIS LAW LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, P.R. 00907<br>Tel: (215) 789-4462<br>klaukaitis@laukaitislaw.com | Counsel for Plaintiff in *Nader v. LendingTree, LLC*, 2:24-cv-00079 (D. Mont.) |
| David M. Wilkerson<br>THE VAN WINKLE LAW FIRM<br>11 N. Market Street<br>Asheville, NC 28801<br>Tel: (828) 258-2991<br>dwilkerson@vwlawfirm.com | Counsel for Plaintiff in *Macom v. LendingTree, LLC*, 3:24-cv-00802 (W.D.N.C.) |

| | |
|---|---|
| James J. Pizzirusso<br>HAUSFELD LLP<br>888 16th Street, N.W., Suite 300<br>Washington, D.C. 20006<br>Tel: (202) 540-7200<br>jpizzirusso@hausfeld.com<br><br>Steven M. Nathan<br>Hausfeld LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Tel: (646) 357-1100<br>snathan@hausfeld.com | |
| Stephen A. Broome<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>stephenbroome@quinnemanuel.com | Counsel for Defendant Snowflake, Inc. |

Dated: September 9, 2024

Respectfully submitted,

/s/ *Paul A. Werner*
Paul A. Werner
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Tel: (202) 747-1900
Fax: (202) 747-1901
pwerner@sheppardmullin.com

*Counsel for Defendants LendingTree, LLC and QuoteWizard.com, LLC*