# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __3126__ & TITLE - IN RE: __Snowflake, Inc., Data Security Breach Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

*Macom v. QuoteWizard.com, LLC, et al.*, No. 3:24-cv-00802 (W.D.N.C.)

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __QuoteWizard.com, LLC__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[X] This party's parent corporation(s) are listed below:

LendingTree, LLC is the parent of QuoteWizard.com, LLC. LT Intermediate Company, LLC is the parent of LendingTree, LLC. LendingTree, Inc. is the parent corporation of LT Intermediate Company, LLC.

[X] The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

LendingTree, Inc.

**OR**

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_[signature]_                                     Sheppard, Mullin, Richter & Hampton LLP
Signature of Attorney                              Name of Firm

2099 Pennsylvania Avenue NW, Suite 100             Washington, DC 20006-6801
Address                                            City/State/Zip Code

Date  09/09/2024

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement.
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO.)
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

## CASE CAPTION LIST

1. *Nader v. LendingTree, LLC, et al.*, 2:24-cv-00079 (D. Mont.)
2. *Macom v. LendingTree, LLC, et al.*, 3:24-cv-00802 (W.D.N.C.)