BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL Docket No. 3126 |

## NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rule of Procedure 6.2(d), Plaintiff Mari Miller writes to notify the Panel of the following related class action: *Miller v. Snowflake Inc. et al.*, No. 2:24-cv-94 (D. Mont). Because the listed action involves common questions of fact with actions on the motion to transfer pending before the Panel, it is a "related action" for purposes of these proceedings. The complaint and docket sheet are attached as Exhibit A.

Dated this 12th day of September, 2024.

/s/ Jason L. Lichtman

Jason L. Lichtman
LIEFF CABRASER HEIMANN & BERNSTEIN
250 Hudson Street, 8th Floor
New York, NY 10013-1413
(212)355-9500
jlichtman@lchb.com

*Attorney for Plaintiff Mari Miller and the Proposed Class*

3095002.1