BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Snowflake, Inc., Data
Security Breach Litigation.                             MDL No. **3126**

NOTICE OF WITHDRAWAL OF
APPEARANCE FOR ORAL ARGUMENT

TO THE COURT AND TO COUNSEL OF RECORD FOR ALL PARTIES:

PLEASE TAKE NOTICE that **JOHN HEENAN** hereby respectfully provides Notice of Withdrawal of Appearance for Oral Argument.

DATED this 13th day of September, 2024.

Respectfully submitted,

*/s/ John Heenan*
John Heenan
John@lawmontana.com
**HEENAN & COOK**
1631 Zimmerman Trail
Billings, Montana 59102
Tel: (406) 839-9091