BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL DOCKET NO 3126 |
|---|---|

**AMENDED CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rule of Procedure for the United States Judicial Panel on Multidistrict Litigation. I hereby certify that on September 13, 2024, a true and correct copy of the Notice of Appearance (Doc. 167) and Notice of Presentation of Oral Argument (Doc. 168) were served on counsel for LendingTree, LLC, through Paul Anthony Werner III, of Sheppard Mullin Richter & Hampton, LLP, 2099 Pennsylvania Avenue Northwest, Ste. 100, Washington, D.C., 20006, via electronic mail at pwerner@sheppardmullin.com.

DATED this 13th day of September 2024.

Respectfully Submitted,

/s/John Heenan
John Heenan
Heenan & Cook
1631 Zimmerman Trail
Billings, MT 59102
Tel: 406-839-9091
Email: john@lawmontana.com