## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: Snowflake, Inc., Data
Security Breach Litigation.                    MDL No. <u>3126</u>

## <u>AMENDED PROOF OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure for the Unites States

Judicial Panel on Multidistrict Litigation, I hereby certify that on September 13,

2024, a copy of the Notice of Withdrawal of Appearance for Oral Argument (Doc.

185) was filed and served electronically through CM/ECF system on the

following counsel:

| | |
|---|---|
| Yana A. Hart<br>Clarkson Law Firm PC<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: yhart@clarksonlawfirm.com<br><br>Ryan J. Clarkson<br>Clarkson Law Firm PC<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: rclarkson@clarksonlawfirm.com<br><br>Steven A Schwartz<br>Chimicles Schwartz Kriner and<br>Donaldson- | *Counsel for Plaintiffs Cynthia Ryan and Rosalia Garcia* |

| | |
|---|---|
| Smith LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041-0100<br>610-642-8500<br>Fax: 610-649-3633<br>Email: sas@chimicles.com<br><br>Tiara Avaness<br>Clarkson Law Firm, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: tavaness@clarksonlawfirm.com | |
| Eric D. Stolze<br>Paul Hastings LLP<br>1170 Peachtree Street, N.E., Suite 100<br>Atlanta, GA 30309<br>404-815-2400<br>Fax: 404-815-2424<br>Email: ericstolze@paulhastings.com<br><br>James Michael Pearl<br>Paul Hastings LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071-2228<br>213-683-6000<br>Fax: 213-627-0705<br>Email: jamespearl@paulhastings.com<br><br>Raymond W. Stockstill<br>Paul Hastings LLP<br>515 South Flower Street<br>Los Angeles, CA 90071-2228<br>213-683-6000<br>Fax: 213-627-0795<br>Email: beaustockstill@paulhastings.com<br><br>William K Whitner | *Counsel for Ticketmaster, LLC* |

| | |
|---|---|
| Paul Hastings LLP<br>1170 Peachtree Street, N.E., Suite 100<br>Atlanta, GA 30309<br>404-815-2400<br>Fax: 404-815-2424<br>Email: kwhitner@paulhastings.com<br><br>Catherine G. Bryan<br>CONNELL FOLEY<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, 19TH FLOOR<br>NEWARK, NJ 07102<br>973.436.5800<br>Fax: 973.436-5801<br>Email: cbryan@connellfoley.com<br><br>D. Scott Carlton<br>Paul Hastings LLP<br>515 South Flower Street 25th Floor<br>Los Angeles, CA 90071<br>213-683-6000<br>Fax: 213-627-0705<br>Email: scottcarlton@paulhastings.com | |
| Eric D. Stolze<br>Paul Hastings LLP<br>1170 Peachtree Street, N.E., Suite 100<br>Atlanta, GA 30309<br>404-815-2400<br>Fax: 404-815-2424<br>Email: ericstolze@paulhastings.com<br><br>James Michael Pearl<br>Paul Hastings LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071-2228<br>213-683-6000<br>Fax: 213-627-0705<br>Email: jamespearl@paulhastings.com | *Counsel for Live Nation Entertainment, Inc.* |

| | |
|---|---|
| Raymond W. Stockstill<br>Paul Hastings LLP<br>515 South Flower Street<br>Los Angeles, CA 90071-2228<br>213-683-6000<br>Fax: 213-627-0795<br>Email: beaustockstill@paulhastings.com<br><br>William K Whitner<br>Paul Hastings LLP<br>1170 Peachtree Street, N.E., Suite 100<br>Atlanta, GA 30309<br>404-815-2400<br>Fax: 404-815-2424<br>Email: kwhitner@paulhastings.com<br><br>D. Scott Carlton<br>Paul Hastings LLP<br>515 South Flower Street 25th Floor<br>Los Angeles, CA 90071<br>213-683-6000<br>Fax: 213-627-0705<br>Email: scottcarlton@paulhastings.com<br><br>Catherine G. Bryan<br>CONNELL FOLEY<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, 19TH FLOOR<br>NEWARK, NJ 07102<br>973.436.5800<br>Fax: 973.436-5801<br>Email: cbryan@connellfoley.com | |
| David Binder Jonelis<br>Lavely and Singer PC<br>2049 Century Park East Suite 2400<br>Los Angeles, CA 90067-2906<br>310-556-3501<br>Email: djonelis@lavelysinger.com | *Counsel for Plaintiffs Jodi Caballero,*<br>*Bryan Curtis, Kelley Davis, Charles Fitzgerald, Brendan Healy, Chris Rippel, Michael Walters, and Owen Conlan* |

