BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL NO. 3126 |

## NOTICE OF RELATED ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel writes to notify the Panel of the potential "tag-along actions" listed on the attached Schedule of Action, in which the undersigned counsel also appears. Because the listed actions involves common questions of fact with actions on the motion to transfer pending before the Panel, they are "related actions" for purposes of these proceedings.

Docket sheets and complaints for the following cases are attached as Exhibit A:

- *Smith v. Ticketmaster, LLC, et al.*, Case No.: 2:24-cv-07446 (C.D. Cal.);

- *Monroe v. Advance Stores Company, Inc., et al.*, Case No.: 5:24-cv-00508 (E.D.N.C.).

Dated:  September 16, 2024

Respectfully submitted,

*/s/ James J. Pizzirusso*
James J. Pizzirusso
HAUSFELD LLP
888 16th Street, Suite 300
Washington, DC 20006
Tel No.: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeld.com

Steven M. Nathan
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel No.: (646) 357-1100
Fax No. (212) 202-4322
snathan@hausfeld.com

*Attorneys for Plaintiffs Alisa Smith (2:24-cv-07446), and Stefondra Monroe, Terry Lane Yates, and Wayne Pina (5:24-cv-00508)*