BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL Docket No. 3126 |

## AMENDED CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on September 16, 2024, a true and correct copy of the Notice of Appearance of Jason L. Lichtman on behalf of Plaintiff Mari Miller (ECF No. 186) and Plaintiff Mari Miller's Response In Support Of Motion For Consolidation And Transfer (ECF No. 188) were served on counsel for Defendants AT&T Inc. and AT&T Mobility, LLC, through Gilbert S. Keteltas, of Baker Hostetler LLP, 1050 Connecticut Avenue, NW, Ste. 1100, Washington, D.C. 20036, via electronic mail at gketeltas@bakerlaw.com.

Dated this 16th day of September, 2024.

/s/ Jason L. Lichtman

Jason L. Lichtman
LIEFF CABRASER HEIMANN & BERNSTEIN
250 Hudson Street, 8th Floor
New York, NY 10013-1413
(212) 355-9500
jlichtman@lchb.com

*Attorney for Plaintiff Mari Miller
and the Proposed Class*