BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL NO. 3126 |

## ERRATA

PLEASE TAKE NOTICE that Plaintiffs Alisa Smith, Stefondra Monroe, Terry Lane Yates, and Wayne Pina, respectfully submit this Errata, attaching docket sheets and complaints to be included with the Notice of Related Action (ECF No. 191), and tagged as "related actions" for the purposes of these proceedings.

- Exhibit A - *Monroe v. Advance Stores Company, Inc., et al.*, Case No.: 5:24-cv-00508 (E.D.N.C.).

- Exhibit B - *Smith v. Ticketmaster, LLC, et al.*, Case No.: 2:24-cv-07446 (C.D. Cal.).

Dated:  September 17, 2024

Respectfully submitted,

*/s/ James J. Pizzirusso*
James J. Pizzirusso
HAUSFELD LLP
888 16th Street, Suite 300
Washington, DC 20006
Tel No.: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeld.com

Steven M. Nathan
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel No.: (646) 357-1100
Fax No. (212) 202-4322
snathan@hausfeld.com

*Attorneys for Plaintiffs Alisa Smith (2:24-cv-07446), and Stefondra Monroe, Terry Lane*

*Yates, and Wayne Pina (5:24-cv-00508)*