Alex M. Kashurba
Chimicles Schwartz Kriner and
Donaldson-
Smith LLP
361 W. Lancaster Avenue
Haverford, PA 19041
610-642-8500
Email: amk@chimicles.com

Beena M. McDonald
Chimicles Schwartz Kriner and
Donaldson-
Smith LLP
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500
Fax: 610-649-3633
Email: bmm@chimicles.com

James J Rosemergy
Carey Danis and Lowe
8235 Forsyth Boulevard, Suite 1100
St Louis, MO 63105
314-725-7700
Fax: 314-721-0905
Email: jrosemergy@careydanis.com

Marissa Pembroke
Chimicles Schwartz Kriner and
Donaldson-
Smith LLP
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500
Fax: 610-649-3633
Email: mnp@chimicles.com

Steven A Schwartz

| | |
|---|---|
| Chimicles Schwartz Kriner and Donaldson-Smith LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041-0100<br>610-642-8500<br>Fax: 610-649-3633<br>Email: sas@chimicles.com | |
| Seyed Abbas Kazerounian<br>Kazerouni Law Group APC<br>245 Fischer Avenue Suite D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>Fax: 800-520-5523<br>Email: ak@kazlg.com<br><br>Daniel S. Robinson<br>Robinson Calcagnie Inc<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>949-720-1288<br>Fax: 949-720-1292<br>Email: drobinson@robinsonfirm.com<br><br>Michael Willard Olson<br>Robinosn Calcagnie Inc<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>949-720-1288<br>Fax: 949-720-1292<br>Email: molson@robinsonfirm.com<br><br>Mona Amini<br>Kazerouni Law Group APC<br>245 Fischer Avenue Unit D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>Fax: 800-520-5523<br>Email: mona@kazlg.com | *Counsel for Plaintiff Faisal Moledina* |

| | |
|---|---|
| Siobhan Ellen McGreal<br>Francis Mailman Soumilas<br>1600 Market Street Suite 2510<br>Philadelphia, PA 19103<br>267-679-7058<br>Fax: 215-940-8000<br>Email: smcgreal@consumerlawfirm.com<br><br>James A. Francis<br>Francis Mailman Soumilas PC<br>1600 Market Street, Suite 2510<br>Philadelphia, PA 19103<br>215-735-8600<br>Fax: 215-940-8000<br>Email: jfrancis@consumerlawfirm.com<br><br>Kyle N. Gurwell<br>360 Consumer Law<br>7755 Center Avenue, Suite 1100<br>Huntington Beach, CA 92647<br>562-600-9989<br>Email: kng@lawofficekg.com | *Counsel for Plaintiff Lorie DuPreez* |
| Laura Grace Van Note<br>Cole and Van Note<br>555 12th Street, Suite 2100<br>Oakland, CA 94607<br>510-891-9800<br>Email: lvn@colevannote.com<br><br>Scott Edward Cole<br>Cole and Van Note<br>555 12th Street, Suite 2100<br>Oakland, CA 94607<br>510-891-9800<br>Email: sec@colevannote.com | *Counsel for Plaintiff Corey Poluk* |
| Ryan J. Clarkson | *Counsel for Plaintiff Andrea Burns* |

Clarkson Law Firm PC
22525 Pacific Coast Highway
Malibu, CA 90265
213-788-4050
Fax: 213-788-4070
Email: rclarkson@clarksonlawfirm.com

Yana A. Hart
Clarkson Law Firm PC
22525 Pacific Coast Highway
Malibu, CA 90265
213-788-4050
Fax: 213-788-4070
Email: yhart@clarksonlawfirm.com

Linda P Nussbaum
Nussbaum Law Group PC
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
917-438-9189
Email: lnussbaum@nussbaumpc.com

Lindsey C Grossman
Criden and Love PA
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
305-357-9000
Fax: 305-357-9050
Email: lgrossman@cridenlove.com

Michael E Criden
Criden and Love PA
2020 Salzedo Street Suite 302
Coral Gables, FL 33134
305-357-9000
Fax: 305-357-9050
Email: mcriden@cridenlove.com

Tiara Avaness
Clarkson Law Firm, PC

| | |
|---|---|
| 22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070<br>Email: tavaness@clarksonlawfirm.com | |
| Sabita J. Soneji<br>Tycko and Zavareei LLP<br>1970 Broadway Suite 1070<br>Oakland, CA 94612<br>510-254-6808<br>Email: ssoneji@tzlegal.com<br><br>Annick Marie Persinger<br>Tycko and Zavareei LLP<br>10880 Wilshire Boulevard, Suite 1101<br>Los Angeles, CA 90024-4112<br>510-254-6808<br>Fax: 202-973-0950<br>Email: apersinger@tzlegal.com<br><br>Katherine M. Aizpuru<br>Tycko and Zavareei LLP<br>2000 Pennsylvania Avenue NW., Suite 1010<br>Washington, DC 20006<br>202-973-0900<br>Fax: 202-973-0950<br>Email: kaizpuru@tzlegal.com | *Counsel for Plaintiffs Eric Anderson, Tiffany Moore, and Dekima Thomas* |
| John J. Nelson<br>Milberg Coleman Bryson Phillips Grossman<br>PLLC<br>280 South Beverly Drive, Penthouse<br>Beverly Hills, CA 90212<br>858-209-6941<br>Email: jnelson@milberg.com<br><br>Mason A. Barney | *Counsel for Plaintiff Christina Xian* |

| | |
|---|---|
| Siri and Glimstad LLP<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>212-532-1091<br>Fax: 646-417-5967<br>Email: mbarney@sirillp.com<br><br>Tyler J. Bean<br>Siri and Glimstad LLP<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>646-357-1732<br>Fax: 646-417-5967<br>Email: tbean@sirillp.com | |
| Thomas E. Loeser<br>Cotchett Pitre and McCarthy LLP<br>999 North Northlake Way, Suite 215<br>Seattle, WA 98103<br>206-802-1272<br>Fax: 650-697-0577<br>Email: tloeser@cpmlegal.com<br><br>Karin B Swope<br>Cotchett Pitre and McCarthy LLP<br>999 North Northlake Way Suite 215<br>Seattle, WA 98103<br>206-778-2123<br>Email: kswope@cpmlegal.com | *Counsel for Plaintiffs James Curry and David Freifeld* |
| Eric Marc Poulin<br>Poulin Willey Anastopoulo LLC<br>32 Ann Street<br>Charleston, SC 29403<br>803-222-2222<br>Fax: 843-494-5536<br>Email: eric.poulin@poulinwilley.com<br><br>John C. Bohren<br>Yanni Law APC | *Counsel for Plaintiffs Kimberly Blake and Lamibia Dunham* |

| | |
|---|---|
| 145 South Spring Street, Suite 850<br>Los Angeles, CA 90012<br>619-433-2803<br>Fax: 800-867-6779<br>Email: yanni@bohrenlaw.com<br><br>Paul J Doolittle<br>Poulin Willey Anastopoulo LLC<br>32 Ann Street<br>Charleston, SC 29403<br>843-834-4712<br>Fax: 843-494-5536<br>Email: paul.doolittle@poulinwilley.com<br><br>Seth Little<br>Poulin Willey Anastopoulo LLC<br>32 Ann Street<br>Charleston, SC 29403<br>803-222-2222<br>Fax: 843-494-5536<br>Email: paul.doolittle@poulinwilley.com | |
| John J. Nelson<br>Milberg Coleman Bryson Phillips<br>Grossman<br>PLLC<br>280 South Beverly Drive, Penthouse<br>Beverly Hills, CA 90212<br>858-209-6941<br>Email: jnelson@milberg.com<br><br>Kennedy M. Brian<br>Federman and Sherwood<br>10205 North Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>405-235-1560<br>Fax: 405-239-2112<br>Email: kpb@federmanlaw.com<br><br>William B. Federman | *Counsel for Plaintiffs Shannon Spencer, Gerry McAuley, and Ryan Jossart* |

| | |
|---|---|
| Federman and Sherwood<br>10205 North Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>405-235-1560<br>Fax: 405-239-2112<br>Email: wbf@federmanlaw.com | |
| Jennifer M French<br>Lynch Carpenter, LLP<br>1234 Camino Del Mar<br>Del Mar, CA 92014<br>619-762-1903<br>Fax: 858-313-1850<br>Email: jennf@lcllp.com | *Counsel for Plaintiff Matthew Miller* |
| Vess Allen Miller<br>Cohen and Malad, LLP<br>One Indiana Square<br>Suite 1400<br>Indianapolis, IN 46204<br>317-636-6481<br>Fax: 317-636-2593<br>Email: vmiller@cohenandmalad.com | *Counsel for Plaintiff Alessandra Conte* |
| Brent Michael Kaufman<br>Poulin Willey Anastopoulo, LLC<br>One Glenlake Parkway NE<br>Suite 650<br>C/O Go Big Injury Law<br>Atlanta, GA 30328<br>843-222-2222<br>Email: teamkaufman@poulinwilley.com<br><br>Paul Doolittle<br>Poulin Willey Anastopoulo, LLC - SC<br>32 Ann Street<br>Charleston, SC 29403<br>803-222-2222<br>Email: paul.doolittle@poulinwilley.com | *Counsel for Plaintiff Lori Young* |

| | |
|---|---|
| Paul Doolittle<br>Poulin Willey Anastopoulo, LLC - SC<br>32 Ann Street<br>Charleston, SC 29403<br>803-222-2222<br>Email: paul.doolittle@poulinwilley.com<br><br>Thomas William Sizemore<br>Poulin Willey Anastopoulo, LLC - SC<br>32 Ann Street<br>Charleston, SC 29403<br>803-222-2222<br>Fax: 843-353-1604<br>Email: teamsizemore@poulinwilley.com | *Counsel for Plaintiff Alexis Morgan* |
| Cricket Wireless<br>1025 Lenox Park Blvd., N.E.<br>Atlanta, GA 30319 | *Defendant Cricket Wireless* |
| Bryan Paul Thompson<br>Chicago Consumer Law Center, P.C.<br>650 Warrenville Road<br>Suite 100<br>Lisle, IL 60532<br>312-858-3239<br>Fax: Active<br>Email: bryan.thompson@cclc-law.com | *Counsel for Plaintiff Gary Carr* |
| Kelly Margolis Dagger<br>Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br>919-573-1292<br>Fax: 919-865-7010<br>Email: kelly.dagger@elliswinters.com<br><br>Thomas Hamilton Segars<br>Ellis & Winters<br>P.O. Box 33550<br>Raleigh, NC 27636 | *Counsel for Defendant Advance Auto Parts, Inc.* |

| | |
|---|---|
| 919-865-7000<br>Fax: 919-865-7010<br>Email: tom.segars@elliswinters.com<br><br>Kailin Liu<br>Shook, Hardy & Bacon L.l.p.<br>111 S. Wacker Drive<br>Suite 4700<br>Chicago, IL 60606<br>(312) 704-7700<br>Fax: Not a member<br>Email: kliu@shb.com | |
| William A. Rossbach<br>ROSSBACH LAW, P.C.<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807<br>406-543-5156<br>Fax: 728-8878<br>Email: bill@rossbachlaw.com<br><br>Ryan Clarkson<br>Clarkson Law Firm, P.C.<br>Clarkson Law Firm, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Email: rclarkson@clarksonlawfirm.com<br><br>Yana A. Hart<br>Clarkson Law Firm<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Email: yhart@clarksonlawfirm.com | *Counsel for Plaintiff Jessie Leal* |
| Jeff Ostrow<br>Kopelowitz Ostrow P.A.<br>Florida | *Counsel for Plaintiff Emmanuel Chaidez* |

| | |
|---|---|
| One West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301<br>954-525-4100<br>Fax: 954-525-4300<br>Email: ostrow@kolawyers.com | |
| William A. Rossbach<br>ROSSBACH LAW, P.C.<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807<br>406-543-5156<br>Fax: 728-8878<br>Email: bill@rossbachlaw.com | *Counsel for Plaintiff Maddalena Bowers* |
| William A. Rossbach<br>ROSSBACH LAW, P.C.<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807<br>406-543-5156<br>Fax: 728-8878<br>Email: bill@rossbachlaw.com | *Counsel for Plaintiffs Richard Olivieri and Lauren Woon* |
| Domenic A. Cossi<br>WESTERN JUSTICE ASSOCIATES<br>303 West Mendenhall<br>Suite 1<br>Bozeman, MT 59715<br>406-587-1900<br>Fax: 406-587-1901<br>Email: domenic@westernjusticelaw.com<br><br>Maxwell E. Kirchhoff<br>WESTERN JUSTICE ASSOCIATES<br>303 West Mendenhall<br>Suite 1<br>Bozeman, MT 59715<br>406-587-1900<br>Email: max@westernjusticelaw.com | *Counsel for Plaintiff John Giangiulio* |

| | |
|---|---|
| Jonathan Stephen Mann<br>Pittman, Dutton, Hellums, Bradley &<br>Mann,<br>P.C.<br>2001 Park Place North<br>Suite 1100<br>Birmingham, AL 35203<br>205-322-8880<br>Fax: 205-328-2711<br>Email: jonm@pittmandutton.com | *Counsel for Plaintiffs Nicholas*<br>*Layman and Elaine Cheatwood* |
| David R. Paoli<br>PAOLI LAW FIRM, P.C.<br>257 W. Front Street<br>Missoula, MT 59801<br>406-542-3330<br>Fax: 406-542-3332<br>Email: davidpaoli@paoli-law.com<br><br>Jean Sutton Martin<br>Morgan & Morgan Mass Tort Dept.<br>Morgan & Morgan<br>201 N. Franklin Street 6th Floor<br>33602<br>Tampa, FL 33602<br>813-559-4908<br>Email: jeanmartin@forthepeople.com | *Counsel for Plaintiff Santisha*<br>*Bryant-Booker* |
| Ben Barnow<br>Barnow and Associates, P.C.<br>205 West Randolph Street<br>Ste 1630<br>Chicago, IL 60606<br>312-621-2000<br>Fax: 312-641-5504<br>Email: b.barnow@barnowlaw.com<br><br>John M. Morrison<br>MORRISON, SHERWOOD, WILSON &<br>DEOLA, PLLP | *Counsel for Plaintiff David Hornthal* |

| | |
|---|---|
| 401 N Last Chance Gulch<br>PO Box 557<br>Helena, MT 59624<br>406-442-3261<br>Fax: 406-443-7294<br>Email: John@mswdlaw.com<br><br>Anthony Parkhill<br>Barnow and Associates, P.C.<br>205 W. Randolph Street<br>Ste. 1630<br>Chicago, IL 60606<br>312-621-2000<br>Email: aparkhill@barnowlaw.com<br><br>Riley W. Prince<br>Barnow and Associates, P.C.<br>205 W. Randolph Street<br>Suite 1630<br>Chicago, IL 60606<br>312-621-2000<br>Email: rprince@barnowlaw.com | |
| Bryan L. Bleichner<br>Chestnut Cambronne PA<br>100 Washington Avenue South<br>Suite 1700<br>Minneapolis, MN 55401<br>612-339-7300<br>Fax: 612-336-2940<br>Email:<br>bbleichner@chestnutcambronne.com<br><br>Joel R. Rhine<br>Rhine Martin Law Firm, P.C.<br>1612 Military Cutoff, Suite 300<br>Wilmington, NC 28403<br>910-772-9960<br>Fax: 910-772-9062<br>Email: jrr@rhinelawfirm.com | *Counsel for Plaintiff Charles McGee* |

Amber Love Schubert
Schubert Jonckheer & Kolbe LLP
2001 Union St Ste 200
San Francisco, CA 94123
415-788-4220
Fax: 415-788-0161
Email: aschubert@sjk.law

Charles E. Schaffer
Levin Sedran & Berman
510 Walnut Street
Ste 500
Philadelphia, PA 19106
215-592-1500
Fax: 215-592-4663
Email: cschaffer@lfsblaw.com

John A Bruno
Rhine Law Firm
1612 Military Cutoff Rd
Charlotte, NC 28203
Ste #300,
Wilmington, NC 28403
704-679-9020
Email: jab@rhinelawfirm.com

Marita Isabel Ramirez
Dann Law Firm
OH
15000 Madison Avenue
Lakewood, OH 44107
216-373-0539
Fax: 216-373-0536
Email: mramirez@dannlaw.com

Ruth Sheehan
Rhine Law Firm, PC
NC
1612 Military Cutoff Rd

| | |
|---|---|
| Suite 300<br>Wilmington, NC 28403<br>910-772-9960<br>Email: RAS@rhinelawfirm.com<br><br>Thomas A. Zimmerman , Jr<br>Zimmerman Law Offices, P.C.<br>77 West Washington Street<br>Suite 1220<br>Chicago, IL 60602<br>312-440-0020<br>Email: tom@attorneyzim.com<br><br>Scott C. Harris<br>MILBERG COLEMAN BRYSON<br>PHILLIPS<br>GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>Email: sharris@milberg.com | |
| Scott C. Harris<br>MILBERG COLEMAN BRYSON<br>PHILLIPS<br>GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>Email: sharris@milberg.com | *Counsel for Plaintiff Emmanuel Chaidez* |
| Scott C. Harris<br>MILBERG    COLEMAN    BRYSON<br>PHILLIPS<br>GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000 | *Counsel for Plaintiff Don Smith* |

| | |
|---|---|
| Fax: 919-600-5035<br>Email: sharris@milberg.com | |
| Scott C. Harris<br>MILBERG    COLEMAN    BRYSON<br>PHILLIPS<br>GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>Email: sharris@milberg.com | *Counsel for Plaintiff Dylan J. Dragone* |
| John A Bruno<br>Rhine Law Firm<br>1612 Military Cutoff Rd<br>Charlotte, NC 28203<br>Ste #300,<br>Wilmington, NC 28403<br>704-679-9020<br>Email: jab@rhinelawfirm.com<br><br>Ruth Sheehan<br>Rhine Law Firm, PC<br>NC<br>1612 Military Cutoff Rd<br>Suite 300<br>Wilmington, NC 28403<br>910-772-9960<br>Email: RAS@rhinelawfirm.com<br><br>Thomas A. Zimmerman , Jr<br>Zimmerman Law Offices, P.C.<br>77 West Washington Street<br>Suite 1220<br>Chicago, IL 60602<br>312-440-0020<br>Email: tom@attorneyzim.com<br><br>Marita Isabel Ramirez | *Counsel for Plaintiff Gregory Vogel* |

| | |
|---|---|
| Dann Law Firm<br>OH<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>216-373-0539<br>Fax: 216-373-0536<br>Email: mramirez@dannlaw.com<br><br>Joel R. Rhine<br>Rhine Martin Law Firm, P.C.<br>1612 Military Cutoff, Suite 300<br>Wilmington, NC 28403<br>910-772-9960<br>Fax: 910-772-9062<br>Email: jrr@rhinelawfirm.com | |
| Amber Love Schubert<br>Schubert Jonckheer & Kolbe LLP<br>2001 Union St Ste 200<br>San Francisco, CA 94123<br>415-788-4220<br>Fax: 415-788-0161<br>Email: aschubert@sjk.law<br><br>Scott C. Harris<br>MILBERG   COLEMAN   BRYSON<br>PHILLIPS<br>GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>Email: sharris@milberg.com | *Counsel for Plaintiff Brian Riley* |

| | |
|---|---|
| Edward Hallett Maginnis<br>Maginnis Howard<br>Maginnis Howard<br>7706 Six Forks Rd.<br>Ste 101<br>Raleigh, NC 27615<br>919-526-0450<br>Fax: 919-882-8763<br>Email: emaginnis@maginnislaw.com<br><br>Karl Stephen Gwaltney<br>Maginnis Howard Law<br>Maginnis Howard Law<br>7706 Six Forks Road<br>Suite 101<br>Raleigh, NC 27615<br>919-960-1545<br>Email: kgwaltney@maginnishoward.com | *Counsel for Plaintiff Adam Levy* |
| Kelly Margolis Dagger<br>Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br>919-573-1292<br>Fax: 919-865-7010<br>Email: kelly.dagger@elliswinters.com<br><br>Thomas Hamilton Segars<br>Ellis & Winters<br>P.O. Box 33550<br>Raleigh, NC 27636<br>919-865-7000<br>Fax: 919-865-7010<br>Email: tom.segars@elliswinters.com | *Counsel for Defendant Advance Stores*<br>*Company, Incorporated* |
| Joel R. Rhine<br>Rhine Martin Law Firm, P.C.<br>1612 Military Cutoff, Suite 300<br>Wilmington, NC 28403<br>910-772-9960 | *Counsel for Plaintiff Caleb A. Cook* |

| | |
|---|---|
| Fax: 910-772-9062<br>Email: jrr@rhinelawfirm.com<br><br>Ruth Sheehan<br>Rhine Law Firm, PC<br>NC<br>1612 Military Cutoff Rd<br>Suite 300<br>Wilmington, NC 28403<br>910-772-9960<br>Email: RAS@rhinelawfirm.com | |
| Scott C. Harris<br>MILBERG COLEMAN BRYSON<br>PHILLIPS<br>GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>Email: sharris@milberg.com | *Counsel for Plaintiff Jillian Clark* |
| Paul J. Doolittle<br>Poulin Willey Anastopoulo LLC<br>32 Ann Street<br>Charleston, SC 29403<br>803-222-2222<br>Email: paul.doolittle@poulinwilley.com<br><br>Gary F. Lynch<br>Lynch Carpenter, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243<br>Email: gary@lcllp.com | *Counsel for Plaintiffs Chastine Dickey-Johnson and Serena Chapman* |
| Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230 | *Counsel for Plaintiffs Jonathan Weaver and Jennifer Carter* |

| | |
|---|---|
| 972-387-4040<br>Fax: 972-387-4041<br>Email: bruce@swclaw.com | |
| Benjamin B Gould<br>KELLER ROHRBACK LLP (WA)<br>1201 3rd Ave<br>Ste 3400<br>Seattle, WA 98101-3052<br>206-442-1563<br>Email: bgould@kellerrohrback.com<br><br>Cari Campen Laufenberg<br>KELLER ROHRBACK LLP (WA)<br>1201 3rd Ave<br>Ste 3400<br>Seattle, WA 98101-3052<br>206-442-1563<br>Email: claufenberg@kellerrohrback.com | *Counsel for Plaintiff Alicia LeDuc Montgomery* |
| Bailey Marie Nickoloff<br>Holland & Hart LLP<br>401 N 31st St<br>Ste. 1500<br>Billings, MT 59101<br>406-896-4653<br>Fax: 406-545-2334<br>Email: bmnickoloff@hollandhart.com<br><br>Brianne C. McClafferty<br>HOLLAND & HART - BILLINGS<br>401 North 31st Street<br>Suite 1500<br>Billings, MT 59101-1277<br>406-252-2166<br>Fax: 406-545-2266<br>Email: bcmcclafferty@hollandhart.com<br><br>Delaney Gold-Diamond<br>Quinn Emanuel Urquhart & Sullivan | *Counsel for Defendant Snowflake Inc.* |

| | |
|---|---|
| 865 S. Figueroa<br>Los Angeles, CA 90017<br>707-364-7640<br>Email:<br>delaneygolddiamond@quinnemanuel.com<br><br>Stephen Andrew Broome<br>Quinn Emanuel Urquhart & Sullivan LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>213-443-3285<br>Fax: 213-443-3100<br>Email:<br>stephenbroome@quinnemanuel.com | |
| Gilbert S. Keteltas<br>BAKER HOSTETLER LLP<br>1050 Connecticut Ave. NW, Ste. 1100<br>Washington, DC 20036<br>Email: gketeltas@bakerlaw.com | *Attorney for Defendant AT&T Inc. and AT&T Mobility LLC* |
| Paul A. Werner Sheppard Mullin Richter & Hampton LLP<br>2099 Pennsylvania Avenue, N.W., Suite 100<br>Washington, D.C. 20006<br>Tel: (202) 747-1900<br>Fax: (202) 747-1901<br>pwerner@sheppardmullin.com | *Attorney for Defendant LendingTree, LLC* |

Dated this 16th day of September, 2024.

/s/ John Heenan_____
John Heenan
John@lawmontana.com
**HEENAN & COOK**
1631 Zimmerman Trail
Billings, Montana 59102
Tel: (406) 839-9091